ORIGINAL

RECEIVED
2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
RECORD STEEL AND CONSTRUCTION, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] JOHN SPENCER STEWART

Firm Name: STEWART SOKOL & GRAY LLC

03-22740

Post Office Box:

Street Address: 2300 SW FIRST AVENUE, SUITE 200

City-State-Zip: PORTLAND, OR 97201-5047

Telephone & Facsimile Numbers: Tele: 503-221-0699; Fax: 503-223-5706

E-mail address: jstewart@lawssg.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $188,380, together with interest, costs and time extension

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003