IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2274C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven Mager, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN MAGER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 307-0972

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: October 22, 2003

s/ Steven Mager

STEVEN MAGER
Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

John Spencer Stewart
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706/ (503) 419-0281

s/ Steven Mager