IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Letow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 60 calendar days, to and including January 30, 2004, in which to respond to plaintiff's complaint. Defendant's response is presently due December 1, 2003. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate agency, the Army Corp of Engineers, Omaha District, and have not yet received such report. See 28 U.S.C. § 520. Agency counsel has just been assigned to the case, and does not anticipate being able to prepare a litigation report until sometime in late December. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

November 25, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of November, 2003, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 25th day of November, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice