# APPENDIX

**INDEX TO APPENDIX**


| **DOCUMENT** | **PAGE(S)** |
|---|---|
| Solicitation, Offer and Award for a Design/Build Multiple Award Task Order Contract for Construction Services Primarily on Air Force Bases in the states of Washington, Oregon, Idaho, Montana, Wyoming, Colorado, North Dakota, South Dakota, Nebraska, Minnesota, Kansas, Missouri, Iowa, and Wisconsin between Record Steel and the Army Corps Standard Form 1442 (contract number DACA67-00-D-0202) | 1-3 |
| Section 01005, "Structural Requirements," Task Order #1, under Contract No. DACA67-00-D-0202 | 4-14 |
| Final Foundation Analysis Report, FY2000 Dormitory, Offut Air Force Base | 15-24 |
| Section 01332, "Submittals During Design," Task Order #1, Contract No. DACA67-00-D-0202 | 25-42 |
| Letter by Record Steel and Construction, Inc. ("Record Steel") (January 14, 2000) | 43 |
| Letter by Record Steel (March 12, 2000) and Final Revised Proposal | 44-51 |
| Letter by Steve Schmidt, Contracting Officer's Representative to Record Steel (October 19, 2000) | 52 |
| Letter by Steve Schmidt, Contracting Officer's Representative to Record Steel (October 23, 2000) | 53 |
| Certified Claim letter by Record Steel (April 25, 2002) | 54-67 |
| Letter by Philip Holman, Contracting Officer to Record Steel (September 16, 2002) | 68-69 |
| Contracting Officer's Final Decision (November 7, 2002) | 70-72 |

**SOLICITATION, OFFER AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NUMBER | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PA |
|---|---|---|---|
| DACA67-00-R-0007 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 15 October 1999 | 1 |

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| TRACT NUMBER | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |
|---|---|---|
| DACA67-D-0202 | W68MD9-9082-7240-001 - | ACC-MATOC |

7. ISSUED BY CODE W68MD9

Seattle District, Corps of Engineers
ATTN: CENWS-CT-CB
PO Box 3755
Seattle, WA 98124-3755

8. ADDRESS OFFER TO

Seattle District, Corps of Engineers
PO Box 3755 ATTN: CENWS-CT-CB
Seattle, WA 98124-3755

HAND CARRY: Cheryl Anderson
4735 East Marginal Way South
Seattle, WA 98134-2385

| 9. FOR INFORMATION CALL | A. NAME | B. TELEPHONE NUMBER (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | See Information Page inside Front Cover | See Information Page inside Front Cover |

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying number, date)*:

Furnish all labor, materials and equipment and perform all work for Design/Build Multiple Award Task Order Contract (MATOC Construction Services Primarily on Air Force Bases in Washington, Oregon, Idaho, Montana, Wyoming, Colorado, North Dakota, Dakota, Nebraska, Minnesota, Kansas, Missouri, Iowa and Wisconson,in accordance with the attached Contract Clauses, Special Clauses, and Technical Specifications.

1. Solicitation No. DACA67-00-R-0007 dated 15 Oct 1999 with 2 amendments thereto.

11. The Contractor shall begin performance within 10 calendar days and complete it within ______ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See * Paragraph SC-2

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*
☐ YES ☒ NO

12B. CALENDAR DAYS
N/A with MATOC

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 6 copies to perform the work required are due at the place specified in Item 8 by 3:00 pm local time 23 November 1999 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required. On a task order by task order basis

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. ...s providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will ...ejected.

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

RSCI
1854 E. Lanark St.
Meridian, ID 83642

Tax ID No: 82-0421355 DUNS No: 196921993
eMail: susan@rscigroup.com

CODE FACILITY CODE 0JR90

15. TELEPHONE NUMBER *(Include area code)*

208-887-1401 Ext.117 | FAX: 208-888-9130

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 120 calendar days after the date offers are due. *(Insert any number equal or greater than the minimum requirement stated in 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ N/A for Basic Contract

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGEMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 10NOV99 | 10NOV99 | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

Susan T. Record, President

20B. SIGNATURE

[signature]

20C. OFFER DATE

11/23/99

AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED

22. AMOUNT

NTE $45,000,000

23. ACCOUNTING AND APPROPRIATION DATA

57 NA 20000 3300.0000 G3 2000 08 8082 32100000000
35026 252G 003M7 Obligate $900,000.

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM Task Order

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

Seattle District, Corps of Engineers
Contracting Division
PO Box 3755
Seattle, WA 98124-3755

27. PAYMENT WILL BE MADE BY

Address will be identified in individual Task Order

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ____ copies to the issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD. *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates t[he] contract, which consists of (a) the Government solicitation and your offer, and (b) this contr[act] award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

CHERYL A. ANDERSON

31B. UNITED STATES OF AMERICA

BY [signature: Cheryl A. Anderson]

31C. AWARD DATE

10 Feb 2000



STANDARD FORM 1442 BACK (REV. 4

IF THE CONTRACTOR IS A CORPORATION OR PARTNERSHIP, THE **APPLICABLE PORTION** OF THE FORM LISTED BELOW MUST BE COMPLETED. IN THE ALTERNATIVE, OTHER EVIDENCE MUST BE SUBMITTED TO SUBSTANTIATE THE AUTHORITY OF THE PERSON SIGNING THE CONTRACT. IF A CORPORATION, **THE SAME OFFICER SHALL NOT EXECUTE BOTH THE CONTRACT AND THE CERTIFICATE.**

## CORPORATE CERTIFICATE

I, Clayton Record, certify that I am the Secretary Secretary of the Corporation named as Contractor herein; that Susan T Record, who signed this contract on behalf of the Contractor was then President of said corporation; that said contract was duly signed for and on behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

[signature]
(Secretary) (CORPORATE SEAL)

## AUTHORITY TO BIND PARTNERSHIP

This is to certify that the names, signatures and Social Security Numbers of all partners are listed below and that the person signing the contract has authority actually to bind the partnership pursuant to its partnership agreements. Each of the partners individually has full authority to enter into and execute contractual instruments on behalf of said partnership with the United States of America, except as follows: (state "none" or describe limitations, if any) ______________________________

This authority shall remain in full force and effect until such time as the revocation of authority by any cause whatsoever has been furnished in writing to, and acknowledged by, the Contracting Officer.

(Names, Signatures and Social Security Numbers of all Partners)

| NAME | SIGNATURE | SOCIAL SECURITY NO. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01005

STRUCTURAL REQUIREMENTS


PART 1 STRUCTURAL

1.1 PROJECT DESCRIPTION AND REQUIREMENTS
1.2 DESIGN CRITERIA
1.2.1 Department of the Air Force Technical Manuals (AFM)
1.2.2 U.S. Army Corps of Engineers Technical Instructions (TI)
1.2.3 American Society of Civil Engineers (ASCE) Publication
1.2.4 American Concrete Institute Publication
1.2.5 American Institute of Steel Construction Publication
1.2.6 Steel Deck Institute (SDI) Publications
1.2.7 Federal Emergency Management Agency (FEMA) Publications
1.3 STRUCTURAL LOADING CRITERIA
1.3.1 Roof Live Load
1.3.1.1 Snow Load
1.3.1.2 Rain Loads
1.3.1.3 Minimum Roof Live Load
1.3.2 Floor Live Loads
1.3.3 Wind Loads
1.3.4 Seismic Design
1.3.5 Dead Loads
1.3.6 Design Temperatures
1.3.7 Deflections
1.4 STRUCTURAL MATERIALS
1.4.1 Structural Steel
1.4.1.1 Design
1.4.1.2 Connections
1.4.2 Steel Decking
1.4.3 Masonry
1.4.3.1 Design
1.4.3.2 Masonry Material Strengths
1.4.3.3 Crack Control
1.4.4 Reinforced Concrete
1.4.4.1 Design
1.4.4.2 Concrete Strength
1.4.4.3 Concrete Reinforcing Bar
1.4.4.4 Concrete Joints
1.4.5 Precast Concrete
1.4.5.1 Design
1.4.5.2 Precast Concrete Strengths
1.4.5.3 Exterior Architectural Precast Stone Panels
1.5 STRUCTURAL FRAMING SYSTEM AND DESIGN
1.6 EXTERIOR/INTERIOR WALLS
1.6.1 Load-Bearing Walls
1.6.2 Non-Load-Bearing Walls
1.6.3 Shear Walls
1.7 FOUNDATION SYSTEM AND DESIGN
1.7.1 Design Parameters
1.7.2 Foundation Perimeter Insulation
1.8 CONCRETE FLOOR SLABS-ON-GRADE
1.8.1 General

1.8.2 Interior Concrete Slabs-on-Grade
1.8.2.1 Capillary Water Barrier Layer
1.8.3 Slabs to Receive Quarry Tile, Ceramic Tile or Floor Mat Finish
1.8.4 Structural Stoops at Exterior Doorways
1.8.5 Concrete Floor Slab Finishes
1.8.6 Equipment Pads
1.8.7 Equipment Vibration Isolation
1.9 OTHER STRUCTURAL WORK
1.9.1 Exterior Equipment Pads
1.9.2 Exterior Screen Walls

PART 2 NOT USED

PART 3 NOT USED

-- End of Section Table of Contents --

SECTION 01005

STRUCTURAL REQUIREMENTS

PART 1 STRUCTURAL

1.1 PROJECT DESCRIPTION AND REQUIREMENTS

The dormitory building will be a multi-story structure designed by the Contractor in accordance with the structural engineering criteria stated herein. In order to permit future remodelling, the walls between bedrooms and kitchen/bath areas shall be non-structural partitions which can be removed to provide more open floor space. In addition, it is preferred that walls between the two bedrooms within a unit, and the wall along one side of the corridor be non-structural partitions which can be removed to provide more open floor space.

1.2 DESIGN CRITERIA

The publications listed below shall be used as sources of criteria for structural design. The criteria from these sources may be supplemented, but not supplanted, by applicable criteria contained in nationally recognized codes, standards, and specifications. The Army and Air Force manuals listed are available from the National Institute of Building Sciences Construction Criteria Base (CCB) on CD-ROM free of charge to the successful offeror. Army and Air Force Manuals identified as available from TechInfo can be downloaded in Acrobat .pdf file format from the internet address http://www.hnd.usace.army.mil/techinfo.

1.2.1 Department of the Air Force Technical Manuals (AFM)

AFM 88-3, Chp 2 Structural Design for Buildings (May 92)

AFM 88-3, Chp 3 Masonry Structural Design for Buildings (Oct 92)(Available on TechInfo as Army Technical Manual TM 5 809-3.)

1.2.2 U.S. Army Corps of Engineers Technical Instructions (TI)

TI 809-01 Load Assumptions for Buildings (Aug 1998) (Available on TechInfo.)

TI 809-04 Seismic Design for Buildings (Dec 1998) (Note: references FEMA 302) (Available on TechInfo.)

TI 809-07 Design of Cold-Formed Load Bearing Steel Systems and Masonry Veneer/Steel Stud Walls (Nov 1998) (Available on TechInfo.)

1.2.3 American Society of Civil Engineers (ASCE) Publication

ASCE 7-95 Minimum Design Loads for Buildings and Other Structures

1.2.4 American Concrete Institute Publication

ACI 318-95/318R Building Code Requirements for Structural Concrete and Commentary

1.2.5 American Institute of Steel Construction Publication

Specification for Structural Steel Buildings - Allowable Stress Design, Plastic Design (ASD) (Jun 1989)

Load and Resistance Factor Design Specification for Structural Steel Buildings (LRFD) (Dec 1993)

Seismic Provisions for Structural Steel Buildings (Apr 1998)

1.2.6 Steel Deck Institute (SDI) Publications

Diaphragm Design Manual (2nd Edition, 1987)

Design Manual for Composite Decks, Form Decks and Roof Decks and Cellular Metal Floor Deck with Electrical Distribution(Pub No. 28)

1.2.7 Federal Emergency Management Agency (FEMA) Publications

FEMA 302 NEHRP Recommended Provisions for Seismic Regulations for New Buildings and Other Structures

1.3 STRUCTURAL LOADING CRITERIA

Structural loading criteria shall be developed using the criteria sources and following the procedures indicated below.

1.3.1 Roof Live Load

1.3.1.1 Snow Load

Roof snow load, including additional loading due to snow drifting where appropriate, shall be calculated in accordance with ASCE 7-95 using a ground snow load of 25 psf , and an Importance Factor of 1.0.

1.3.1.2 Rain Loads

Rain loads shall be considered in accordance with ASCE 7-95.

1.3.1.3 Minimum Roof Live Load

A minimum roof live load of 20 psf shall be applied in accordance with ASCE 7-95.

1.3.2 Floor Live Loads

Floor live loads shall be applied in accordance with ASCE-7, but in all cases shall not be less than the following minimum uniform loads:

Private rooms: 40 psf

deleted by AM-002

"Private corridors (corridors between dorm units) and balconies: 60 psf."

Revised by AM-002

added by AM 002

"Public corridors, stairways, lobbies and common areas, television and game rooms: 100 psf".

Uninhabitable attics: 20 psf

Revised by AM-003

The design of framing members shall include consideration of any

concentrated loads from suspended mechanical and electrical equipment. The location and magnitude of suspended equipment loads shall be closely coordinated with the mechanical and electrical system designs.

1.3.3 Wind Loads

Wind loads shall be calculated in accordance with ASCE 7-95 using Exposure "C," a Basic Wind Speed (3-Second Gust Speed) of 90 mph , and Importance Factor of 1.0. Wind loads for both the main wind-force resisting system and for components and cladding shall be considered. The minimum design wind pressure on interior walls and partitions shall be 10 psf normal to the partition. Wind speed-up over hills and escarpments shall be applied if required by site conditions.

1.3.4 Seismic Design

Seismic design of the dormitory building shall be in accordance with Army TI 809-04. Seismic design shall follow the step-by-step procedures for A) Preliminary Determinations and B) Equivalent Lateral Force Procedure outlined in Table 4-5 of Army TI 809-04. Factors to be used in seismic design shall be not less than the following:

Short period spectral acceleration: Ss = 0.13g

One second spectral acceleration: S1 = 0.045g

Seismic Use Group: I (Standard Occupancy)

Performance Objective: IA (Life Safety)

Site Classification: D (Stiff Soil)

1.3.5 Dead Loads

Minimum design dead loads for common building materials shall be obtained from ASCE 7-95. Equipment loads and loads for materials not listed in that publication shall be obtained from other recognized sources.

1.3.6 Design Temperatures

Design differential temperatures shall be a minimum 100 degrees F for thermal load analysis of framing systems.

1.3.7 Deflections

Roof and floor framing members supporting ceilings shall have deflections limited to a maximum of L/240 for any load combinations in rooms without plaster or other brittle ceiling materials, and L/360 in rooms with plaster or other brittle ceiling materials.

1.4 STRUCTURAL MATERIALS

Materials selection shall be at the Contractor's discretion, with the following limitation: pre-engineered metal buildings, standing seam metal roof systems, wood products, and open web steel joists are not acceptable for the structural framing system.

1.4.1 Structural Steel

1.4.1.1 Design

Structural steel shall be designed in accordance with AISC Specification for Structural Steel Buildings (ASD or LRFD) and ASIC Seismic Provisions for Structural Steel Buildings. All structural steel members shall be designed by the structural engineer to support all applicable loads. Structural drawings shall clearly show all structural members, connections and their locations.

1.4.1.2 Connections

Types of connections shall be consistent with the design assumptions for the basic type of steel construction used. Connections shall be designed and detailed to provide adequate capacities for the applied forces and moments. Connection design shall be the responsibility of the structural engineer and shall not be delegated to the steel fabricator.

1.4.2 Steel Decking

The design and selection of steel deck shall be in accordance with the provisions of the Steel Deck Institute (SDI) Design Manual. Minimum required section properties of deck sections shall be determined as prescribed by the appropriate Specifications of the SDI Design Manual, and shall be specified or indicated on the drawings. Where the steel deck is designed to function as a shear diaphragm, the design shall be in accordance with the provisions of the Steel Deck Institute (SDI) Diaphragm Design Manual and Army TI 809-04.

1.4.3 Masonry

1.4.3.1 Design

Masonry design shall be in accordance with Air Force AFM 88-3, Chp 3, and Army TI 809-04. Reinforcement shall be sufficient to satisfy the calculated requirements for strength, shrinkage crack control, and seismic design. In no case shall reinforcement be less than the minimum seismic reinforcement required by Army TI 809-04. If masonry walls are used in conjunction with steel framing as non-load-bearing and non-shear resisting elements, the connections between walls and the structural steel frames must be designed to allow vertical and horizontal frame deflection without transferring loads from steel to adjoining masonry walls.

1.4.3.2 Masonry Material Strengths

Hollow Concrete Masonry Units (CMU) shall conform to ASTM C 90, Type I, normal weight. Specified compressive strength of concrete masonry shall be f'm = 1350 psi. Concrete building bricks shall conform to ASTM C55, Type I. CMU for use as exterior facing shall conform to Grade N and shall have split ribbed face shell pattern. Type S mortar shall be specified for all masonry. Specified compressive strength of grout shall be 2,000 psi minimum. Masonry exposed directly to the ground or weather shall be rated for severe exposure conditions. Exposed CMU shall be uniform in color.

Clay Brick: Facing brick shall conform to ASTM C 216, Type FBS. Brick exposed directly to the ground or weather shall be grade SW, other brick may be SW or MW at contractor option. Brick modular size shall be compatible with existing buildings near the project site, which are typically smooth jumbo exterior brick veneer.

1.4.3.3 Crack Control

Concrete masonry crack control measures comprised of masonry control joints, joint reinforcement, and bond beams shall be incorporated in the design of concrete masonry walls and partitions. Masonry Control Joints (MCJ) shall be judiciously located at spacings no greater than the maximums recommended in Air Force AFM 88-3, Chp 3. Control joints shall not be placed closer than 24 inches to openings.

1.4.4 Reinforced Concrete

1.4.4.1 Design

Reinforced concrete design shall be in accordance with ACI 318, and related current ACI publications which are applicable to the design, and Army TI 809-04. All concrete elements, including slabs-on-grade, shall be reinforced with temperature and shrinkage reinforcement as a minimum. Steel reinforcement shall be as recommended by ACI.

1.4.4.2 Concrete Strength

The required 28-day compressive strength of the concrete shall be left to the Contractor's discretion, except that 3,000 psi shall be a minimum. All concrete shall be air-entrained to produce a total air content in the concrete between 4 and 7 percent by volume. Concrete in contact with soil shall be made with the type of cement indicated in the Final Foundation Analysis.

1.4.4.3 Concrete Reinforcing Bar

Grade 60 bars shall be used for concrete design. When available, grade 40 bars may be used for secondary reinforcement such as stirrups and ties. Minimum bar size shall be #4 (except for stirrups and ties which may be #3 .

1.4.4.4 Concrete Joints

Control joints and contraction joints shall be located to minimize concrete cracking. All exposed concrete joints shall be sealed with appropriate joint sealants.

1.4.5 Precast Concrete

1.4.5.1 Design

The design shall conform with the requirements of ACI 318, Chp 16 - Precast Concrete. The precast units shall be designed for all applicable loads indicated in paragraph STRUCTURAL LOADING CRITERIA and the design shall consider all loading and restraint conditions from initial fabrication to completion of the structure. The effects of initial and long-term deflections shall be considered in the design of precast members. Attachment of precast units shall be by welding, bolting, embedment of bars or other connection devices, at the Contractor's option.

1.4.5.2 Precast Concrete Strengths

The 28-day compressive strength of precast concrete shall be not less than 5,000 psi . Precast units that are to be installed with exterior exposure shall use air-entrained concrete with a total air content between 4 and 7 percent by volume.

1.4.5.3 Exterior Architectural Precast Stone Panels

A differential temperature of 160 degrees F between interior and exterior faces of the units shall be considered in the design. Exterior precast panels shall have a light sandblast finish to provide a 0 to 1/16 inch reveal of coarse aggregate and shall be uniform in color. Color of exposed precast units shall be as specified in section INTERIOR DESIGN REQUIREMENTS.

1.5 STRUCTURAL FRAMING SYSTEM AND DESIGN

The structural system used for the dormitory building shall be selected and designed by the Contractor, except that pre-engineered metal buildings, standing seam metal roof systems, wood products, or open web steel joists shall not be permitted. The lateral load resisting system shall incorporate bracing, moment resisting frames, shear walls, diaphragms, or any combination thereof. The selection and location of structural elements shall be compatible with the floor plan, roof plan, elevations and other architectural features. Use of structural bracing shall be limited to locations where bracing is concealable at interior or exterior wall lines and does not obstruct windows, doors or other openings. Shear walls, where used, shall be located in coordination with architectural partition requirements.

1.6 EXTERIOR/INTERIOR WALLS

Criteria indicated in Section 01003 ARCHITECTURAL REQUIREMENTS shall be incorporated into the design of all walls.

1.6.1 Load-Bearing Walls

Load-bearing walls, where used, shall be constructed of cast-in-place or precast reinforced concrete or reinforced concrete masonry units, at the Contractor's choice. The design of the walls shall be in accordance with ACI 318 and Air Force AFM 88-3 Chp 3, as applicable.

1.6.2 Non-Load-Bearing Walls

Non-load-bearing walls shall be laterally braced by the floor/roof structure, but shall be connected in a manner which provides for vertical deflection of the floor/roof structure without inducing vertical loads into the wall.

1.6.3 Shear Walls

Shear walls, where used, shall be constructed of cast-in-place or precast reinforced concrete or reinforced concrete masonry units at the Contractor's choice. Shear walls shall be designed in accordance with ACI 318, Air Force AFM 88-3 Chp 3, and Army TI 809-04.

1.7 FOUNDATION SYSTEM AND DESIGN

Design of foundation components shall be the responsibility of the contractor. The foundation shall be constructed of reinforced concrete spread footings at columns, and continuous strip footings under exterior walls. The required 28-day compressive strength of concrete for the foundations shall be left to the Contractor's discretion, except that 3,000 psi shall be a minimum. All parts of the foundation system shall be

designed to keep dead load footing pressures relatively uniform, in order to minimize differential settlements.

Added by AM 002

"To prevent frost action, minimum depth below grade to bottom of footings shall be 3.5 feet for heated structures and 5.0 feet for unheated structures."

1.7.1 Design Parameters

Parameters used for foundation design, including overexcavation and compaction requirements, the allowable soil bearing pressure, lateral earth pressure coefficients and design footing depths shall be in accordance with the Final Foundation Analysis report provided. The allowable soil bearing pressure represents the allowable soil stress at the base of footings in excess of that due to existing overburden. The weight of any fill added to the site above that required for frost protection shall be subtracted from the allowable soil bearing pressure to arrive at a net allowable pressure due to structural loads.

1.7.2 Foundation Perimeter Insulation

Perimeter insulation shall be installed on the interior face of all exterior perimeter foundation walls. Insulation shall extend from the bottom of slab down to top of footing or down to design frost depth.

1.8 CONCRETE FLOOR SLABS-ON-GRADE

Design of slabs shall be in accordance with Air Force AFM 88-3 Chp 2, and the following detailed instructions:

1.8.1 General

Slabs shall be designed as "floating slabs" without rigid edge support, and with lateral and vertical movement unrestrained, except where noted below. Where compressible filler is used as a cushion, its thickness shall be not less than 2 inches . A bond breaker, usually consisting of one layer of No. 30 asphalt felt layer of expansion joint material, is required where slabs abut vertical surfaces. Slabs shall be reinforced with a minimum of 0.1 percent steel based on cross sectional area. Crack control measures shall be incorporated in the slab design. Control joint details and spacings shall be as delineated in Air Force AFM 88-3 Chp 2. The required 28-day compressive strength of concrete for slabs shall be left to the Contractor's discretion, except that 3,000 psi shall be a minimum.

1.8.2 Interior Concrete Slabs-on-Grade

Surfaces of interior concrete floor slabs, where not required to be ramped or sloped for drainage, shall be flat within 1/8 inch when measured over any 10 foot length with a straightedge. Interior slabs-on-grade shall be placed over a 6-mil polyethylene vapor barrier, and a granular capillary water barrier material not less than 6 inches compacted thickness. The vapor barrier shall be placed between the capillary water barrier and the slab.

1.8.2.1 Capillary Water Barrier Layer

Capillary Water Barrier material shall consist of clean, crushed, nonporous rock, crushed gravel, or uncrushed gravel as recommended in the Foundation Report. The maximum particle size shall be 3 inches and no more than 2 percent by weight shall pass the No. 4 sieve. The capillary water barrier shall be placed in a minimum of 2 lifts, each compacted by a hand operated, vibratory compactor.

1.8.3 Slabs to Receive Quarry Tile, Ceramic Tile or Floor Mat Finish

Slabs to receive finishes requiring an inset grout bed or frame shall be 5 inches thick, and shall be reinforced with #4 bars at 12 inches o.c. each way. Slabs shall be depressed as necessary to receive the ceramic tile or the floor mat and frame. At interior edge locations, the slab shall be thickened and doweled into the adjacent slab with 3/4 inch diameter x 16 inch long dowels at 12 inches o.c.. At locations where the slab abuts an exterior foundation wall, it shall be supported by the wall.

1.8.4 Structural Stoops at Exterior Doorways

All exterior pedestrian doorways require structural stoops. Stoops shall have foundation walls extending down to frost depth and shall be rigidly attached to building foundation walls. Stoops shall have a 12 inch layer of uncompacted fill placed directly beneath the stoop slab. The stoop slab shall be flush with the interior floor slab at the threshold and shall slope away from the building at 2% minimum slope.

1.8.5 Concrete Floor Slab Finishes

Exterior stoops shall be given a non-slip finish. Slab finishes in other portions of the building shall be left to the discretion of the contractor, subject to the approval of the Contracting Officer.

1.8.6 Equipment Pads

Floor mounted mechanical and electrical equipment shall be installed on 6 inch thick raised concrete housekeeping pads. The pads shall be reinforced with at least the minimum temperature reinforcement required. The pads shall be sized 6 inches larger all around than the piece of equipment furnished and all edges of the pad shall be chamfered.

1.8.7 Equipment Vibration Isolation

All vibration producing mechanical and electrical equipment shall be mounted in such a manner as to prevent the transfer of vibrations to adjacent parts or areas of the building. If necessary for any large vibration producing equipment installed within the facility, the equipment will be supported on individual isolated foundations. The isolated foundation shall be separated from the building slab by a continuous 3/4 inch expansion joint.

1.9 OTHER STRUCTURAL WORK

1.9.1 Exterior Equipment Pads

Any exterior mechanical or electrical equipment shall be installed on concrete pads. The pads shall be a minimum of 4 inches thick and shall be reinforced with at least the minimum temperature reinforcement required. The pads shall be sized 12 inches larger all around than the piece of equipment furnished and all edges of the pad shall be chamfered. Design of exterior pads shall be coordinated with Mechanical and Electrical system designs.

1.9.2 Exterior Screen Walls

Exterior screen walls for the purpose of concealing equipment shall be constructed of cast-in-place concrete or concrete masonry units, and shall

have a facing to match or compliment the exterior of the main building. Screen wall footings shall extend below frost depth.

PART 2 NOT USED

PART 3 NOT USED

-- End of Section --