Foundation Analysis Report
FY2000 Dormitory
Offutt AFB, Omaha, NE

# Scope

The results of a foundation analysis for the proposed FY2000 Dormitory at Offutt AFB, NE are presented in this report. The scope of this study was: (1) evaluate the engineering properties of the subsoils, (2) provide allowable soil bearing pressures, and (3) recommend types and depths of foundation elements and other measures pertinent to foundation design and construction.

# Field Investigation

### 1.1 Project and Scope

A field investigation was conducted to collect geotechnical data for the final design of the FY2000 Dormitory at Offutt Air Force Base. Work was performed by Omaha District personnel and consisted of eight soil borings advanced to depths ranging from 10 to 30 feet below ground surface (ft bgs), with disturbed and undisturbed samples collected at predetermined intervals.

### 1.2 Utility Clearances and Dig Permits

All necessary utility clearances were obtained prior to the start of field activities; clearances and a digging permits were obtained with the assistance of Offutt's Construction Management office and finalized on 8 February 1999 by the Field Geologist.

### 1.3 Boring Locations

The borings were located in an empty lot on the west side of Building 324, an existing dormitory on the corner of Nelson Drive and Airman Drive. Omaha District personnel surveyed the boring locations on 5 February 1999. All borings were drilled as sited.

### 1.4 Drilling and Sampling Methods

On 11-16 February 1999, the eight borings were drilled using a Gus Pech 1100C truck-mounted drill rig. The soil borings were drilled using 4 1/4-inch inside diameter (ID), nominal 8-1/2" outside diameter (OD) hollow stem augers (HSA).

#### 1.4.1 Lithologic Sampling

Soil samples for lithologic logging were collected using a 2-inch OD, 2-foot long split spoon sampler. The United Soil Classification System (USCS) was utilized to classify each soil type and recorded as such on the drill logs.

#### 1.4.2 Disturbed Sampling

Standard Penetration Tests were performed in all eight soil borings in accordance with ASTM D 1586-84. Standard penetration tests were performed every 2.5 feet for the first 10 feet and every 5 feet for the remaining depth of the boring. The final penetration test was conducted in such a manner that the test bottomed at the total depth specified for that

boring. The penetration test was performed using a 140-pound automatic trip hammer dropped a distance of 30 inches. The number of blow counts was counted per six-inch interval, for a total of three intervals and the standard penetration number (N) calculated by adding the blow counts for the second and third intervals. Representative samples of the soils were taken from the two-inch outside diameter (OD) split-spoon, placed in pint jars, and sealed airtight with at least three (3) wraps of electrical tape. The jars were properly labeled with the project name, location, hole number, sample number, depth, material classification, sample type, date, and the sampler's name. If a change in soil type occurred within a sampling interval, a sample of each distinct type was collected.

### 1.4.3 Undisturbed Sampling

Undisturbed samples were collected from borings OF99-3, OF99-4, OF99-5, OF99-6, OF99-7 and OF99-8. Undisturbed sampling was performed using a 3-inch OD thin-walled Shelby tube sampler hydraulically pushed a distance of two feet. The pressure exerted (pounds per square inch) and duration (seconds) of the two-foot push were recorded on the field log. Undisturbed samples were taken in accordance with ASTM D 1587-83, "Thin-Walled Tube Sampling of Soils." Shelby tubes samples were sealed with expandable packers and sealed with plastic end caps wrapped secured with three wraps of tape.

### 1.5 Shipment of Samples

All samples were packed in accordance with procedures detailed in Sections 2.4.2 and 2.4.3. The samples were then delivered to Geotechnical Services Inc. in Omaha for testing.

### 1.6 Borehole Abandonment

All boreholes were abandoned with grout and capped with soil to the ground surface.

## Site Physical Characteristics

### 1.7 Topography and Drainage

Total relief at Offutt AFB is 200 feet. In general, drainage from the west and southwest parts of the Base is toward Papillion Creek, which flows southeast near the western and southern boundaries of the installation before its confluence with the Missouri River.

A review of historic aerial photographs shows how predevelopment surfaces have been greatly modified by construction activities at the Base. Part of the upland southwest of Wherry Housing was excavated and used to fill low spots and gullies during the construction of Facility 301 in the 1940s. Sand dredged from Lake Offutt was used as fill and was placed on the alluvial surface of the Missouri River valley during the extension of the main runway and the construction of the operational aprons. In some places, this fill is 20 to 30 feet thick. Drainage ditches have been constructed on Base to convey runoff away from Base facilities.

Drainage from the east and southeast parts of the Base is to Lake Offutt through East Gate Drain. A drainage divide in the Wherry Housing area separates areas to the west

that drain to Papillion Creek for those to the east that drain more directly to the Missouri River. Drainage in the west Capehart housing area is to the northwest. The east part of the Capehart area drains to the east and northeast.

The proposed construction site lies on a flat, grass covered "terrace" on the side of a hill. Trees are present on the far-western edge of the site.

### 1.8 Historical Geology

Two unique geologic profiles of unconsolidated sediments have been identified below the fill: the Pleistocene Terrace and the Missouri River Geologic profile. Since the FY2000 Dormitory is located in the Pleistocene Terrace area, this section will focus on this geologic profile.

The Pleistocene Terrace geologic profile includes (from surface to bedrock): surficial fill soils, Peorian Loess, Pleistocene Terrace alluvial silt/clay, terrace sands, and a clay-rich glacial till-outwash complex overlying Pennsylvanian bedrock.

Surficial/structural fill soils cover much of the Pleistocene Terrace area. The fill includes silty clay, sand, gravel and debris, and varies in thickness to a maximum of 30 feet.

A mantle of wind-blown Peorian loess underlies the fill in most areas. The loess is a low plasticity, silty clay and varies in thickness from about 30 feet on the north and west to 15 to 20 feet on the south.

Pleistocene Age Terrace alluvial clays, silts, and sands underlie the loess. This unit consists of about 15-35 feet of silty clay and silt overlying 10-15 feet of fine- to medium-grained sand with a thin layer of fine- to medium-grained gravel at the base. The Pleistocene Terrace deposits generally become thinner from north to south across the Base.

A clay-rich glacial till-outwash complex underlies the terrace alluvium across site. The till-outwash complex consists of clay with some sand and gravel admixtures with laterally discontinuous sand and gravel outwash units.

Pennsylvanian limestone and shale bedrock underlie the glacial till-outwash complex. The bedrock consists of thin to medium bedded limestone with thin interbeds of clay shale. Bedrock elevation changes rapidly across the site, from a prominent bedrock high of 940 feet above mean sea level (ft msl) near Facility 500 to a bedrock trough lower than 850 ft msl near Facility 324. These structural features trend northwest-southeast. The bedrock trough has been filled with glacial till-outwash complex sediments.

### 1.9 Overburden

The Soil Survey of Douglas and Sarpy Counties, Nebraska (USDA-SCS 1075) classifies most of the surface soils within the Base proper as "cut and fill." These soils are on areas that have been leveled or reshaped, and the "...original soils have been changed to the extent that they are no longer recognizable...In some areas the entire soil profile has been

removed...." Cut and fill soils include fine- to medium-textured materials. Slopes range from 0 to 30 percent.

In areas where the soil has not been removed, the soil survey has classified the following soil series:

- Colo and Kennebec loam soils, 0-1 percent slopes
- Haynie silt loam soils, 0-1 percent slopes
- Marshall silty clay loam soils, 3-7 and 7-11 percent slopes
- Marshall-Ponca silty clay loam soils, 7-11 percent slopes
- Monona silt loam soils, 0-1 and 7-11 percent slopes
- Onawa silty clay soils, 0-1 percent slopes
- Wet alluvial land, 0-1 percent slopes

Permeabilities for these soil series range from 0.2 to 2.0 inches per hour. The available water capacity of these soils ranges from 0.12 to 0.24 inches of water per inch of soil. Soil pH ranges from 5.6 to 8.4.

**1.10 Site Specific Geology**

With respect to the proposed construction site, the geology consists of stiff, low plasticity lean clays with some silt to an approximate depth of 30 ft bgs.

**1.11 Hydrogeology**

The principle aquifer at Offutt AFB is comprised of all the unconsolidated materials resting on the Pennsylvanian bedrock. The Pennsylvanian limestone and shales are considered to be a low-permeable basal boundary layer for the principle aquifer and are part of the Western Interior Plains confining system. The principle aquifer occurs within the granular portions of the geologic profiles. The following hydrostratigraphic units correlate with the previously described geologic profiles.

The principle aquifer within the Pleistocene Terrace hydrostratigraphic profile consists of unconfined saturated Peorian Loess and Pleistocene Terrace alluvial deposits over the clay-rich glacial till aquitard. There are discontinuous, confined outwash sands underlying and interbedded within the till. The principle aquifer within the Pleistocene Terrace units can be subdivided into three hydrogeologically different units:

- Shallow saturated zone, 30 to 50 feet of loessial clays and terrace alluvial clays and silts. Hydraulic conductivity varies from 0.002 to 6 ft/day.
- Intermediate saturated zone, 10-15 feet of terrace alluvial sands and gravels. Hydraulic conductivity varies from 2.6 to 17 ft/day.
- Deep saturated zone, 5 to 50 feet of clay-rich glacial till aquitard and some discontinuous outwash sands. The hydraulic characteristics of the deep saturated zone are expected to vary greatly. Hydraulic conductivities of the clay till are expected to range from $1 \times 10^{-3}$ to $1 \times 10^{-5}$ ft/day and flow within and through the till is expected to be very low.

The glacial till aquitard unit thins to the south, near Facility 500, where it lies directly on bedrock separated only by some thin isolated sand and gravel basal lag or outwash

deposits.

Depths to groundwater within the Pleistocene Terrace hydrostratigraphic profile are estimated to be about 10 to 20 ft bgs.

### 1.12 Site Specific Hydrogeology

Perched groundwater was indicated at 18 to 23 ft bgs. Other groundwater conditions are as follows:

- No groundwater was encountered in boreholes OF99-1, OF99-2, OF99-4, OF99-5, OF99-6, and OF99-7 after remaining open for a 24-hour period.
- A 1-inch thick saturated zone was encountered during drilling in borehole OF99-3 at 18.2 ft bgs. Six days after drilling, just prior to grouting, groundwater was measured at 23.6 ft bgs.
- A thin saturated zone was encountered during drilling in borehole OF99-8 at 28.0 ft bgs.

## Subsurface Recommendations

### 1.13 General

Soils at the project site consist primarily of lean clay (CL). Soil boring logs OF99-1 thru OF99-8 and a soil boring location map are attached at the end of this report.

### 1.14 Structural Foundations

#### 1.14.1 Spread Footings on Engineered Fill

An analysis of undisturbed sample test data indicated that settlement governs the allowable bearing pressure of footings at this site. The settlement analysis predicted a footing movement greater than two inches with a nominal 2000 psf excess soil load on in situ material. Due to the anticipated column loads for a multi-story building, it is believed that improving the site is more viable than reducing the bearing pressure to a very low value. Analysis utilizing replacement of a portion of the subgrade with engineered fill yielded acceptable movement, on the order of one inch, when four feet of in situ soil was replaced with compacted select material. The recommended improvement program is outlined below.

(a) An allowable bearing pressure of 2000 psf in excess of that due to the existing soil column should be used for design. Any load caused by fill added to the site above the current ground elevation should be subtracted from the bearing pressure.

(b) Four (4) feet of material should be excavated from below the bottom elevation of all building footings.

(c) Over excavation and replacement should extend a distance of at least four (4) feet beyond the outer edge of footings.

(d) The exposed surface should be scarified, moisture conditioned, and recompacted to a density of not less than 95% of maximum Modified density for a depth of 12

inches.

(e) The over excavation depth should be backfilled with moisture conditioned select material meeting the following specification at a density of not less than 95% of maximum Modified density. Loose lift thickness of backfill should not exceed 12 inches.

*Select material shall be defined as natural sand and gravel, crushed rock, manufactured sand, or quarry fines. The material shall have a maximum particle size of one inch (25.4mm) and a percent passing the No. 200 sieve of not less than 15 percent nor more than 49 percent. The portion of material passing the No. 40 sieve shall either be non-plastic or shall have a plasticity index of less than or equal to 12.*

(f) Exposed subgrades should be backfilled in a timely manner and protected from excessive moisture loss or gain. In no instances should water be allowed to pond on or saturate the subgrade during construction. Footings should be placed and the area backfilled as soon as possible in order to protect the select backfill from moisture content change.

(g) Backfill above footing level and adjacent to subsurface building walls does not need to consist of select material; native soils meeting the definition of suitable material for buildings may be used.

(h) Floor slabs should have a minimum of eighteen inches of compacted select material below the capillary water barrier layer.

**1.15 Slabs on Grade**

A vapor barrier overlying a six-inch capillary water barrier shall be required beneath all floor slabs on grade. A modulus of subgrade reaction "K" of 150 pci is recommended for this case (without frost penetration). See the above section for over excavation and material requirements below floor slabs.

**1.16 Basement and Retaining Wall Design**

Based on in situ soil conditions, lateral earth pressures on basement or retaining walls above the water table shall be calculated using the following appropriate parameters: (a) At rest earth pressure coefficient (Ko) = 0.66, (b) Active earth pressure coefficient (Ka) = 0.490, (c) A passive earth pressure coefficient (Kp) = 2.04 and (d) internal friction angle = 20 degrees. Lateral earth pressures below the water table shall be calculated using the following appropriate parameters: (a) At rest earth pressure coefficient (Ko) = 0.83, (b) Active earth pressure coefficient (Ka) = 0.70, (c) A passive earth pressure coefficient (Kp) = 1.42 and (d) internal friction angle = 10 degrees. In situ field soil dry densities ranged from 97.6 pcf to 111.2 pcf. An in situ soil dry density of 110 pcf shall be used for design purposes.

**1.17 Pavement Design**

Soils underlying pavement are predominately lean clay (CL). This soil has a frost design classification of F3. If rigid pavement design does not consider frost penetration, a modulus of subgrade reaction "K" of 150 pci shall be used for design purposes. Flexible

pavement designs shall use a California Bearing Ratio (CBR) value of 8 for subgrades compacted to 95 percent maximum density per ASTM D 1557 when frost is not allowed to penetrate the subgrade. If frost penetration is considered in the design of rigid or flexible pavements, the design shall be in accordance with TM 5-818-2 "Pavement Design for Seasonal Frost Conditions".

**1.18 Settlement**

Based on consolidation testing, Standard Penetration Test results and experience with engineered fill, total settlement is not expected to exceed 1-inch if the over excavation and replacement program outlined above is followed. Differential settlement is not expected to exceed 0.5 inch.

**1.19 Cementing Properties**

Sulfate ion content tests were also performed on representative samples from borings OF99-4 and OF99-6. Test results indicated sulfate ion content of less than 0.1 percent for both samples. Based on criteria outlined in ACI 201.2, a "mild" exposure condition exists. Therefore, sulfate-resistant cement will not be required for concrete in contact with soil or groundwater. Due to the potential for alkali-aggregate reactivity within the boundaries of the Omaha District, cement meeting the optional chemical requirements for low alkali cement on Table 2, ASTM C 150 shall also be specified for all concrete. The Resource Conservation Recovery Act (RCRA) mandates, where possible, all concrete specifications shall include the option to use pozzolan as a partial replacement for portland cement.

**1.20 Corrosion Potential**

Soil resistively tests were performed on representative samples from borings OF99-4 and OF99-6. Resistivities of 1400 ohm-cm and 1280 ohm-cm respectively were reported. In accordance with corrosion classifications in the Department of the Army TM 5-811-4 (17 March 1965), "Electrical Design, Corrosion Control", a "severe" corrosion potential is expected. Soil pH measured 7.2 and 7.4 for the samples from borings OF99-4 and OF99-6 respectively.

**1.21 Construction Details**

Maintain a minimum of 5 percent positive slope away from the building. Exit all downspouts at least 5 feet from building perimeter. Provide splash blocks for all exterior downspouts and water faucets. Avoid curbs and water traps adjacent to building. Footings shall be placed as soon as possible after foundation excavations are completed. Excavations should be backfilled as soon as possible and any ponded water in the excavations shall be removed immediately to prevent detrimental effects to the subsoils.

D

OF 99-1
Feb. 10, 1999




OF 99-2
Feb. 10, 1999




C

OF 99-5
Feb. 10, 1999




OF 99-6
Feb. 10, 1999




B

## BORING LEGEND

| | |
|---|---|
| OF 99-1 | Drill hole number |
| Feb. 10, 1999 | Date boring completed |
| M | Natural moisture content in percent |
| LL | Liquid limit |
| PI | Plasticity index |
| N | Standard penetration blow count. Number of blows for a 140 pound weight dropping 30 inches, to drive a 2 inch outside diameter sampler, 1 foot. |
| 2/16 ▽ | Ground water level and date encountered |
| D.D. | Dry density, p.c.f. |
| $q_u$ | Unconfined Compressive Strength, t.s.f. |
| $C_u$ | Unconsolidated Undrained Cohesion Intercept, t.s.f. |
| $\phi_u$ | Unconsolidated Undrained Friction Angle, degrees |
| $SO_4$ | Sulfate ion content in soil, percent |
| % fines | Percent of soil by dry weight passing the No.200 sieve |
| C.I. 2/10 | Hole cave-in depth and date |

A



AM-002




## BORING NOTES

1. The descriptive data at the right of the logs are the results of field and laboratory data. The terms "dry, moist, wet, etc." are field descriptions made by the inspector in the field at the time of drilling. See "M" on the condensed log of borings for laboratory determination of moisture contents for the soil. Laboratory classifications are in accordance with ASTM D 2487.

2. The logs furnished represent the types of soil encountered at their respective locations and the water level encountered at that time. The boring logs are considered representative of the soils which were encountered; however, the water level recorded can fluctuate appreciably at different seasons of the year or from year to year depending largely on climatic conditions. The contractor should satisfy himself as to the ground water conditions he will encounter at the time of construction.

3. Field logs, laboratory classification data, test results of borings, and all related geotechnical studies or reports, are on file in the Omaha District Office and are available for examination by any interested contractor at said office.

** - THINK VALUE ENGINEERING - **

| SYMBOL | REVISIONS DESCRIPTIONS | DATE | APPROVED |
|---|---|---|---|
| | | | |

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
OMAHA, NEBRASKA

| | |
|---|---|
| DESIGNED BY: P.N.B. | OFFUTT A.F.B. NEBRASKA |
| DRAWN BY: P.N.B. | FY2000 DORMITORY |
| CHECKED BY: M.A.H. | DRILL HOLES OF 99-1 THRU OF 99-8 SOIL BORING LOGS |
| REVIEWED BY: D.P.R. | PLOT SCALE RATIO: 1 DESIGN FILE: .DGN DATE: X |
| SUBMITTED BY: | SPEC. NO.: DACA 45 DRAWING CODE: |
| CHIEF | CONTRACT NO.: DACA 45 X X |

Computer Aided Design & Drafting


OF99-1
OF99-2
OF99-3
OF99-4
OF99-5
OF99-6
OF99-7
OF99-8
82'
118'
60'
60'
40'
70'
160'
150'
100'
100'
37'
1060
1070
EXISTING