SECTION 01332

SUBMITTALS DURING DESIGN

Attachments: Attachment A, Design Certification and Transmittal Letter

INDEX


PART 1 GENERAL

1.1 SUMMARY
1.1.1 Section Includes
1.1.2 Section Excludes

1.2 REFERENCES

1.3 METRIC REQUIREMENTS
1.3.1 Building Work.
1.3.2 Exterior Work

1.4 DEFINITIONS
1.4.1 Contractor
1.4.2 Design
1.4.3 Design Drawings
1.4.4 Designer
1.4.5 Request for Proposal (RFP)

1.5 QUALITY ASSURANCE
1.5.1 Construction Personnel Experience
1.5.2 Designer Qualifications and Experience

1.6 SUBMISSION OF DESIGN DRAWINGS, SPECIFICATIONS AND DESIGN ANALYSES
1.6.1 Design Certification
1.6.2 Deviations
1.6.3 Field Inspection
1.6.4 Drawings.
1.6.5 Design Documents
1.6.6 Design Reviews
1.6.7 Document Packaging

PART 2 PRODUCTS

PART 3 EXECUTION

3.1 DRAWINGS
3.1.1 Drawings Format
3.1.2 Drawings Sequence
3.1.3 Drawings Required

3.2 SPECIFICATIONS
3.2.1 Format for Project Specifications

3.2.2 Construction Submittals

3.3 DESIGN ANALYSES
3.3.1 Format
3.3.2 Calculations

3.4 DESIGN CERTIFICATION

3.5 60 PERCENT DESIGN SUBMITTALS

3.6 100 PERCENT DESIGN SUBMITTALS

3.7 REVIEW BY GOVERNMENT AGENCIES
3.7.1 Distribution of Design Documents for Conformance Review
3.7.2 Review Comments:
3.7.3 Using Automated Review Management System:
3.7.4 Delays
3.7.5 Reproduction (For Construction):
3.7.6 Government Design Review and Acceptance

3.8 REVISIONS TO THE ACCEPTED DESIGN

SECTION 01332

SUBMITTALS DURING DESIGN

Attachments: Attachment A, Design Certification and Transmittal Letter

# 1 GENERAL

## 1.1 SUMMARY

### 1.1.1 Section Includes

This section includes general requirements for developing and submitting a design including preparation of drawings, specifications and design analyses conforming to the requirements contained in this section. See Section 01336 60 PERCENT DESIGN REQUIRMENTS and Section 01338 100 PERCENT DESIGN REQUIREMENTS for specific requirements.

### 1.1.2 Section Excludes

This section does not include requirements for construction submittals which are specified in Section 01330, "Submittal Procedures."

## 1.2 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

THE CONSTRUCTION SPECIFICATIONS INSTITUTE (CSI)

CSI Masterformat    Master List of Section Titles and Numbers

OMAHA DISTRICT CADD STANDARDS MANUAL

WEB SITES

Attachment No. 3 and Sections 01001 thru 01008 list web sites where design criteria manuals referenced in this solicitation package may be found.

## 1.3 METRIC/ENGLISH UNITS REQUIREMENTS

### 1.3.1 Building Work.

Building work is defined as all work required within 5 feet outside of the building lines. For interior drawing floor plans, dimensions, capacities and similar expressions of measurement shall be expressed in English units with the

metric equivalent in parentheses. Interior details shall be shown in English units. Wherever possible, design analysis narratives, calculations, capacities, and similar expressions of measurement shall be expressed in English units with the metric equivalent stated in parentheses. Specifications shall be stated in English units.

### 1.3.2 Exterior Work

Exterior work is defined as all work beyond 5 feet outside of the building lines. For exterior work, drawings shall be expressed in hard metric units (SI units of measure). Where permitted by technical or submittal requirements of this solicitation, the Contractor may provide a table of metric and English unit equivalencies. Specifications shall be stated in SI units of measure (metric) only, unless the CEGS guide specifications provide only a metric unit followed by the English equivalency in parentheses or where requirements for equipment are only available in English units. The designer shall obtain a copy of and follow the requirements in the "Metric Design Guide (PBS-PQ260), May 1994, U.S. General Services Administration Public Buildings Service".

## 1.4 DEFINITIONS

### 1.4.1 Contractor

Firm or company to whom award was made to design and construct the FY 2000 Dormitory, PDC No. 96-0904, located at Offutt AFB, Nebraska.

### 1.4.2 Design

Documents which include design drawings, project specifications, and design analyses (basis of design and calculations) prepared by or under the direct supervision of registered professional architects and engineers and proposed by the Contractor to meet the requirements of this solicitation.

### 1.4.3 Design Drawings

Documentation showing in graphic and quantitative form the extent, design, location, relationships, and dimensions of the construction to be provided by the Contractor. (Note: Shop Drawings, as defined in Section 01330, "Submittals Procedures" are not to be provided until after design drawings are determined satisfactory for construction.)

### 1.4.4 Designer

Architects and Engineers (A/E) associated with the Contractor who are responsible for the design and have the qualifications and experience specified herein.

### 1.4.5 Request for Proposal (RFP)

Documents furnished to prospective offerors containing proposal information and specifying criteria and project requirements for design and construction of a FY 2000 Dormitory, PDC No. SGBP 96-0904 located at Offutt AFB, Nebraska. The documents include this specification, attachments, and the information drawings.

## 1.5 QUALITY ASSURANCE

### 1.5.1 Construction Personnel Experience

If, because of reasons beyond the control of the construction firm, the named individuals as part of the MATOC are not able to fulfill this obligation, replacement personnel with similar skills and experience shall be presented for acceptance by the Contracting Officer. The Contractor shall obtain the Contracting Officer's wrtitten consent before making any substitution for these designated personnel.

### 1.5.2 Designer Qualifications and Experience

If, because of reasons beyond the control of the design team, the named individuals as part of the MATOC are not able to fulfill this obligation, replacement personnel with similar education and experience shall be presented for acceptance by the Contracting Officer. The Contractor shall obtain the Contracting Officer's wrtitten consent before making any substitution for these designated personnel.

## 1.6 SUBMISSION OF DESIGN DRAWINGS, SPECIFICATIONS AND DESIGN ANALYSES

### 1.6.1 Design Certification

The Contractor shall certify that all items submitted in the design documents (after construction award) comply with Division 1 specifications and mandatory requirements of the CEGS. The criteria specified in this RFP are binding contract criteria and in case of any conflict, after award, between the RFP criteria and Contractor's submittals, the RFP criteria will govern unless there is a written and signed agreement between the Contracting Officer and the Contractor waiving a specific requirement. The Contractor shall present with the letter of transmittal for each design submittal (including the 100% corrected design (backcheck) submittal) a certification that the submittal (plans, specifications, design analysis, etc.) complies with the requirements stated above.

### 1.6.2 Deviations

Deviations from the RFP technical requirements shall be identified in the letter of transmittal. Deviations from the RFP technical requirements will be considered and accepted by the Contracting Officer, if the changes results in a significant improvement to the project or it exceeds the minimum RFP technical requirements.

### 1.6.3 Field Inspection

The Contractor shall verify field conditions which are significant to design, by field inspection, researching and obtaining all necessary existing facility as-built drawings and reproducing them for his own use as necessary, and discussing status with knowledgeable personnel. The information shall be reflected in the design documents.

### 1.6.4 Drawings.

#### 1.6.4.1 Software Requirements

FY 2000 DORMITORY, OFFUTT AFB, NE

All design drawings shall be done by the Contractor using AutoCADD Version 14.0 .dwg file format. Format shall conform to the Omaha District CADD Standards and the Omaha District CADD Design File and Sheet Naming Conventions. Omaha District CADD Standards are available at the following internet address: ftp://155.77.239.151/pub/ae/ACADstd.pdf.

#### 1.6.4.2 RFP Drawings

The drawings furnished with this Task Order will be furnished to the Contractor in AutoCADD 14.0 .dwg file format (After contract award). The files are to be considered working drawings and the Government shall not be held responsible for their condition.

### 1.6.5 Design Documents

Design documents, as required by the 60 percent and 100 percent design submittals stated hereafter, shall include construction drawings, specifications and design analysis for categories such as, but not limited to, architectural, interior design, structural, mechanical, electrical, grading, drainage, paving, and outside utility services. Specifications shall be in sufficient detail to fully describe and demonstrate the quality of materials, the installation and performance of equipment, and the quality of workmanship. Detailing and installation of all equipment and materials shall comply with the manufacturer's recommendations. The design analysis shall be for each discipline of work and shall include all features with the necessary calculations, tables, methods and sources used in determining equipment and material sizes and capacities, and shall provide sufficient information to support the design.

### 1.6.6 Design Reviews

A minimum of two design reviews during design will be held at Offutt AFB at the 60 percent and the 100 percent completion stages of the final design. A backcheck review will be made on the corrected 100 percent design. The Contractor shall attend the design reviews, visit the site and make other trips as necessary during the design to accomplish the work.

### 1.6.7 Document Packaging

The 60 percent design submittal includes the 60 percent complete site and utility design and building design. These documents shall be packaged and stamped "For Review Only - 60% Design"; and each sheet of the drawings shall also be stamped. The 100 percent design submittal includes 100 percent complete site and utility design and building design and shall be stamped "For Review Only -100% Design", and each sheet of the drawings shall also be stamped. The backcheck design submittal(s) after the Government review of the 100 percent complete site and utility design and building design shall be stamped "100% Corrected Design"; and each sheet of the drawings shall also be stamped. The 100% Corrected Design submittal is for making corrections resulting from review comments and for preparing the final project specifications. No additional time for completion of the contract will be granted to the Contractor due to insufficient design submittals. See paragraph 3.7.6 "Government Design Review and Acceptance" for additional requirements.

## 2 PRODUCTS

Not Used.

# 3 EXECUTION

## 3.1 DRAWINGS

Prepare, organize, and present drawings in the format specified herein. Provide drawings complete, accurate and explicit enough to show compliance with the RFP requirements and to permit construction. Drawings illustrating systems proposed to meet the requirements of the RFP performance specifications shall reflect proper detailing for each such system to assure appropriate use, proper fit, compatibility of components and coordination with the design analysis and specifications required by this section. Coordinate drawings to ensure there are no conflicts between design disciplines and between drawings and specifications. For specific drawing requirements, see Sections 01336 60 PERCENT DESIGN REQUIREMENTS and 01338 100 PERCENT DESIGN REQUIREMENTS. The following subparagraphs cover general drawing requirements.

### 3.1.1 Drawings Format

Full size drawings are considered 28" X40". Title block shall be as indicated in the Omaha District CADD Standards Manual. Recommended drawing scales are specified in Sections 01336 and 01338. The Cover Sheet of the Contractor prepared drawings shall bear the stamp or seal and signature of the registered architect or appropriate engineer responsible for the work and proposed to meet the RFP requirements. Drawing code numbers for the design drawings shall be as follows:

AF 721-11-06

### 3.1.2 Drawings Sequence

Arrange drawings by design discipline in accordance with Omaha District CADD Standards Manual.

### 3.1.3 Drawings Required

As a minimum, the Contractor shall prepare and submit the following design drawings:

a. Title Sheet, Index of Drawings (each technical discipline shall have a separate drawing legend sheet located in front of each respective section), Legend and Abbreviations and Soil Borings.

b. Civil Drawings

c. Utility Drawings (Water Supply, Wastewater, Gas, and Electrical)

d. Architectural Drawings

e. Interior Design Drawings

f. Structural Drawings

g. Mechanical Drawings

h. Plumbing drawings

i. Electrical Drawings

j. Fire Protection Drawings

## 3.2 SPECIFICATIONS

The Contractor shall develop project specifications utilizing the Division 1 Specifications furnished with this RFP; unedited Corps of Engineers Guide Specifications (CEGS); designated specification sections furnished with this RFP; and the development of additional project specifications not covered by CEGS. Guide specifications may be downloaded in Acrobat (Read Only) .pdf file format or Specs Intact SGML (zipped) file format at the following internet address:

http://www.hnd.usace.army.mil/techinfo/gspec.htm.

The Contractor shall utilize Specsintact software.

Specsintact software is available on the CCB (CD-ROM) free of charge to the successful Design-Build Contractor or may be downloaded at the following internet address:

http://www-de.ksc.nasa.gov/specsintact/software.htm

Minimum and recommend hardware requirements are as follows:

| MINIMUM REQUIREMENTS | RECOMMENDED REQUIREMENTS |
|---|---|
| 386DX33, 8MB RAM | Pentium, 16MB RAM |
| 5MB Free Hard Drive Space | 50 MB Free Hard Drive Space |
| SVGA Monitor | SVGA Monitor with 800 x 600 resolution |
| 3 1/2 inch 1.44 MB floppy drive | 3 1/2 inch 1.44 MB floppy drive |
| 4X CD ROM | 16X CD ROM |
| Laser Printer | Laser Printer |

**a. Technical Specifications**
The Contractor shall be required to use unedited CEGS for developing project specifications. Specification paragraphs and subparagraphs shall not be rewritten to lessen the quality of the original technical specification sections. Designer notes shall not appear in the 60 percent and 100 percent design submittals. Only bracketed choices and inapplicable items shall be marked for deletion. These items shall be removed in corrected 100 percent specifications submittal. The Contractor shall complete the editing of all options in these specifications. Where designer notes are provided, the Contractor shall edit the choice in accordance with the recommendations and guidance of the Notes. See additional requirements in Sections 01336 60 PERCENT DESIGN REQUIREMENTS and 01338 100 PERCENT DESIGN REQUIREMENTS.

**b. Editing Technical Specifications (CEGS)**

(1) ADDITIONS: If the specifications of the CEGS does not cover a feature that is in the project, new sentences and/or paragraphs shall be inserted in the proper locations to adequately cover the feature of work. Additions shall not lesson the quality of materials indicated by the specifications. If a new material is added, it shall be properly referenced in "Applicable Publications," "MATERIALS," "SUBMITTAL," "TESTS," and "INSTALLATION" paragraphs, as applicable.

(2) DELETION OF INAPPLICABLE TEXT MATERIAL, AS NECESSARY, TO TAILOR THE SPECIFICATIONS TO FIT THE PROJECT: After deletion has been made to all inapplicable paragraphs, subparagraphs, choices, and schedules from the body of the specifications (including but not limited to the correction of lists in "Submittals," "Tests," and "Installation" paragraphs), delete all nonapplicable references listed in the preceding "APPLICABLE PUBLICATIONS" and "MATERIALS" paragraphs.

(3) Do not remove any special code markings for submittals, references, tests or section references, unless the text is not required.

(4) REFERENCES TO SPECIFICATION SECTIONS. The Contractor shall be responsible for coordinating references, along with the technical requirements, to specific specification sections (number and title) within the project specifications. Section references (title and number) shall be revised to reflect the titles and numbers of specification sections used.

(5) SUBMITTALS. Each section of the specifications includes a submittal paragraph which lists all applicable Contractor submittals: (a) for review and approval by the Contractor's designer and, (b) for "For Approval" or "For Information Only" by Construction field offices. Submittals shall be properly marked as outlined in the Specsintact documentation. These codings are used for automatic generation of the Submittal Register in the Specsintact Software. These codings must NOT be deleted from the text. The Submittal Item text between the coding shall be identical (word for word, including punctuation and spacing) to the paragraph text in the reference paragraph(s). Text may be either upper or lower case letters. An example of an submittal paragraph is listed below with text telling what each item stands for directly below each listing.

**"1._ SUBMITTALS**

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-01 Data

Meters; GA 1

Regulators; GA

SD-06 Instructions

Dielectric Unions; FIO

Pressure Reducing Valves; FIO"

See Section 01330: SUBMITTAL PROCEDURES for the list of Submittal Descriptions and Numbers and for submittal classification and further explanation of the submittal process.

Submittal Classifications (GA 1, GA, and FIO) are as follows:

GA 1 - GA 1 submittals are limited to those that address design work to be performed by the Construction Contractor, items that are considered extremely critical to the designer, or items that involve life safety issues. These submittals are considered to be an extension of design and must be approved by the designer of record of the responsible design organization. Some examples of GA 1 submittal extensions of design would include contract documents which do not show complete details of design, contract documents with performance type requirements, critical materials that

would be difficult to access for corrections or when the Contractor intends to deviate or vary from the design. The Government may review any or all GA 1 approved submittals for conformance to the Solicitation. The Government will review all submittals designated as deviating from the Solicitation.

GA - GA submittals are those that need to be considered and approved (accepted) by the field elements (Contracting Officer Representative). Some examples of GA submittals would include variations from the Solicitation package, or 100% corrected design package and other items as designated by the Contracting Officer's Representative.

FIO - FIO submittals are those submittals that demonstrate to the Contractor that subcontractors and suppliers are providing materials, equipment, and installation conforms to the contract requirements. FIO submittals also provide information that the Contractor's Quality Control representative needs to verify that the quality specified in the contract is being incorporated into construction of the project. Some examples of FIO submittals would include reports, records, data, instructions and catalog cuts.

For each submittal requirement in the Guide specification, designers shall choose a submittal type (GA_1, GA, or FIO) or shall delete the requirement for the submittal. For submittals that are preselected in the Guide Specification as GA, the designer must evaluate the submittal to determine if it is an extension of design. If so, the designer shall change the GA to GA 1. Designers shall delete all Certificates (Submittal Designation SD-13) except those preselected in the Guide Specifications or required by regulation, code, or law. The designer shall designate these FIO. Designers shall designate all Instructions (SD-06), Statements (SD-08), Reports (SD-09), and Records (SD-18) as FIO. Designers shall identify GA and FIO submittals that are critical to the quality of the final construction product.

**c. Developing Additional Project Specifications.**
If the need should arise for developing project specifications on materials/items not covered in by the CEGS, the Contractor shall develop specifications utilizing commercial Construction Specifications Institute (CSI), 16 Division, 3 Part Section Format. These specifications shall conform to the applicable requirements indicated in Sections 01001 thru 01008. For these specification sections, write at the Mediumscope level of detail as described in CSI Masterformat. Use Mediumscope level section numbers and titles as identified in CSI Masterformat. Adjust section numbers which conflict with the specifications used in the Project Specifications. Each of these developed specification sections shall be in the same format as the CSI format specifications included in the CEGS (including the submittal paragraph). Commercially available guide specifications such as "SpecText" published by The Construction Specifications Institute and "MasterSpec" published by The American Institute of Architects or Corps of Engineers Guide Specifications (CEGS) may be used, subject to the format, coding and submittal paragraph requirements. References to the "Architect/Engineer" and the "Owner" shall be changed to refer to the "Government" or "Contracting Officer," as appropriate. The specifications shall clearly identify, where appropriate, the specific products chosen to meet the requirements of the specifications (manufacturers' brand names and model numbers or similar product information). The Contractor shall be responsible for coordinating references, along with the technical requirements, to specific specification sections (number and title) within the project specifications. Section references (title and number) shall be revised to reflect the titles and numbers of specification sections used.

**d. Division 1 Sections**

Include Division 1 specifications sections (01040, 01200, 01320, 01330, 01410, 0141_, and 01451) contained in the RFP as part of the project specifications without change. Copies of these sections and other Division 1 specifications included with the RFP will be furnished (upon request) to the successful offeror in Specsintact or Word 97. Any other Division 1 Specifications required by the Contract shall be the responsibility of the Contractor.

### 3.2.1 Format for Project Specifications

Submit the project specification, including a Cover page and Table of Contents, printed with a word processor (Using Specintact software) using good quality white paper. For the 60 percent and 100 percent design submittals, editing of the CEGS shall be shown as indicated in the Specsintact documentation for text deletions and for text insertions. The corrected 100 percent specifications with review comments incorporated shall be cleaned up (markings for insertion and deletion removed) and submitted in both hard copy and on magnetic media (A DOS compatible 1.44 MB floppy disk and compatible with the "Specsintact "micro computer software package.). Carbon copies are not acceptable. A copy of all reports generated by the Specsintact software shall be submitted under separate cover, with the exception of the submittal register, which shall be attached to Section 01330 (Required for 100 percent Design and Corrected 100 percent Design).

Format shall be as outlined in the Specsintact documentation.

The Cover page shall be similar to the RFP Cover page and shall include:

a. Project title, activity and location

b. Construction contract number

c. Construction Contractor's name and address

d. Design firm's name and address

e. Names of design team members (Designers of record) responsible for each Contractor prepared technical discipline of the project specification

f. Name and signature of a Principal of the design firm

The Table of Contents shall list the 16 Divisions contained in CSI format and the specification section numbers and titles contained in the project specification.

### 3.2.2 Construction Submittals

All construction submittals shall be in accordance with Section 01330, "SUBMITTAL PROCEDURES".

Construction submittal types and products, including the submittal description numbers and data package numbers, shall be included in the specifications sections, where required. When appropriate, use specific product terms instead of the generic product terms contained in the specifications sections (e.g., asphalt shingles, built-up roofing, EPDM single ply, etc. vs roof covering; concrete masonry units, brick, metal siding, etc. vs exterior skin; mineral fiber board, block, batt or blanket, polystyrene, polyurethane, polyisocyanurate board vs insulation).

#### 3.2.2.1 Submittals Register

Prepare and maintain a Submittals Register. The Submittal Register (ENG Form 4288 "Submittal Register" shall be prepared using Specsintact Software. Additional instructions for completing the form are contained in Section 01330, "Submittal Procedures."

Fill in columns "d" through "r" and submit with the 100 percent design submittal. The Submittal Register will be returned to the Contractor along with the reviewed and accepted design.

Resubmit the Submittal Register as a construction submittal as required in Section 01330, "SUBMITTAL PROCEDURES." Remaining columns will be filled in at the appropriate time and by the appropriate authorities during construction.

### 3.3 DESIGN ANALYSES

Prepare design analyses (basis of design and calculations) for each design discipline. Specific requirements relative to the technical content to be provided are specified in Section 01336 60 PERCENT DESIGN SUBMITTALS and Section 01338 100 PERCENT DESIGN SUBMITTALS. The design analyses shall include a basis of design and calculations for each discipline. The design analyses shall be a presentation of facts to demonstrate that the concept of the project is fully understood and that the design is based on sound engineering. The design analysis for each discipline shall include:

a. A basis of design consisting of:

(1) An introductory description of the project concept which addresses the salient points of the design;

(2) An orderly and comprehensive documentation of criteria, rationale, assumptions and reasoning for system selection.

b. Calculations required to support the design.

#### 3.3.1 Format

The design analysis shall include: a cover page indicating the stage of design "PRELIMINARY DESIGN ANALYSIS": for 60 percent design submittal and "FINAL DESIGN ANALYSIS" for 100 percent design submittal, the project title "FY 2000 DORMITORY", project number "PDC NO. SGB96-0904", fiscal year and program funding "FY 2000 MCAF" location "OFFUTT AFB, NEBRASKA", who prepared the design analysis "Prepared By:" followed by Name of AE and Construction Contractor, location of AE and Construction Contractor Office involved with the design, and construction contract number; table of contents; and tabbed separations for each part of design analysis for quick reference. The cover sheet shall indicate the volume number and total number of volumes for the project. Provide a cover sheet for each volume. Submit design analyses prepared on 8 1/2 by 11 inch white paper. The design analysis for all disciplines shall be bound in one volume, excluding calculations. Multiple volumes for individual disciplines, appropriately numbered, may be provided, when required. Organize design analysis narrative into the following parts, as follows:

##### 3.3.1.1 Part 1 - General Description.

This part will provide statements of purpose, authority and applicable criteria. A description of the project and a summary of the economic factors influencing the choice of the civil, architectural, structural, mechanical, electrical, fire safety, water supply and wastewater disposal systems used in the project shall be provided along with an indication of how initial and life costs were considered.

a. <u>**Purpose.**</u> Include the following statement under the heading of "PURPOSE":

FY 2000 DORMITORY, OFFUTT AFB, NE

"The purpose of this project is to provide on-base dormitory type housing for a 120, able bodied , active military personnel. The facility, site design and other associative amenities shall meet minimum standards established by the Air Force and Air Force Combat Command (ACC) standards for dormitories. Dormitory facility shall be design to meet current 1 + 1 dormitory design guidance."

**b.** **Authority.** Provide the following authorization statement under the heading "AUTHORITY" for the project:

"The preparation of design documents was authorized by Design Instruction No. 1 dated 31 July 1998."

**c.** **Applicable Criteria.** Provide a list of the general criteria that pertains to all disciplines used in the design. Specific criteria used in a particular engineering/architectural discipline shall be listed in the text of the appropriate discipline in Part 2 of the design analysis. Such criteria shall be referenced accordingly.

**d.** **Project Description.** Provide a description of the project and summary of economic factors influencing the choice of materials and systems used in the project.

### 3.3.1.2 Part 2 - Design Requirements and Provisions.

This part of the design analysis shall provide statements of factors considered and provided in the design along with supporting justification of design decisions and design calculations. Include narratives for each of the following areas. See Sections 01336 60 PERCENT DESIGN REQUIREMENTS and 01338 100 PERCENT DESIGN REQUIREMENTS for specific requirements.

a. Civil

b. Water Supply and Wastewater

c. Architectural

d. Interior Design

e. Structural

f. Mechanical

g. Electrical

h. Fire Protection

i. Environmental Protection , Compliance and Permits

### 3.3.2 Calculations

All calculations shall be placed in separate appendix volume(s). Calculations shall include a cover page similar to the design analysis narrative cover page, a table of contents, index page and a summary of criteria for each appendix on the first pages and the project title, and location identified on every page of the calculations. All calculation pages shall be clearly legible and photo-ready. Each discipline which requires calculations shall be consecutively

numbered (Example: A-1, A-2, A-3 etc. for Water Supply and Wastewater Calculations and B-1, B-2, B-3, etc. for Structural Calculations) and the date. Cite criteria from which the calculations, rationale, and formulae are extracted by publication number, title, edition and page number. The cover page and each page of calculations shall also include the names of the persons originating and checking the calculations. The person checking the calculations shall be a registered professional engineer other than the originator. In addition, the signature and seal of the appropriate registered professional engineer responsible for the work shall appear on the cover page of the calculations for each discipline. Each appendix index page shall list subtopics (e.g. for Structural - Loads, Materials, References, Wind Analysis, Footing Design, Wall Design, Column Design, etc.) with pages numbers where each of these subtopics can be found in the calculations.

Computer printouts shall be consecutively page numbered and identified similar to the calculations. Identify the computer program name, source, and version. All schematic models used for computer input shall be provided.

## 3.4 DESIGN CERTIFICATION

The Contractor shall provide certification signed by an officer of the Contractor's company attesting that the drawings, specifications and design analyses prepared for the construction of the facility meet the requirements of the RFP. The certification shall accompany the submission of the design documents along with names and disciplines for the designers of record. Prepare the design certification and transmittal letter in the format shown on Attachment A included at the end of this section.

## 3.5 60 PERCENT DESIGN SUBMITTALS

See Section 01336 60 PERCENT DESIGN REQUIREMENTS.

## 3.6 100 PERCENT DESIGN SUBMITTALS

See Section 01338 100 PERCENT DESIGN REQUIREMENTS.

## 3.7 REVIEW BY GOVERNMENT AGENCIES

### 3.7.1 Distribution of Design Documents for Conformance Review

(a) Government agencies shall receive review documents thirty (30) days prior to review conferences. The documents will be in their then-present "on-board" design status (except for the 100% design submittal). Agencies reviewing documents, and in the quantities indicated, are listed below. All documents must contain an index of contents. Work shall continue during the review period between the 60% design submission and the 60% design review conference. Work shall be 100% complete when the 100% design is submitted. Design work shall not continue during the review period between the 100% design submission and the 100% design review conference. All submittals shall be transmitted by **express mail.** Originals of transmittal letters should be sent to the Omaha District and copies should accompany each mail package. Transmittal letters shall indicate distribution by use of the "ATTN" code shown in the address. Design document set shall include design analysis, one (1) ea. half size drawings and one (1) ea., calculations and specifications. Design submittals shall be submitted as a complete package. The distribution listed below also applies to all design reviews and design package accepted for construction.

FY 2000 DORMITORY, OFFUTT AFB, NE

| ACTIVITY ADDRESS | REVIEW SETS QUANTITY | CONSTRUCTION SET QUANTITY |
|---|---|---|
| Engineering Division<br>Attn: CENWO-PM-M (Mr. Howard Denker)<br>U.S. Army Engineer District, Omaha<br>215 North 17th Street<br>Omaha, NE 68102-4978 | 12 sets | 12 sets |
| Construction Division<br>Attn: CENWO-CD-Q<br>U.S. Army Engineer District, Omaha<br>215 North 17th Street<br>Omaha, NE 68102-4978 | 2 sets | 2 sets |
| Fort Crook Area Engineer<br>U.S. Army Corps of Engineers<br>P.O. Box 13287<br>Offutt AFB, NE 68113 | 2 sets | 2 sets |
| HQ 38 EIW/ESF<br>Attn: Mr. Tim Gelmar<br>4064 Hilltop Road<br>Tinker AFB, OK 73145-2713 | 2 sets | 2 sets |
| 55 CES/CEC/CECN<br>Attn: Mark Jacobsen<br>106b Peacekeeper Drive, Ste 2N3<br>Offutt AFB, NE 68113-4019 | 12 sets | 12 sets |

(b) If the Government requires more time than the thirty (30) days given, prior to either of the review conferences, the Contractor will be granted an extension of time equal to the number of calendar days of delay.

3.7.2 **Review Comments:**

For each design review submittal, the Contractor will be furnished comments from Omaha District and other agencies involved in the review process. The government will take twenty (20) days after receipt of submittal to review and comment on the 60% and 100% design submittals and fifteen (15) days for corrected 100% design submittal (e.g. review comments will be forwarded to the Contractor 15 days after receipt of the documents). Review conference will be scheduled 30 calendar days after receipt of submittal for review. There is no review conference required for the 100% corrected design submittal. If the Contractor disagrees technically with any comment or comments and does not intend to comply with the comment, he/she shall clearly outline, with justification reasons for noncompliance at the design review conference in order that the comments can be resolved. The disposition of all comments shall be furnished in writing by the Contractor within five (5) days of the review conference. The written documentation shall be forwarded in the same quantities to the distribution list shown in paragraph: "Distribution of Design Documents for Conformance Review" above.

3.7.3 **Using Automated Review Management System:**

Conference and post conference action: Government personnel, from the above Government Agencies, will present review comments for discussion and resolution. Copies of comments, annotated with comment action agreed on, will be made available to all parties before the conference adjourns. Unresolved problems will be resolved by immediate follow-on action at the end of conferences. Valid comments will be incorporated. After receipt of final corrected design documents upon incorporation of all backcheck comments (as many backchecks as are deemed necessary by the Government will be conducted), the Omaha District will recommend acceptance to proceed with construction. The Government, however, reserves the right to not accept design document submittals if comments are of too great a significance. In this case, every effort shall be made during follow-up action between the Contractor and the Omaha District to resolve conflicts and problems such that documents can be fully accepted. However, if final submittal(s) are incomplete or deficient, requiring correction by the Contractor and resubmittal for review, the cost of rehandling and reviewing will be deducted from payment due the Contractor at the rate of $1000.00 (for each design discipline requiring resubmittal) per submittal.

3.7.4 **Delays**

Delays caused by the Contractor in completion of the 60 percent design, the 100 percent design or the 100 percent corrected design will not be considered as valid reason to delay completion of the entire design. The Government may not be held liable for delays caused by re-submittal efforts caused by designs submitted, which are rejected by the reviewers.

3.7.5 **Reproduction (For Construction):**

The Contractor shall reproduce copies of the design documents (accepted for the purposes of beginning construction), subject to the incorporation of the Corrected 100% design review comments. The Cover Sheet of the Contractor prepared drawings shall bear the stamp or seal and signature of the registered architect or appropriate engineer responsible for the work and proposed to meet the RFP requirements. The date on each drawing shall reflect the month and year that the drawings were cleared for the purposes of beginning construction. The Cover Sheet of the drawings, Cover Sheet of the Specifications, and Cover Sheet of the Design Analysis shall include the date that the design documents were cleared for the purposes of beginning construction. Distribution shall be as indicated above. The originals will be retained by the Contractor for recording of as-built conditions. Upon completion of the project, the accepted design documents corrected to reflect as-built conditions shall be supplied to the Government. See Section 01040 AS-BUILT DRAWINGS for as-built drawing requirements.

3.7.6 **Government Design Review and Acceptance**

3.7.6.1 **Design Review Conference and Post-Design Review Conference Action:**

Design review conferences shall be held on Offutt AFB after the first submittal (60 percent design) and the second submittal (100 percent design). Government personnel will present review comments for discussion and resolution at a design review conference. Copies of comments, annotated with comment action agreed on, will be made available to all parties before the design review conference adjourns. Unresolved problems will be resolved by immediate follow-on action at end of conferences. Valid comments will be incorporated. Upon satisfactory Government review of the 100 percent corrected design documents, the Omaha District will formally provide Government acceptance necessary to initiate construction. The Government, however, reserves the right to not accept design document submittals if comments are of too great a significance. In this case, every effort shall be

made during follow-up action between the Contractor and the Omaha District to resolve conflicts and problems such that documents can be fully accepted. However, if final submittal(s) are incomplete or deficient, requiring correction by the Contractor and resubmittal for review, the cost of rehandling and reviewing will be deducted from payment due the Contractor at the rate of $1000.00 (for each design discipline requiring resubmittal) per submittal. The Contractor shall submit to the Contracting Officer within five (5) calendar days, two (2) copies of a memorandum of the design review meetings summarizing major decision points and issues which requires resolution and the action office.

### 3.7.6.2 Complete Design Documents

The Contractor shall submit complete design documents in the same quantity and to the same offices listed above in paragraph "**Distribution of Design Documents for Conformance Review**", for each corrected 100 percent design submittal (one or more) until the Government is satisfied that all review comments have been addressed and resolved.

### 3.7.6.3 Accuracy and Completeness of Design

Reviews by the Government of the design documents shall not be construed to be an endorsement of the accuracy or completeness of the design. Design deficiencies or omissions in the accepted design shall be the responsibility of the Contractor.

### 3.7.6.4 DD Form 1354, Transfer and Acceptance of Military Real Property

The Contractor shall provide, for acceptance, a completed DD Form 1354 "Transfer and Acceptance of Military Real Property" (Copy included in Attachment 3 -Miscellaneous References) with the 100 percent corrected design documents. DD Form 1354 shall be filled out in accordance with Army Regulation AR 420-17 "Real Property and Resource Management", Chapter 4 and Appendix B (Copy included in Attachment 3 - Miscellaneous References) and AR 415-28 Category Codes (Copy will be made available to the successful Contractor upon request). The number of copies of the completed DD Form 1354 shall be same as that required for the 100 percent corrected design documents.

## 3.8 REVISIONS TO THE ACCEPTED DESIGN

(a) The accepted design will be used by all parties involved in construction and in administration of the contract. Therefore, it is imperative that the design documents be kept up to date and an effective system of making and distributing changes be implemented. Since changes to the design increase risk of construction errors and deplete available administrative resources, every effort shall be made to minimize revisions to the accepted design. One of the measures of the Contractor's effectiveness of management will be how well the goal of minimizing changes to the accepted design is met. The use of effective quality control during design, and utilization of experienced and capable designers are some of the means that are expected to be used to accomplish this goal.

(b) If revisions to the accepted design become necessary, the procedures described in Section 01330 SUBMITTAL PROCEDURES will be used to accomplish the revisions. The revisions will be considered a "Variation" and shall be submitted as a "GA" submittal. All the requirements in paragraph: "Variations" in Section 01330 SUBMITTAL PROCEDURES will apply to revisions to the accepted design. All design analysis and calculations necessary to establish that the proposed revision satisfies applicable design requirements shall be included in the submittal.

Attachment A

[Contractor's Letterhead]

[Date: ____________________]
[Contract No. ____________]

[Reviewing Component Address]

Subj: DESIGN CERTIFICATION AND TRANSMITTAL FOR
[Project Title ____________________]
[Project Location __________________]
[Contract No. ______________________]

Gentlemen

Enclosed are the following documents which I hereby certify are in compliance with the RFP requirements of the subject construction contract and can be used to commence construction subject to Government approval:

1. Design Drawings
2. Project Specification
3. Design Analysis
   a. Civil
   b. Water Supply and Wastewater Collection
   c. Architectural
   d. Interior Design
   e. Structural
   f. Mechanical
   g. Fire Protection
   h. Electrical
   i. Environmental Protection, Compliance and Permits
4. Submittals Register

[Typed Name and Signature of an
Officer of the Contractor's company]

5. Deviations

Copy to:
[As standard with the Contractor]