January 14, 2000

U.S. Army Corps of Engineers, Omaha
ATTN: Contracting Division (CENWO-CT, Attn: K. McElroy)
215 North 17th Street
Omaha, Nebraska 68102-4978

Reference: Task Order No. 1 to DACA67-00-R-0007 (MATOC)

Dear Mr . McElroy:

In response to the Request for Proposal (RFP) No. DACA67-00-R-0007 entitled "FY 2000 Dormitory, Offutt AFB, NE"; we are pleased to submit our price proposal.

We propose to design, construct and equip the facility as described in the enclosed, and will make the necessary site improvements as described in the Request for Proposal to provide a complete and usable facility. We are responsible for delivery of the improvements in good and habitable condition and in compliance with the applicable codes, ordinances, regulations, etc., and Government requirements. We certify that all items submitted in our proposal comply with RFP requirements and that all final design documents will comply with RFP requirements. We understand that in the case of any conflicts after contract award between the requirements stated in the RFP and our proposal, the RFP shall govern.

The following person or persons are authorized to conduct negotiations:

| | | |
|---|---|---|
| Clayton Record | Secretary | (208) 887-1401 ext 112 |
| Susan T. Record | President | (208) 887-1401 ext 117 |

We will start work within 10 calendar days after receipt of Notice to Proceed (NTP) and complete the entire work ready for use in accordance with the requirements in the solicitation and as indicated within the submitted project schedule. We hereby acknowledge receipt of the following amendments and have included their provisions in our proposal.

| 0001 | 0002 | 0003 | 0004 | 0005 | 0006 |
|---|---|---|---|---|---|
| 03 DEC 99 | 15 DEC 99 | 27 DEC 99 | 29 DEC 99 | 04 JAN 00 | 06 JAN 00 |

We would like to note that the borings taken for this project do not cover the area on the northern site and intend to incorporate new borings into our design if awarded this project. We feel confident that over excavation for foundations will not be required. Should over excavation for the building foundations be required RSCI will perform this work at no additional cost to the Government. We would like to further note that last minute changes to project size and scope were made to bring the project in under the dollar limit established in section 00120-page 8.

Sincerely,

Clayton Record
RSCI

C:\windows\TEMP\coverletter cr 1-14-00.doc

RSCI

MT 36115
NV 0032585
ID 12164-AAA-1-3
WA RECORS033QK

www.rscigroup.com

March 12, 2000

U.S. Army Corps of Engineers, Omaha
ATTN: Contracting Division (CENWO-CT, Attn: K. McElroy)
215 North 17th Street
Omaha, Nebraska 68102-4978

Attention: Contracting Division (CENWO-CT, K. McElroy)

Reference: Letter dated March 24, 2000 - Request for Final Revised Proposal

Dear Mr . McElroy:

In response to the Request for Final Revised Proposal for DACA67-00-R-0007 entitled "FY 2000 Dormitory, Offutt AFB, NE"; we are pleased to submit our revised proposal.

We propose to design, construct and equip the facility as described in our original technical proposal and amended with the enclosed. We are responsible for delivery of the improvements in good and habitable condition and in compliance with the applicable codes, ordinances, regulations, etc., and Government requirements. We certify that all items submitted in our proposal comply with RFP requirements and that all final design documents will comply with RFP requirements. We understand that in the case of any conflicts after contract award between the requirements stated in the RFP and our proposal, the RFP shall govern.

The following person or persons are authorized to conduct negotiations:

| | | |
|---|---|---|
| Clayton Record | Secretary | (208) 887-1401 ext 112 |
| Susan T. Record | President | (208) 887-1401 ext 117 |

We will start work within 10 calendar days after receipt of Notice to Proceed (NTP) and complete the entire work ready for use in accordance with the requirements in the solicitation and as indicated within the submitted project schedule. We hereby acknowledge receipt of the following amendments and have included their provisions in our proposal.

| 0001 | 0002 | 0003 | 0004 | 0005 | 0006 | 0007 | 0008 |
|---|---|---|---|---|---|---|---|
| 03 DEC 99 | 15 DEC 99 | 27 DEC 99 | 29 DEC 99 | 04 JAN 00 | 06 JAN 00 | 21 MAR 00 | 24 MAR 00 |

We would like to note that the borings taken for this project do not cover the area on the northern site and intend to incorporate new borings into our design if awarded this project. We feel confident that over excavation for foundations will not be required. Should over excavation for the building foundations be required RSCI will perform this work at no additional cost to the Government.

Sincerely,

Clayton Record
RSCI





1854 E. LANARK STREET • MERIDIAN, ID 83642 • 208-887-1401 • 208-888-9130

PRICING SCHEDULE

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| 1. | Entire work complete for the FY 2000 Dormitory - construction cost only. | Job | L.S. | $8,272,028 |
| | Design Cost for Item No. 1. | Job | L.S. | $527,400 |

TOTAL AMOUNT $8,799,428

NOTES:

1. Identify project features identified in your Technical Proposal, which will exceed the basic minimum requirements stated for this facility. See page 00010-2. Project features, which exceed the basic minimum requirements, are considered betterments. Supplemental pages listing betterments may be added. See Section 00120 - PROPOSAL EVALUATION and Technical Criteria Requirements for evaluated features with defined betterments (desirable, preferred and exceed preferred project features).

2. Insert the number of rooms on the following page, which will be provided for this facility. The minimum number of dormitory "Living/Bedroom" rooms provided which is considered acceptable is 108 rooms. See Section 00120 for evaluation of providing additional rooms.

3. Project Completion Time: Insert time required for completion of this project. The time stated shall agree with the minimum milestones listed for the Project Schedule in your proposal. The total number of calendar days for completion of the project shall include design, design reviews, construction, as-built drawings and final clean-up of premises.

BETTERMENTS

LIST OF FEATURES TO BE PROVIDED, WHICH EXCEED THE MINIMUM REQUIREMENTS

see attachment

Number of Rooms Provided for FY 2000 Dormitory 114

Project Completion Time 584 (In Calendar Days after Notice to Proceed is issued)

# BETTERMENTS - RSCI

1.5 Betterments:

The following "Betterments" are considered to be items that exceed minimum RFP requirements:

(a) Architectural Design:

1. A total of 114 room modules have been provided in this design.

Roofing System:

2. "Preferred" concrete tile roofing system provided throughout.
3. The third floor roof assembly incorporates rigid insulation board, a superior product in lieu of batt insulation. By providing additional layers of gypsum wallboard beneath the combustible nailer board, and at the ceiling membrane level, the integrity of a 1-hr fire rated assembly is maintained. Insulation board beneath the asphalt shingle level will prevent condensation from occurring in the attic.
4. Metal coping over roof parapets will prevent leakage in the future.
5. Roof penetrations have been minimized, all range hood vent and dryer exhausts are at the recessed areas with wall louvers painted to match.

Additional Square Footage in the Room Module Kitchen and Additional Square Footage in the Overall Building:

6. Additional square footage is provided in the module kitchens, allowing more space for the eating area. Net area provided in the RFP is 95.6 s.f. Net area of the proposed Kitchen is.107.5 s.f. (increase of 12 s.f.)
7. Using 2 different stud sizes at the module corridor wall allows sink plumbing to clear beams, and depth of refrigerator to be recessed.
8. Additional square footage in the overall building approaches the allowable gross square footage, without going over the maximum amount.

Functionality of Room Module and Overall Building Floor Plan:

9. Mechanical closet doors are painted with 3-part paint system and detailed to blend with the corridor walls (see details 2/A3.3 & 3/A3.3). Mechanical closets are separated from each other, as illustrated in the Facility Design Guide, to provide required 1-hour separation and to minimize fire/smoke dampers.
10. Regrouping of modules to make all modular mechanical closets back-to-back with each other. 11. Recess at module entry has been increased from 8" to 16", to further break up the corridor.
12. Enclosing range hood ductwork over cabinetry within an assembly that blends with the cabinetry.
13. Range hood in module has been sized to 2'-0" in lieu of 2'-6" to align with the oven/range, and to provide more storage in wall cabinetry.
14. Plastic laminate, located on the wall behind the range, up to the range hood provides an easily cleaned, maintenance free surface
15. 4'-0"x 3'-0" module shower stalls provide more room in lieu of 3'-0" x 3'-0" as indicated in the RFP plans. There is sufficient room for a bathtub/shower combination if the user desires. An optional plan utilizing a 3'-0"x3'-0" shower stall is provided as a NO COST option, to allow more room for circulation while opening and closing the bathroom door.
16. Closet re-design, to allow linear footage of hanging length to be 9'-0", in lieu of 5'3" shown in the RFP plan (8'-0" minimum is required by the Facility Design Guide). 12" deep shelving in lieu of 9" shown in the RFP plan.

17. Overhead doorstops are provided at the module bedroom doors, as there is no possible location for a wall or doorstop. Clearances have been worked out on the FY98 and FY99 dormitories at Mountain Home AFB to prevent door hardware from damaging mirrors located on closet doors.
18. Redesign of core spaces to improve the overall functionality and circulation.
19. Corridors are 4'-8" wide, wider throughout the building than those shown in the RFP plans
20. Toilet Room doors, offset from the public Lobby provide more privacy.
21. Public telephones have their own alcoves for additional privacy.
22. One large storage room is provided on the first floor, within close proximity to the Office.
23. Careful consideration of the door adjacencies and fire ratings throughout the corridor, has lead our design/build team to a small deviation from the RFP that we consider to be a "betterment". We have made a conscious decision that is not only a "value-for the money" proposal, but is more consistent with the C.E.G.S. specifications and our experience in designing dormitories. The only wood doors that are six-paneled are the module entry doors. Common rooms, such as the entries to the Office, Laundry, Game, Day Room and Stairwells will have relites appropriately sized for their rating. Relites would not be appropriate in six-panel doors, nor would the mechanically fastened and glued moldings hold-up to the abuse over time.
24. All walls enclosing the first floor lobby and doors within those assemblies are rated 1-hour, to allow occupants exiting the central stairway a safe means of egress (required component of an exit enclosure – NFPA 101, para. 5-2.2.5.1).
24. Mechanical, Electrical and Communication Rooms have been accurately sized to accommodate required transformers and equipment.
25. Structural, Mechanical and Electrical design is fully coordinated (beam layouts with plumbing walls, braced frame layouts with electrical and communication outlets, rated assemblies with ceiling radiation dampers, etc), as our design/build team has completed two dorms, similar to FY2000.

Elevator:

26. A layout (elevator is not included in this bid) is provided, to allow for the installation of an elevator at a future date, without compromising vending alcoves, or other required spaces. This layout has been coordinated with all disciplines.

Bulk Storage:

27. Wire cage enclosure and 108 bulk storage units have been provided in lieu of RFP minimum of wire cage enclosure.
28. All bulk storage units have 3" housekeeping pads beneath them to keep personal belongings dry.
29. Rigid insulation, at the exterior side of the entire basement perimeter will prevent items in the basement from freezing.

Crawl Space Enlargement:

30. A full basement area has been provided (referred to as crawl space) to allow for future expansion and use of the space.
31. Basement Electrical and Comm. Rooms are elevated 7" above adjacent slab, to keep floor dry.
32. Extra drains have been provided throughout the basement area.

(b) Civil/Site Design:

Grading – Parking Lot Location/Elevation, Slopes of Ramps, Roads and Walks:

1. As per the desirable option, the parking lot is below the elevation of the new dormitory with

handicapped stalls in the parking lot and a handicapped access route to the dormitory with sidewalk ramps and curb ramps. Site will be graded such that drainage will be directed away from buildings to curb and gutter. In the parking area drainage will be directed off to the sides, not down the center of the parking lot, as desired.

Parking – Quantity of Stalls in Ratio to New Dormitory Site:

2. Preferred ratio of 1.15 (cars) to each resident has been provided for the FY2000 dormitory (138 spaces preferred). Parking for 4 handicapped and 6 motorcycles is provided in addition to the 138 standard vehicle stalls.

Vehicle and Pedestrian Traffic Flow:

3. Walks provide positive access to required destinations.
4. Two access drives to parking lot are provided.
5. Dumpster location requires minimal maneuvering by sanitation truck and is convenient to residents on their way to the parking lot.
6. Minimized traffic through parking lot.
7. Raised parking islands delineate traffic flow.
8. Intermediate islands have been added to the parking lot.
9. A full Master Site Plan has been provided to show how the future dorm and parking lot are integrated with the FY2000 dorm and parking lot, including the pedestrian access to the recreational areas.
10. Full mechanical/electrical screen wall enclosure provides security and clearances to equipment, as well as screening all sides with an aesthetic material that blends with the overall sight.

Pavement Type for Roads and Parking Lots:

11. The Flexible Pavement Design Curves for Roads and Streets, shown in TM 5-822-5, were used to determine the pavement section thickness. Pavement for the Central Access Road and Parking Lot will be composed entirely of an asphalt section over a well prepared subgrade. This design, based on past performance of varying pavement sections in the area, will provide a high strength road surface and resistance to deformation from minor frost heave.

(c) Interior Design:

Quality and Types of Finishes Selected for Wall, Floor and Base, Ceilings and Countertops:

1. Recessed entry mat with quarry tile perimeter floors and base at vestibules.
2. Quarry tile in lieu of carpeting as a floor finish and wall base in the Main Lobby.
3. Specialty recessed cove ceiling in the Lobby Area.
4. Carpet borders with solid accent perimeter colors at the Lobby, Waiting Areas, Game and Day Rooms.
5. The preferred textured wall coating system is being provided throughout the stairwells, lobbies, corridors, vending, vestibules and game rooms.
6. Two colors of textured wall coating system are being used above and below solid oak chair rail at vending and game rooms.
7. Solid surface countertop throughout, including module kitchens and vanities, common kitchens and laundry room counters.
8. Solid surface window sills

Furniture Footprint for all Areas:

5. Furniture layout with ease of traffic flow.
6. Functional layout of furnishings is accomplished with the additional area provided in the rooms.
7. Required furniture is provided in drawings, including 30" diameter table in module kitchen and 48" long "preferred" desk in module bedroom/living areas. Module living area includes a book shelf, in addition to required furnishings.
8. Site lines providing privacy for TV viewing in Day Rooms. Site lines for viewing TV in all areas of the Game Room.
9. Activities in the Kitchens, Game and Day Rooms are separate.
10. All furnishings listed in the RFP are provided, including all preferred furnishings listed in the Game Rooms (shuffleboard table and dart game). The dart game is strategically located in a corner to provide minimum disruption to occupants

Interior Color Scheme:

1. Permanent finishes are generally the hard surface structural interior design (SID) finishes that will last 15 to 20 years and whose removal and reinstallation is a major disruption to the facility. Such items as vinyl composition tile (VCT), ceramic tile, and other hard surface tiles, plastic laminates, toilet partitions, lockers, window blinds all modular or systems furniture panels, etc., are considered to be permanent interior finishes. The interior design team is extremely sensitive to both ACC and AMC Command Standards which require that all permanent finishes be in either brown-tone or gray-tone neutrals. WJA has successfully implemented neutral colors which meet the approval of Command Standards, while meeting the individual needs of the customer and particular Base Standards.
2. The Interior SID color scheme provides warm neutral colors that blend with the overall appearance.
3. Carpets are considered to be non-permanent finishes, as they will inevitably be replaced over time. The field and accent carpet colors chosen are appropriate for this type of facility. Having a different accent color on each floor, helps to distinguish one floor from another.

(d) Landscaping Design:

Recreational Courts:

1. Existing courts will be preserved. Two new volleyball courts, a recreational court and two ½ basketball court are provided. The additional basketball court is being added to the FY2000 Dormitory to replace the demolished court.

Exterior Site Furnishings:

2. Picnic tables and barbecues have been added west of the parking lot.

Landscaping (Trees, Shrubs and Plant Materials):

3. Additional shrubs and trees are provided beyond the minimum. These materials have been used to provide additional screening for the mechanical area and provide interest and definition to the courtyard areas.

(e) Mechanical Design:

1. The module fan coil units, all associated piping and ductwork will be located in mechanical closets in lieu of ceiling mounted fan coil units, to allow maintenance without disturbing residents.
2. Tightly sealed metal drain pans are provided in module mechanical closets to prevent damage to surrounding closet walls.

3. Our team has designed and successfully built a dorm with this configuration. An already completed mock-up of the closet can be brought on-site after award.
4. Regrouping of modules to make all module mechanical closets back-to-back with each other.
5. Using 5-1/2" composite deck for one-hour floor/ceiling assembly eliminates the need for ceiling radiation dampers at the ceiling membrane and future maintenance of these dampers.
6. All aspects of the mechanical design have been coordinated with other disciplines.

(f) Structural Design:

1. Structural beams between bedrooms (within modules) have been spaced to prevent conflicts between module vanity plumbing and structure. The layout, as currently shown in the RFP would require either offsetting the plumbing at each floor (expensive), or locating the plumbing in the adjacent walls, thus decreasing the vanity size.
2. Walls between bedrooms (within modules) are non-structural to allow flexibility in the future. Braced frames have been located between modules at twelve locations (see structural plans).
3. Walls between Living/Bedroom area and the Kitchen are non-structural to allow flexibility in the future. Braced frames have been located on the exterior walls.
4. Basement pilasters have increased in size to accommodate 2 purposes: carry the load of columns at exterior braced frames and provide a minimum depth of concrete behind all 2" face brick.
5. Using 5-1/2" composite deck for one-hour floor/ceiling assembly eliminates the need for fireproofing metal deck.
6. All aspects of the structural design have been coordinated with other disciplines.

(g) Water Supply and Wastewater Collection Design:

1. The water supply has been sufficiently sized at 10", a fire pump is not required.
2. The wastewater collection system will provide service for the FY2000 dormitory and the future dormitory. All wastewater will flow by gravity from the dormitory and connect to existing wastewater collection system at the manhole East of Airman drive. Wastewater ejector pumps or lift stations will not be necessary to provide sufficient wastewater conveyance.

(h) Electrical Design:

1. Newer technology dimmable compact fluorescent fixture is being provided for the bedrooms, in lieu of older technology circle-line fixtures.
2. Recreation rooms are being provided with wall sconce lighting as well as overhead fixtures, for when a lower lighting level is desired.
3. All aspects of the electrical design have been coordinated with other disciplines.