No. 03-2274C
Judge Lettow

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**PLAINTIFF'S APPENDIX IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO DISMISS AND PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: June 7, 2004

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706

# INDEX TO APPENDIX

**DOCUMENT** **PAGE**


1. Great Plains Geotechnical Report of August 23, 2000 . . . . . . . . . . 1-34

2. Great Plains Geotechnical Report of October 20, 2000 . . . . . . . . . . 35-44

3. Contracting Officer's Representative's Performance Evaluation . . . . . . . . . . 45-48

4. Record's Response to Contracting Officer's Representative's Performance Evaluation . . . . . . . . . . 49-50

5. Contracting Officer's Representative's Reply to Record's Response to Performance Evaluation . . . . . . . . . . 51

EXHIBIT 4

# Report of Geotechnical Investigation for FY 2000 Dormitory Nelson Drive Offutt Air Force Base Bellevue, Nebraska

**Prepared By:**
**Great Plains Testing Laboratories, Inc.**
**2141 South 156th Circle**
**Omaha, Nebraska 68130**
**(402) 330-2124**

**August 23, 2000**
**Project No. G0395J**

**Prepared For:**
**RSCI**
**1854 East Lanark Street**
**Meridian, ID 83642**

REGISTERED PROFESSIONAL ENGINEER
JOHN A. CHRISTIANSEN
E-7821
8/23/00
STATE OF NEBRASKA

GREAT PLAINS
TESTING LABORATORIES, INC.

GEOTECHNICAL &
CONSTRUCTION MATERIALS
ENGINEERING AND TESTING

296.K.1

2141 South 156th Circle • Omaha, NE 68130-2586 • Office: (402) 330-2124 • Fax: (402) 330-2726

# TABLE OF CONTENTS

INTRODUCTION 1
PROPOSED CONSTRUCTION 2
FIELD WORK 3
LABORATORY TESTING 4
SITE CONDITIONS 4
SOIL CONDITIONS 4
CONCLUSIONS AND RECOMMENDATIONS 5
FOUNDATION ANALYSIS 6
LATERAL EARTH PRESSURES 6
EARTHWORK 7
SLOPES AND TEMPORARY EXCAVATIONS 7
PAVEMENT AND FLOOR SLAB SUBGRADES 8
PARKING LOT PAVEMENT DESIGN 9
SURFACE DRAINAGE AND LANDSCAPING 11
GENERAL 11
APPENDIX A
BORING LOCATION PLAN
APPENDIX B
BORING LOGS
APPENDIX C
LABORATORY TESTS

GREAT PLAINS TESTING LABORATORIES, INC.

# REPORT OF GEOTECHNICAL INVESTIGATION FOR FY 2000 DORMITORY NELSON DRIVE OFFUTT AIR FORCE BASE BELLEVUE, NEBRASKA AUGUST 23, 2000 PROJECT NO. G0395J

## INTRODUCTION

This report presents results of the geotechnical investigation performed at the site of the proposed FY 2000 Dormitory, which is located along Nelson Drive west of Whiteman Hall Building 324 at Offutt Air Force Base in Bellevue, Nebraska. This investigation was authorized by Mr. Jason Osterberg of RSCI based on our written proposal.

Included in this investigation were test borings, laboratory testing, and a report of our conclusions and recommendations. The scope of our report was limited to the following:

- Summarize the project information.
- Discuss the field exploration and laboratory testing programs.
- Discuss existing surface conditions at the time of our field exploration.
- Discuss existing subsurface conditions at the time of our field exploration.
- Report groundwater levels at boring locations.
- Evaluate the engineering properties of the soils encountered.
- Recommend types and depths of foundation elements.
- Evaluate soil bearing capacity and estimate settlement.
- Recommend pavement and floor slab subgrade preparation procedures.
- Recommend pavement sections.
- Recommend earthwork and soil related construction procedures.

This report has been prepared by the firm of Great Plains Testing Laboratories, Inc. for the exclusive use of RSCI and their client for specific application to the proposed FY 2000 Dormitory, which is located along Nelson Drive west of Whiteman Hall Building 324 at Offutt Air Force Base in Bellevue, Nebraska. Great Plains Testing Laboratories, Inc. has endeavored to comply with generally accepted geotechnical engineering practice common to the local area. Great Plains Testing Laboratories, Inc. makes no other warranty, express or implied.

Following sections of this report include comments on issues related to foundation construction and earthwork, and related geotechnical aspects of the proposed construction. The recommendations contained herein are not intended to dictate construction methods or sequences. Instead, they are furnished solely to help designers identify potential construction problems related to foundation and earthwork plans and specifications, based upon findings derived from sampling. Depending upon the final design chosen for the project, the recommendations may also be useful to personnel who observe construction activity. Potential contractors for the project must evaluate potential construction problems on the basis of their review of the contract documents, their own knowledge of and experience in the local area, and on the basis of similar projects in other localities, taking into account their own proposed methods and procedures.

Borings were drilled and soil samples were obtained by Great Plains Testing Laboratories, Inc. solely to obtain indications of subsurface conditions as part of a geotechnical exploration program. No services were performed to evaluate subsurface environmental conditions. Any statements in this report regarding odors, discoloration, or suspicious conditions are strictly for the information of our client. Prior to purchase or development of this site, an environmental assessment is advisable.

## PROPOSED CONSTRUCTION

The project consists of constructing a three-story dormitory building. The dormitory will have a mechanical room and a basement. Architectural finished floor elevations are as follows:

- Mechanical Area: 87' 6"
- Basement: 91' 6"
- First Floor: 100' 0"
- Second Floor: 111' 4"
- Third Floor: 122' 8"

Typical construction details include poured concrete spread footings, steel framing, and CMU block walls. We understand that column loads of 32 kips to 450 kips are anticipated. The bottom of footings will rest as deep as elevation 83' 0".

According to the site Grading Plan, the site slopes downward to the west, from a high elevation of approximately 325 meters to a low of 315 meters. A central access road, a fire lane, parking areas, and sidewalks will also be constructed.

## FIELD WORK

The field investigation was conducted between August 2 and August 5, 2000. The exploratory program consisted of seven test borings as shown on the Boring Location Plan (Appendix A). Boring locations were determined by Great Plains Testing Laboratories, Inc. according to a preliminary site plan provided by RSCI. Boring locations were approximated in the field by taping distances from landmarks shown on this preliminary plan. Boring elevations were interpolated from contours shown on the Grading Plan, and were converted from meters to feet. An architectural first floor elevation of 100.0 was used as a datum reference. If more precise location and elevation data are desired, a registered professional land surveyor should be retained to locate the borings and determine their ground surface elevations.

Test borings were advanced to depths ranging from 10 feet to 30 feet below existing grade with a 1996 CME 45B truck-mounted drill rig using continuous flight augers. Borings remained open during drilling, and stabilization drilling methods were not required within the depths investigated.

Soil samples were obtained at the sampling intervals shown on the Boring Logs (Appendix B). Recovered samples were extruded in the field, sealed in plastic containers, labeled, and protected for transportation to the laboratory for testing. Undisturbed samples, designated "U" samples, were obtained with thin-walled tube samplers, 3.0 inches outside diameter, hydraulically pushed in general accordance with ASTM D1587-94, "Thin Walled Tube Sampling of Soils." Split-barrel samples, designated "S" samples, were obtained while performing Standard Penetration Tests (SPT) with a thick-walled 1.50 inch inside diameter sampler, driven in general accordance with ASTM D1586-84, "Penetration Test and Split-Barrel Sampling of Soils." The N-value, reported in blows per foot, is the number of blows required to drive the sampler for the last 12 inches of the sampling interval. Auger cutting samples are designated as "A" samples.

Soil, rock, and/or other samples obtained from the project site are the property of our client. Unless other arrangements are agreed upon in writing, Great Plains Testing Laboratories, Inc. will hold such samples for no more than 30 calendar days from the date Great Plains Testing Laboratories, Inc. issues the first document that includes the data obtained from these samples. After that date, Great Plains Testing Laboratories, Inc. will dispose of samples that are not contaminated by hazardous substances. Note: The client is responsible for selecting and arranging for the lawful disposal of any samples that are contaminated by hazardous substances.

Disposal procedures should encompass removing the contaminated samples from Great Plains Testing Laboratories, Inc.'s custody and transporting them to a disposal site. The client is advised to apply prudence and good judgment in selecting and arranging for lawful disposal procedures.

The field boring logs were prepared in general accordance with ASTM D2488-84, "Description of Soils (Visual-Manual Procedure)." Stratification lines represent the approximate boundary between soil types, and the transition between materials may be far more or less gradual than indicated on the boring logs. Water level readings were made in the borings at times and under conditions stated on the boring logs.

## LABORATORY TESTING

The field boring logs were reviewed to outline the depths, thickness', and extent of the soil strata, and a testing program was established to evaluate the engineering properties of the recovered samples. Specific tests that were performed include moisture content and density determinations, unconfined compression tests, and Atterberg limits classification tests. All tests were conducted in general accordance with current ASTM or state-of-the-art test procedures. Laboratory test results are presented in Appendix C.

Moisture content and density determinations were used to determine the existing moisture-density state of the soils. Unconfined compression tests were used to define the stress-strain characteristics and related shear strength of the soils. Atterberg limits were used to classify the soils under the Unified Soils Classification System.

Based on the results of this testing program, the field logs were reviewed and supplemented as presented in Appendix B. These final logs represent our interpretation of the field logs, and reflect the additional information gained in the laboratory testing program.

## SITE CONDITIONS

The site is located immediately west of Whiteman Hall Building 324. The ground slopes downward to the west in a series of terraces. At the time of our field work, the ground surface consisted of mowed grass.

## SOIL CONDITIONS

This site lies in the loess-mantled, glaciated region of eastern Nebraska. The generalized subsurface profile for this region consists of wind-deposited soils (loess) of various ages overlying glacial deposits (till). Erosion of the loess mantle has created the alternating drainageway and divide topography common to eastern Nebraska. Colluvial deposits exist on the lower side slopes and at the bases of hills.

Alluvial deposits exist in the drainageways, creek channels, and river valleys. To the depths investigated, the soils encountered on this site consist of man-made fill over Peoria loess.

The fill was encountered in borings B-1, B-3, B-4, B-5, B-6, and B-7. It was described as light yellowish-brown to yellowish-brown, slightly moist to moist, hard to very hard lean clay. Laboratory tests on the recovered samples indicated moisture contents of 12 to 20 percent, dry densities of 99 to 116 pounds per cubic foot (pcf) and unconfined compressive strengths of 3.1 to 3.2 tons per square foot (tsf). Based on liquid limits of 38 to 41 and plasticity indexes of 14 to 18, samples of the fill classify as CL, lean clay. Based on an assumed Standard Proctor maximum dry density of 104 pcf, the fill samples had compaction levels that ranged from 95 to over 100 percent compaction. The results of our testing indicate that the compaction of the fill is adequate.

The Peoria loess was encountered in all seven borings. It was described as light yellowish-brown to brown, moist, firm to hard lean clay. Laboratory tests on the recovered samples indicated moisture contents of 16 to 22 percent, dry densities of 76 to 98 pounds per cubic foot (pcf) and unconfined compressive strengths of 0.7 to 2.9 tsf. Based on a liquid limit of 44 and plasticity index of 24, a sample of the Peoria loess classifies as CL, lean clay.

Ground water was not encountered in the test borings on the dates and under conditions noted on the Boring Logs. Note that ground water levels may fluctuate due to seasonal variations in precipitation, snowmelt, construction activities, temperature and/or other factors not evident at the time of measurement.

## CONCLUSIONS AND RECOMMENDATIONS

In general, this site is considered suitable for the proposed construction. Site soils have moderate moisture contents, and have adequate shear strengths and dry densities to support the proposed construction on shallow spread footings, as planned. The soils which will be excavated for the basement are suitable for re-use as fill. These soils consist of low-plasticity lean clay with moderate moisture contents. At their present moisture contents, only minor drying would be necessary prior to re-compaction.

Groundwater was not encountered during drilling, and we do not anticipate that groundwater will impact the proposed construction. We recommend installing an exterior perimeter foundation drain, near the top of footing level. The drain should consist of a perforated drainage pipe, surrounded by free-draining washed aggregate which contains less than two percent fines. The aggregate should be wrapped in a non-woven filtration geofabric, and should be capped with lean clay. The drainage pipe should either run to a sump for removal by a pump, or should daylight downslope.

## FOUNDATION ANALYSIS

In light of the subsurface conditions revealed by the boring and testing program, this site appears suitable for use of a shallow spread foundation system. A net allowable soil bearing pressure of 2,000 pounds per square foot may be used to size both continuous wall footings and isolated spread column footings. In no case should footings be smaller than local code sizes. Exterior footings and footings in unheated areas should be founded at a minimum depth of 3.5 feet below surrounding grade to provide frost protection, and all footings should be reinforced with steel reinforcement.

The estimated bearing capacity is based on a factor of safety of 3 against the full dead load plus normal live load. A maximum total settlement of 1 inch and a differential settlement of 1/2 to 3/4 inch are generally considered acceptable and were used in our analysis. The net allowable bearing pressure refers to the bearing pressure at foundation level in excess of the surrounding overburden pressure.

## LATERAL EARTH PRESSURES

The following soil parameters are provided for use in designing below-grade walls subject to lateral earth pressures. These parameters are based on the assumption that retained soils will be similar in composition to the on-site soils which were encountered in this investigation. A moist soil unit weight of 125 pcf, and a friction angle of 27 degrees were used in estimating these values.

**Estimated Lateral Earth Pressures**

| Case | Earth Pressure Coefficient | Drained Equivalent Fluid Pressure | Undrained Equivalent Fluid Pressure |
|---|---|---|---|
| Active | 0.38 | 40 pcf | 90 pcf |
| At-Rest | 0.55 | 60 pcf | 100 pcf |
| Passive | 2.66 | 330 pcf | 150 pcf |

A footing-level drainage system must be provided for all basement-level walls, and for retaining walls not designed to withstand full hydrostatic pressure against the wall. Backfill should be properly compacted to reduce future subsidence, and should slope away from the wall to reduce moisture infiltration into the backfill. Sand backfill is not recommended, except as required around the drain system.

## EARTHWORK

Organic topsoil, including surface vegetation and the root crown, should be stripped and stockpiled. In areas to accept fill, the top 8 to 12 inches of the ground surface should be scarified and recompacted to eliminate a plane of weakness along the contact surface.

Any off-site borrow material should be a clean, inorganic silt or lean clay with a plasticity index less than 20. Fill material should be placed in maximum loose lifts of 8 inches thick and compacted with a sheeps foot type roller to a minimum of 90 percent of the maximum dry density as determined by ASTM D1557-91, Modified Proctor Moisture-Density Relationship. Moisture content at the time of compaction should be controlled to between -2 and +4 percent of the optimum moisture content.

Backfill soils in utility trenches should be placed in thin loose lifts and compacted to a minimum of 90 percent of the maximum dry density as determined by ASTM D1557-91, Modified Proctor Moisture-Density Relationship. The moisture content should be controlled to between -2 and +4 percent of the optimum. Seeded, non-paved areas can be compacted to a minimum of 85 percent of the maximum dry density as determined by ASTM D1557-91, Modified Proctor Moisture-Density Relationship.

It is recommended that a technician working under the supervision of an experienced soils engineer from Great Plains Testing Laboratories, Inc. periodically monitor earthwork operations to evaluate compliance with the above recommendations.

## SLOPES AND TEMPORARY EXCAVATIONS

The owner and the contractor should make themselves aware of and become familiar with applicable local, state, and federal safety regulations, including current OSHA excavation and trench safety standards. Construction site safety generally is the sole responsibility of the contractor. The contractor shall also be solely responsible for the means, methods, techniques, sequences, and operations of construction operations. Great Plains Testing Laboratories, Inc. is providing the following information solely as a service to our client. Under no circumstances should Great Plains Testing Laboratories, Inc.'s provision of the following information be construed to mean that Great Plains Testing Laboratories, Inc. is assuming responsibility for construction site safety or the contractor's activities; such responsibility is not implied and should not be inferred.

The contractor should be aware that slope height, slope inclination, and excavation depths (including utility trench excavations) should in no case exceed those specified in local, state, or federal safety regulation; e.g., *OSHA Health and Safety Standards for Excavations, 29 CFR Part 1926*, or successor regulations. Such regulations are strictly enforced and, if not followed, the owner, the contractor, or earthwork or utility subcontractors could be liable for substantial penalties.

For this site, the overburden soil encountered in our exploratory borings consists of cohesive lean clay. We anticipate that OSHA will classify these materials as type B. OSHA recommends a maximum slope inclination of 1H:1V for type B soils.

Note: Soils encountered in the construction excavations may vary significantly across the site. Our preliminary soil classifications are based solely on the materials encountered in widely spaced boring locations. The contractor should verify that similar conditions exist throughout the proposed area of excavation. If different subsurface conditions are encountered at the time of construction, Great Plains Testing Laboratories, Inc. recommends that we be contacted immediately to evaluate the conditions encountered.

If any excavation, including a utility trench, is extended to a depth of more than 20 feet, OSHA requires that the side slopes of such excavation be designed by a professional engineer registered in the state where construction is occurring.

As an alternative to temporary slopes, vertical excavations can be temporarily shored. The contractor or the specialty subcontractor should be responsible for the design of the temporary shoring in accordance with applicable regulatory requirements.

## PAVEMENT AND FLOOR SLAB SUBGRADES

Based on our experience, the pavement subgrade soils at this site can be adequately prepared by field conditioning and compaction. It is important that the subgrade support be relatively uniform, with no abrupt changes in the degree of support. Non-uniform pavement support can result from the transition at cut and fill areas, varying soil moisture contents, varying soil types, and where utility backfill has been placed in areas to be paved. Improper subgrade preparation such as inadequate vegetation removal, proof-rolling, and compaction can also result in non-uniform subgrade support.

To prepare the subgrade, the top 12 inches of the subgrade should be compacted to a minimum of 90 percent of the maximum dry density as determined by ASTM D1557-91, Modified Proctor Moisture-Density Relationship. The moisture content should also be controlled to between -2 and +4 percent of the optimum. The final subgrade should be proof rolled immediately prior to placement of the concrete or asphalt to detect any localized areas of instability. Unstable areas should be reworked to provide a uniform subgrade. For a subgrade prepared in this manner we estimate a California Bearing Ratio (CBR) value of 5 and a modulus of subgrade reaction of 150 pci.

To provide uniform support for floor slabs, the subgrade should be reworked and compacted immediately prior to concrete placement. It is recommended that the top 6 inches of the subgrade be compacted to a minimum of 90 percent of the maximum dry density as determined by ASTM D1557-91, Modified Proctor Moisture-Density Relationship. The moisture content should also be controlled to between -2 and +4 percent of the optimum. If

a granular cushion is used beneath the floor slab, this layer should be free-draining, well-graded, and compacted by vibration prior to pouring the floor slab.

## PARKING LOT PAVEMENT DESIGN

Various pavement designs have different performance characteristics and pavement selection must consider initial construction costs versus maintenance costs. Typically, lower initial construction costs result in higher maintenance costs since the parking lot will deteriorate at a more rapid rate. However, with increased initial cost to build a substantially stronger pavement, maintenance costs decrease accordingly. Generally, it is desirable to minimize total cost of the pavement structure considering initial cost plus maintenance cost. It is not within the scope of this report to evaluate the choice of pavement type based on cost. Our analysis will be restricted to a comparison of equivalent pavement strengths using locally available materials.

Pavement design is influenced by the anticipated traffic loads and volume, site subgrade conditions, pavement materials and the desired design life. The recommended pavement thickness' are based on our experiences with the alternate pavement types and equivalent pavement sections based on recognized structural coefficients.

The recommended alternate designs require that the site be properly prepared and that site drainage be provided to minimize the future wetting of the pavement subgrade. Flexible designs which utilize a crushed rock base do not perform well unless the soil subgrade beneath the aggregate base is uniformly sloped to provide positive drainage. For this reason, the use of aggregate bases should be restricted to designs which can actually accomplish long-term positive drainage of the subgrade.

Our recommended pavement thickness designs are based on a cohesive subgrade prepared as recommended in the Pavement and Floor Slab Subgrades section of this report. A pavement design life of 20 years is used. Low traffic volumes and light to moderate loading is assumed. AASHTO pavement design procedures were used to estimate the required pavement thickness'. The following parameters were adopted for the thickness design:

- Subgrade: 12" cohesive lean clay or silt, compacted to at least 90% of ASTM D1557, Modified Proctor, at a moisture content between –2 percent and +4 percent of optimum.
- CBR value: 5
- Modulus of subgrade reaction: 150 pci
- Regional factor: 1
- Terminal Serviceability index: 2.5
- Working stress (PCC) 450 psi

GREAT PLAINS
TESTING LABORATORIES, INC.

- Surface course (ACC) minimum Marshall stability of 1,800 and maximum flow of 20 (ASTM D1559)
- Base course (ACC) minimum Marshall stability of 1,500 and maximum flow of 20 (ASTM D1559)
- Surface course (ACC) having laboratory Marshall air voids in 3% to 5% range, compacted to at least 92% of Maximum Theoretical Density (ASTM D2041)
- Base course (ACC) having laboratory Marshall air voids in 3% to 6% range, compacted to at least 90% of Maximum Theoretical Density (ASTM D2041)
- Minimum surface course (ACC) thickness of 2 inches

Based on the above design parameters, we recommend the following **minimum** pavement design thickness'.

| | **PAVEMENT TYPE/THICKNESS** | |
|---|---|---|
| **SERVICE CONDITION** | **Portland Cement Concrete (PCC)** | **Asphaltic Cement Concrete (ACC)** |
| Light-Duty Automobile Parking | 5" | 5" (2" surface, 3" Base) |
| Automobile & Intermittent Light Truck Parking/Driveways | 6" | 6.5" (2" surface, 4.5" Base) |
| Automobile, Straight Truck & Semi-Trailer Truck Parking/Driveways | 7" | 8" (3" surface, 5" Base) |

It is recommended that Portland cement concrete pavement with a minimum thickness of 7 inches be used in areas that will experience heavier stationary loads, such as trash dumpster pads and loading areas, and truck loading and unloading areas. The above recommendations are based on low traffic volumes and light to moderate loading. Pavement design thickness for specific traffic volumes and loads can be provided if desired.

Surface drainage around the pavement and proper maintenance are also important to long-term performance. Curbs should be backfilled as soon as possible after construction of the pavement. Backfill should be compacted and should be sloped to prevent water from ponding and infiltrating under the pavement. All pavement joints should be caulked and any cracks should be quickly patched or sealed to prevent moisture from reaching and softening the subgrade.

## SURFACE DRAINAGE AND LANDSCAPING

The success of the shallow foundation system and slab on grade floor system is contingent upon keeping the subgrade soils at a more or less constant moisture content, and by not allowing surface drainage a path to the subsurface. Positive surface drainage away from structures must be maintained at all times. Landscaped areas should be designed and built such that irrigation and other surface water will be collected and carried away from foundation elements.

During construction, temporary grades should be established to prevent runoff from entering excavations or footing trenches. Backfill should be placed as soon as structural strength requirements are met, and should be graded to drain away from the building.

The final grade of the foundation backfill and any overlying pavements should have a positive slope away from foundation walls on all sides. A minimum slope of 1 inch per foot for the first 5 to 10 feet is recommended. However, the slope may be decreased if the ground surface adjacent to foundations is covered with concrete slabs or asphalt pavements. A minimum slope of 2 percent is recommended for other areas of the site. Pavements and exterior slabs that abut structures should be carefully sealed against moisture intrusion at the joint. All downspouts and faucets should discharge onto splash blocks that extend at least 3 feet from the building line. Splash blocks should slope away from the foundation walls. Irrigation within ten feet of the foundation should be carefully controlled and minimized.

## GENERAL

Do not apply any of this report's conclusions or recommendations if the nature, design, or location of the proposed construction is changed. If changes are contemplated, Great Plains Testing Laboratories, Inc. must review them to assess their impact on this report's applicability. Also note that Great Plains Testing Laboratories, Inc. is not responsible for any claims, damages, or liability associated with any other party's interpretation of this report's subsurface data or reuse of this report's subsurface data or engineering analyses without the express written authorization of Great Plains Testing Laboratories, Inc. Great Plains Testing Laboratories, Inc. should be retained to perform a general review of final design drawings and specifications to help assure that the geotechnical engineering report has not been misinterpreted.

The conclusions and recommendations included in this report are based in part upon the data Great Plains Testing Laboratories, Inc. obtained from a limited number of samples obtained from widely spaced sampling locations. The methods used indicate subsurface conditions only at the specific locations where samples were obtained, only at the time they were obtained, and only to the depths penetrated. Samples cannot be relied on to accurately reflect the strata variations that usually exist between sampling locations.

The nature and extent of variations between these sampling locations will not become evident until construction or further investigation. If variations or other latent conditions become evident, Great Plains Testing Laboratories, Inc. will reevaluate this report's conclusions and recommendations.

The recommendations conveyed in this report have been based upon data derived from limited sampling and testing. Accordingly, the recommendations' appropriateness cannot be evaluated until Great Plains Testing Laboratories, Inc. learns more about actual subsurface conditions by observing earthwork in the field, at which time Great Plains Testing Laboratories, Inc. will finalize its recommendations. It is in the best interests of the owner to retain Great Plains Testing Laboratories, Inc. to observe earthwork operations with respect to the contractor's compliance with design concepts, specifications, and recommendations, and to help develop alternative recommendations if the conditions observed differ from those inferred to exist. No entity can be as familiar with the design concepts inherent in these recommendations as Great Plains Testing Laboratories, Inc. Accordingly, only observation by Great Plains Testing Laboratories, Inc. can permit Great Plains Testing Laboratories, Inc. to finalize its recommendations and enhance the likelihood of the design concept being adequately considered during implementation of its recommendations.

Prepared and submitted by,
Great Plains Testing Laboratories, Inc.

John A. Christiansen, P.E.,
Senior Geotechnical Engineer
Nebraska Reg. #E-7821

REGISTERED PROFESSIONAL ENGINEER
JOHN A. CHRISTIANSEN
E-7821
8/23/00
STATE OF NEBRASKA

# APPENDIX A

## BORING LOCATION PLAN

GREAT PLAINS
TESTING LABORATORIES, INC.

GREAT PLAINS TESTING LABORATORIES, INC.

# BORING LOCATION PLAN

| | |
|---|---|
| PROJECT NAME: FY 2000 Dormitory | PROJECT NUMBER: G0395J |
| LOCATION: Nelson Drive, Offutt AFB, Bellevue, NE | DATE: 7/26/2000 |




This Boring Location Plan was prepared from a site plan provided by the U.S. Army COE

⊕=Boring Location

*Form G14 (7/8/96) m:\msoffice\winword\geotech\forms\blp.doc*

# APPENDIX B

## BORING LOGS

# BORING LOG

| | |
|---|---|
| BORING NO: B-1 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 100.3 / DATUM: FF = 100 | DATE STARTED: 8/2/00 / DATE FINISHED: 8/2/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Brian Hindley |
| ▼ WL DURING DRILLING: None / ▽ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth Ft. | Sample Type/Number U | S | A | No. | Test Results SPT-N | LL/PI | UC | DD | MC | $H^2O$ El. | Soil Description/Origin Color | Moisture | Consist. | Class. | Geologic Origin | Elev. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | | | 1 | | 41/18 | | 113.3 | 12.2 | | Light yellowish brown | Slightly moist | Hard | Lean clay | FILL | 99.3 |
| 2 | ■ | | | | | | | | | | | | | | | 98.3 |
| 3 | | | | | | | | | | | | | | | | 97.3 |
| 4 | ■ | | | 2 | | | | 85.9 | 15.8 | | Yellowish brown | Moist | Hard | Lean clay | PEORIA LOESS (fragile) | 96.3 |
| 5 | ■ | | | | | | | | | | | | | | | 95.3 |
| 6 | | | | | | | | | | | | | | | | 94.3 |
| 7 | | | | | | | | | | | | | | | | 93.3 |
| 8 | | | | | | | | | | | | | | | | 92.3 |
| 9 | ■ | | | 3 | | | 1.55 | 89.5 | 20.0 | | | | | | | 91.3 |
| 10 | ■ | | | | | | | | | | | | | | | 90.3 |
| 11 | | | | | | | | | | | | | | | | 89.3 |
| 12 | | | | | | | | | | | | | | | | 88.3 |
| 13 | | | | | | | | | | | | | | | | 87.3 |
| 14 | ■ | | | 4 | | 44/24 | 2.31 | 96.6 | 21.6 | | | | | | | 86.3 |
| 15 | ■ | | | | | | | | | | | | | | | 85.3 |
| 16 | | | | | | | | | | | | | | | | 84.3 |
| 17 | | | | | | | | | | | | | | | | 83.3 |
| 18 | | | | | | | | | | | | | | | | 82.3 |
| 19 | ■ | | | 5 | | | 2.03 | 90.9 | 20.7 | | | | | | | 81.3 |
| 20 | ■ | | | | | | | | | | | | | | | 80.3 |
| 21 | | | | | | | | | | | | | | | | 79.3 |
| 22 | | | | | | | | | | | | | | | | 78.3 |
| 23 | | | | | | | | | | | | | | | | 77.3 |
| 24 | ■ | | | 6 | | | | 96.9 | 19.3 | | | | | | | 76.3 |
| 25 | ■ | | | | | | | | | | | | | | | 75.3 |

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES:** U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS:** N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-1 | DEPTH OF BORING: 30' | ELEVATION: 100.3 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 74.3 |
| 27 | | | | | | | | | | | | | | | | 73.3 |
| 28 | | | | | | | | | | | | | | | | 72.3 |
| 29 | ■ | | | 7 | | | | 90.9 | 18.9 | | | | | | | 71.3 |
| 30 | ■ | | | | | | | | | | | | | | | 70.3 |

Bottom of Boring at 30'

GREAT PLAINS TESTING LABORATORIES, INC.

**SAMPLE TYPES:** U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS:** N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-2 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 98.7 DATUM: FF = 100 | DATE STARTED: 8/5/00 DATE FINISHED: 8/5/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Chris Freese |
| ▼ WL DURING DRILLING: None ▽ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 1 | | | | 1 | | | | 89.0 | 19.7 | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LESS, fragile | 97.7 |
| 2 | | | | | | | | | | | | | | | | 96.7 |
| 3 | | | | | | | | | | | | | | | | 95.7 |
| 4 | | | | 2 | | | 0.73 | 85.7 | 19.5 | | | | | | | 94.7 |
| 5 | | | | | | | | | | | | | | | | 93.7 |
| 6 | | | | | | | | | | | | | | | | 92.7 |
| 7 | | | | | | | | | | | | | | | | 91.7 |
| 8 | | | | | | | | | | | | | | | | 90.7 |
| 9 | | | | 3 | | | | 90.6 | 21.2 | | Brown | | | | | 89.7 |
| 10 | | | | | | | | | | | | | | | | 88.7 |
| 11 | | | | | | | | | | | | | | | | 87.7 |
| 12 | | | | | | | | | | | | | | | | 86.7 |
| 13 | | | | | | | | | | | | | | | | 85.7 |
| 14 | | | | 4 | | | 1.46 | 92.9 | 22.1 | | | | | | | 84.7 |
| 15 | | | | | | | | | | | | | | | | 83.7 |
| 16 | | | | | | | | | | | | | | | | 82.7 |
| 17 | | | | | | | | | | | | | | | | 81.7 |
| 18 | | | | | | | | | | | | | | | | 80.7 |
| 19 | | | | 5 | | | 2.29 | 95.7 | 21.7 | | | | | | | 79.7 |
| 20 | | | | | | | | | | | | | | | | 78.7 |
| 21 | | | | | | | | | | | | | | | | 77.7 |
| 22 | | | | | | | | | | | | | | | | 76.7 |
| 23 | | | | | | | | | | | | | | | | 75.7 |
| 24 | | | | 6 | | | | 94.8 | 20.4 | | | | | | | 74.7 |
| 25 | | | | | | | | | | | Yellowish brown | | | | | 73.7 |

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS**: N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-2 | DEPTH OF BORING: 30' | ELEVATION: 98.7 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 72.7 |
| 27 | | | | | | | | | | | | | | | | 71.7 |
| 28 | | | | | | | | | | | | | | | | 70.7 |
| 29 | ■ | | | 7 | | | | 95.3 | 20.4 | | | | | | | 69.7 |
| 30 | ■ | | | | | | | | | | | | | | | 68.7 |

Bottom of Boring at 30'

GREAT PLAINS TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings

**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-3 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 98.7 / DATUM: FF = 100 | DATE STARTED: 8/3/00 / DATE FINISHED: 8/3/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Brian Hindley |
| ▼ WL DURING DRILLING: None / ∇ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 1 | ■ | | | 1 | | | | 109.2 | 14.9 | | Yellowish brown | Slightly moist | Hard | Lean clay | FILL | 97.7 |
| 2 | ■ | | | | | | | | | | | | | | | 96.7 |
| 3 | | | | | | | | | | | | Moist | | | | 95.7 |
| 4 | ■ | | | 2 | | | | 110.2 | 18.7 | | | | | | | 94.7 |
| 5 | ■ | | | | | | | | | | | | | | | 93.7 |
| 6 | | | | | | | | | | | | | | | | 92.7 |
| 7 | | | | | | | | | | | | | | | | 91.7 |
| 8 | | | | | | | | | | | | | | | | 90.7 |
| 9 | ■ | | | 3 | | | 1.21 | 75.6 | 18.5 | | Light yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 89.7 |
| 10 | ■ | | | | | | | | | | | | | | | 88.7 |
| 11 | | | | | | | | | | | | | | | | 87.7 |
| 12 | | | | | | | | | | | | | | | | 86.7 |
| 13 | | | | | | | | | | | | | | | | 85.7 |
| 14 | ■ | | | 4 | | | 1.93 | 89.5 | 20.1 | | Brown | | Hard | | | 84.7 |
| 15 | ■ | | | | | | | | | | | | | | | 83.7 |
| 16 | | | | | | | | | | | | | | | | 82.7 |
| 17 | | | | | | | | | | | | | | | | 81.7 |
| 18 | | | | | | | | | | | | | Firm | | | 80.7 |
| 19 | ■ | | | 5 | | | 1.05 | 92.5 | 21.8 | | | | | | | 79.7 |
| 20 | ■ | | | | | | | | | | | | | | | 78.7 |
| 21 | | | | | | | | | | | | | | | | 77.7 |
| 22 | | | | | | | | | | | | | | | | 76.7 |
| 23 | | | | | | | | | | | | | | | | 75.7 |
| 24 | ■ | | | 6 | | | | 92.5 | 20.1 | | | | | | | 74.7 |
| 25 | ■ | | | | | | | | | | Yellowish brown | | | | | 73.7 |

GREAT PLAINS TESTING LABORATORIES, INC.

**SAMPLE TYPES**: U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS**: N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-3 | DEPTH OF BORING: 30' | ELEVATION: 98.7 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Yellowish brown | Moist | Hard | Lean clay | PEORIA LOESS | 72.7 |
| 27 | | | | | | | | | | | | | | | | 71.7 |
| 28 | | | | | | | | | | | | | | | | 70.7 |
| 29 | ■ | | | 7 | | | 2.88 | 97.5 | 20.4 | | | | | | | 69.7 |
| 30 | ■ | | | | | | | | | | | | | | | 68.7 |

Bottom of Boring at 30'

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings

**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-4 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 92.1 / DATUM: FF = 100 | DATE STARTED: 8/5/00 / DATE FINISHED: 8/5/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Chris Freese |
| ▼ WL DURING DRILLING: None / ▽ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth Ft. | Sample U | Sample S | Sample A | No. | SPT-N | LL/PI | UC | DD | MC | $H^2O$ El. | Color | Moisture | Consist. | Class. | Geologic Origin | Elev. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | | | 1 | | | | 110.1 | 16.0 | | Light yellowish brown | Moist | Hard | Lean clay | FILL | 91.1 |
| 2 | ■ | | | | | | | | | | | | | | | 90.1 |
| 3 | | | | | | | | | | | | | | | | 89.1 |
| 4 | ■ | | | 2 | | | 3.23 | 99.0 | 17.7 | | Yellowish brown | | Very hard | | | 88.1 |
| 5 | ■ | | | | | | | | | | | | | | | 87.1 |
| 6 | | | | | | | | | | | | | | | | 86.1 |
| 7 | | | | | | | | | | | | | | | | 85.1 |
| 8 | | | | | | | | | | | | | | | | 84.1 |
| 9 | ■ | | | 3 | | | | 86.3 | 16.3 | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 83.1 |
| 10 | ■ | | | | | | | | | | | | | | | 82.1 |
| 11 | | | | | | | | | | | | | | | | 81.1 |
| 12 | | | | | | | | | | | | | | | | 80.1 |
| 13 | | | | | | | | | | | | | | | | 79.1 |
| 14 | ■ | | | 4 | | | 1.38 | 88.6 | 21.5 | | Brown | | | | | 78.1 |
| 15 | ■ | | | | | | | | | | | | | | | 77.1 |
| 16 | | | | | | | | | | | | | | | | 76.1 |
| 17 | | | | | | | | | | | | | | | | 75.1 |
| 18 | | | | | | | | | | | | | Hard | | | 74.1 |
| 19 | ■ | | | 5 | | | 1.98 | 95.2 | 21.9 | | | | | | | 73.1 |
| 20 | ■ | | | | | | | | | | | | | | | 72.1 |
| 21 | | | | | | | | | | | | | | | | 71.1 |
| 22 | | | | | | | | | | | | | | | | 70.1 |
| 23 | | | | | | | | | | | | | | | | 69.1 |
| 24 | ■ | | | 6 | | | 2.10 | 91.2 | 21.4 | | | | | | | 68.1 |
| 25 | ■ | | | | | | | | | | Yellowish brown | | | | | 67.1 |

GREAT PLAINS TESTING LABORATORIES, INC.

**SAMPLE TYPES**: U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS**: N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-4 | DEPTH OF BORING: 30' | ELEVATION: 92.1 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | H²O | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 66.1 |
| 27 | | | | | | | | | | | | | | | | 65.1 |
| 28 | | | | | | | | | | | | | | | | 64.1 |
| 29 | ■ | | | 7 | | | | 94.0 | 19.2 | | | | | | | 63.1 |
| 30 | ■ | | | | | | | | | | | | | | | 62.1 |

Bottom of Boring at 30'

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings

**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-5 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 100.6 / DATUM: FF = 100 | DATE STARTED: 8/2/00 / DATE FINISHED: 8/2/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Brian Hindley |
| ▼ WL DURING DRILLING: None / ∇ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth Ft. | Sample Type/Number U | S | A | No. | Test Results SPT-N | LL/PI | UC | DD | MC | $H^2O$ El. | Soil Description/Origin Color | Moisture | Consist. | Class. | Geologic Origin | Elev. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | | | 1 | | | | 116.1 | 16.6 | | Yellowish brown | Moist | Hard | Lean clay | FILL | 99.6 |
| 2 | ■ | | | | | | | | | | | | | | | 98.6 |
| 3 | | | | | | | | | | | | | | | | 97.6 |
| 4 | ■ | | | 2 | | | | 108.7 | 16.7 | | | | | | | 96.6 |
| 5 | ■ | | | | | | | | | | | | | | | 95.6 |
| 6 | | | | | | | | | | | | | | | | 94.6 |
| 7 | | | | | | | | | | | | | | | | 93.6 |
| 8 | | | | | | | | | | | | | | | | 92.6 |
| 9 | ■ | | | 3 | | | 0.74 | 83.4 | 17.7 | | Yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS, fragile | 91.6 |
| 10 | ■ | | | | | | | | | | | | | | | 90.6 |
| 11 | | | | | | | | | | | | | | | | 89.6 |
| 12 | | | | | | | | | | | | | | | | 88.6 |
| 13 | | | | | | | | | | | | | | | | 87.6 |
| 14 | ■ | | | 4 | | | | 86.2 | 18.9 | | | | | | | 86.6 |
| 15 | ■ | | | | | | | | | | | | | | | 85.6 |
| 16 | | | | | | | | | | | | | | | | 84.6 |
| 17 | | | | | | | | | | | | | | | | 83.6 |
| 18 | | | | | | | | | | | | | Hard | | | 82.6 |
| 19 | ■ | | | 5 | | | 2.36 | 92.9 | 20.4 | | | | | | | 81.6 |
| 20 | ■ | | | | | | | | | | | | | | | 80.6 |
| 21 | | | | | | | | | | | | | | | | 79.6 |
| 22 | | | | | | | | | | | | | | | | 78.6 |
| 23 | | | | | | | | | | | | | | | | 77.6 |
| 24 | ■ | | | 6 | | | | 96.5 | 21.4 | | Dark yellowish brown | | | | | 76.6 |
| 25 | ■ | | | | | | | | | | | | | | | 75.6 |

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings

**TEST RESULTS**: N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content. PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-5 | DEPTH OF BORING: 30' | ELEVATION: 100.6 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Dark yellowish brown | Moist | Hard | Lean clay | PEORIA LOESS | 74.6 |
| 27 | | | | | | | | | | | | | | | | 73.6 |
| 28 | | | | | | | | | | | | | | | | 72.6 |
| 29 | ■ | | | 7 | | | 1.76 | 94.7 | 19.5 | | | | | | | 71.6 |
| 30 | ■ | | | | | | | | | | | | | | | 70.6 |

Bottom of Boring at 30'

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings
**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-6 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 99.0 / DATUM: FF = 100 | DATE STARTED: 8/3/00 / DATE FINISHED: 8/3/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Brian Hindley |
| ▼ WL DURING DRILLING: None / ▽ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth | Sample Type/Number | | | | Test Results | | | | | H²O | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 1 | | | | 1 | | | | 98.7 | 16.9 | | Yellowish brown | Moist | Hard | Lean clay | FILL | 98 |
| 2 | | | | | | | | | | | | | | | | 97 |
| 3 | | | | | | | | | | | | | | | | 96 |
| 4 | | | | 2 | | | | 113.5 | 15.5 | | | | | | | 95 |
| 5 | | | | | | | | | | | | | | | | 94 |
| 6 | | | | | | | | | | | | | | | | 93 |
| 7 | | | | | | | | | | | | | | | | 92 |
| 8 | | | | | | | | | | | | | Very hard | | | 91 |
| 9 | | | | 3 | | 38/14 | 3.98 | 106.5 | 18.1 | | | | | | | 90 |
| 10 | | | | | | | | | | | | | | | | 89 |
| 11 | | | | | | | | | | | Light yellowish brown | Moist | Firm | Lean clay | PEORIA LOESS | 88 |
| 12 | | | | | | | | | | | | | | | | 87 |
| 13 | | | | | | | | | | | | | | | | 86 |
| 14 | | | | 4 | | | 0.80 | 84.9 | 16.2 | | | | | | | 85 |
| 15 | | | | | | | | | | | | | | | | 84 |
| 16 | | | | | | | | | | | | | | | | 83 |
| 17 | | | | | | | | | | | | | Hard | | | 82 |
| 18 | | | | | | | | | | | | | | | | 81 |
| 19 | | | | 5 | | | 1.64 | 90.0 | 16.2 | | | | | | | 80 |
| 20 | | | | | | | | | | | Brown | | | | | 79 |
| 21 | | | | | | | | | | | | | | | | 78 |
| 22 | | | | | | | | | | | | | | | | 77 |
| 23 | | | | | | | | | | | | | | | | 76 |
| 24 | | | | 6 | | | 2.12 | 95.1 | 17.1 | | | | | | | 75 |
| 25 | | | | | | | | | | | | | | | | 74 |

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: U = Undisturbed Shelby Tube, S = Split Barrel, A = Auger Cuttings
**TEST RESULTS**: N = Number of Blows/12", LL/PI = Liquid Limit/Plasticity Index, UC = Unconfined Compressive Strength in tsf, DD = Dry Density in pcf, MC = Percent Moisture Content, PP = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG CONTINUED

| BORING NO: B-6 | DEPTH OF BORING: 30' | ELEVATION: 99.0 |
|---|---|---|
| PROJECT NO: G0395J | PROJECT NAME: FY2000 Dormitory | |

| Depth | Sample Type/Number | | | | Test Results | | | | | $H^2O$ | Soil Description/Origin | | | | | Elev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ft. | U | S | A | No. | SPT-N | LL/PI | UC | DD | MC | El. | Color | Moisture | Consist. | Class. | Geologic Origin | Ft. |
| 26 | | | | | | | | | | | Brown | Moist | Firm | Lean clay | PEORIA LOESS | 73 |
| 27 | | | | | | | | | | | | | | | | 72 |
| 28 | | | | | | | | | | | | | | | | 71 |
| 29 | ■ | | | 7 | | | | 97.5 | 18.0 | | | | | | | 70 |
| 30 | ■ | | | | | | | | | | Yellowish brown | | | | | 69 |

Bottom of Boring at 30'

GREAT PLAINS TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings

**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1b (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# BORING LOG

| | |
|---|---|
| BORING NO: B-7 | PROJECT NO: G0395J |
| LOCATION OF BORING: See Plan | PROJECT NAME: FY2000 Dormitory |
| DEPTH OF BORING: 30' | PROJECT LOCATION: Nelson Drive, Offutt AFB, Bellevue, Nebraska |
| ELEVATION: 75.0 / DATUM: FF = 100 | DATE STARTED: 8/5/00 / DATE FINISHED: 8/5/00 |
| DRILLING METHOD: CME 45, 6" CFA | DRILLER/HELPER: Brian Gappa/Brian Hindley |
| ▼ WL DURING DRILLING: None / ▽ WL at END OF DRILLING: None | SURFACE COVER: Grass |

| Depth Ft. | Sample Type/Number U | S | A | No. | Test Results SPT-N | LL/PI | UC | DD | MC | $H^2O$ El. | Soil Description/Origin Color | Moisture | Consist. | Class. | Geologic Origin | Elev. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 | | 40/16 | 3.11 | 106.5 | 18.0 | | Yellowish brown | Moist | Very hard | Lean clay | FILL | 74 |
| 2 | | | | | | | | | | | | | | | | 73 |
| 3 | | | | | | | | | | | | | | | | 72 |
| 4 | | | | 2 | | | | 106.0 | 19.1 | | | | | | | 71 |
| 5 | | | | | | | | | | | | | | | | 70 |
| 6 | | | | | | | | | | | | | | | | 69 |
| 7 | | | | | | | | | | | | | | | | 68 |
| 8 | | | | | | | | | | | | | | | | 67 |
| 9 | | | | 3 | | | | 103.0 | 20.3 | | | | | | | 66 |
| 10 | | | | | | | | | | | | | | | | 65 |

Bottom of Boring at 10'

GREAT PLAINS
TESTING LABORATORIES, INC.

**SAMPLE TYPES**: **U** = Undisturbed Shelby Tube, **S** = Split Barrel, **A** = Auger Cuttings

**TEST RESULTS**: **N** = Number of Blows/12", **LL/PI** = Liquid Limit/Plasticity Index, **UC** = Unconfined Compressive Strength in tsf, **DD** = Dry Density in pcf, **MC** = Percent Moisture Content, **PP** = Pocket Penetrometer Strength in tsf

*Form G1a (8/22/96) s:\msoffice\winword\geotech\logs\logs.doc*

# UNIFIED SOIL CLASSIFICATION SYSTEM

| GROUP NAME | GROUP SYMBOL | SOIL DESCRIPTION | COMMENTS |
|---|---|---|---|
| Peat | Pt | Highly organic soils | 50% or more is smaller than No. 200 sieve |
| Fat Clay | CH | Clay - Liquid limit > 50% * | |
| Elastic Silt | MH | Silt - Liquid limit > 50% * | |
| Lean Clay | CL | Clay - Liquid limit < 50% * | |
| Silt | ML | Silt - Liquid limit < 50% * | |
| Silty Clay | CL-ML | Silty Clay * | |
| Clayey Sand | SC | Sands with 12 to 50 percent smaller than No. 200 sieve * | More than 50% is larger than No. 200 sieve and % sand > % gravel |
| Silty Sand | SM | | |
| Poorly-graded Sand with Clay | SP-SC | Sands with 5 to 12 percent smaller than No. 200 sieve * | |
| Poorly-graded Sand with Silt | SP-SM | | |
| Well-graded Sand with Clay ** | SW-SC | | |
| Well-graded Sand with Silt ** | SW-SM | | |
| Poorly-graded Sand | SP | Sands with less than 5 percent smaller than No. 200 sieve * | |
| Well-graded Sand ** | SW | | |
| Clayey Gravel | GC | Gravels with 12 to 50 percent smaller than No. 200 sieve * | More than 50% is larger than No. 200 sieve and % gravel > % sand |
| Silty Gravel | GM | | |
| Poorly-graded Gravel with Clay | GP-GC | Gravels with 5 to 12 percent smaller than No. 200 sieve * | |
| Poorly-graded Gravel with Silt | GP-GM | | |
| Well-graded Gravel with Clay ** | GW-GC | | |
| Well-graded Gravel with Silt ** | GW-GM | | |
| Poorly Graded Gravel | GP | Gravels with less than 5 percent smaller than No. 200 sieve * | |
| Well-graded Gravel ** | GW | | |

* See Plasticity Chart for definition of silts and clays.
** See definition for well graded.

## PLASTICITY CHART




## LEGEND OF TERMS

**SAMPLE IDENTIFICATION**
U - Undisturbed (Shelby tube)
S - Split barrel/SPT (disturbed)
A - Auger sample (cuttings)

**MOISTURE CONDITIONS**
Dry, Slightly Moist, Moist, Very Moist, Wet (Saturated)

**SOIL CONSISTENCY**
Fine Grained Soils
Very Soft, Soft, Firm, Hard, Very Hard

Coarse Grained Soils
Very Loose, Loose, Medium Dense, Dense, Very Dense

## CLASSIFICATION CRITERIA FOR SANDS AND GRAVELS

Well graded sands (SW) $C_u = D_{60}/D_{10} \geq 6$ and $C_c = (D_{30})^2/(D_{10} \times D_{60}) \leq 3$ and $\geq 1$
Well graded gravels (GW) $C_u = D_{60}/D_{10} \geq 4$ and $C_c = (D_{30})^2/(D_{10} \times D_{60}) \leq 3$ and $\geq 1$

| | Boulders | Cobbles | Coarse Gravel | Fine Gravel | Coarse Sand | Medium Sand | Fine Sand | FINES (silt or clay) |
|---|---|---|---|---|---|---|---|---|
| Sieve sizes | 10" | 3" | 3/4" | #4 | #10 | #40 | #200 | |

GREAT PLAINS
TESTING LABORATORIES, INC.

*Form G8 (6/6/96) s:\msoffice\winword\geotech\forms\unified.doc*

# APPENDIX C

## LABORATORY TESTS

GREAT PLAINS
TESTING LABORATORIES, INC.

# SUMMARY OF SOIL TESTS

| BORING NO. | SAMPLE NO. | SAMPLE DEPTH (ft.) | SAMPLE DIA. (in.) | MOISTURE CONTENT (%) | DENSITY | | VOID RATIO (e) | SAT. (%) | UNCONFINED COMPRESSION | | SOIL CLASSIFICATION | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | WET (pcf) | DRY (pcf) | | | $q_u$ (tsf) | STRAIN (%) | ATTERBERG LIMITS LL | PL | PI | PASS #200 (%) | | |
| [illegible] | U-1 | 0.5-2.0 | | 12.2 | 127.2 | 113.3 | 0.460 | 71 | | | 41 | 23 | 18 | | CL | |
| | U-2 | 3.5-5.0 | | 15.8 | 99.4 | 85.9 | 0.926 | 45 | | | | | | | | |
| | U-3 | 8.5-10.0 | 2.82 | 20.0 | 107.4 | 89.5 | 0.848 | 62 | 1.55 | 3.0 | | | | | | |
| | U-4 | 13.5-15.0 | 2.82 | 21.6 | 117.5 | 96.6 | 0.712 | 80 | 2.31 | 2.4 | 44 | 20 | 24 | | CL | |
| | U-5 | 18.5-20.0 | 2.82 | 20.7 | 109.7 | 90.9 | 0.820 | 67 | 2.03 | 2.6 | | | | | | |
| | U-6 | 23.5-25.0 | | 19.3 | 115.6 | 96.9 | 0.706 | 72 | | | | | | | | |
| | U-7 | 28.5-30.0 | | 18.9 | 108.1 | 90.9 | 0.819 | 61 | | | | | | | | |
| B-2 | U-1 | 0.5-2.0 | | 19.7 | 106.5 | 89.0 | 0.859 | 61 | | | | | | | | |
| | U-2 | 3.5-5.0 | 2.82 | 19.5 | 102.4 | 85.7 | 0.930 | 56 | 0.73 | 3.4 | | | | | | |
| | U-3 | 8.5-10.0 | | 21.2 | 109.8 | 90.6 | 0.824 | 68 | | | | | | | | |
| | U-4 | 13.5-15.0 | 2.82 | 22.1 | 113.4 | 92.9 | 0.779 | 75 | 1.46 | 2.7 | | | | | | |
| | U-5 | 18.5-20.0 | 2.82 | 21.7 | 116.4 | 95.7 | 0.729 | 79 | 2.29 | 2.0 | | | | | | |
| | U-6 | 23.5-25.0 | 2.82 | 20.4 | 114.1 | 94.8 | 0.745 | 72 | 2.77 | 2.0 | | | | | | |
| | U-7 | 28.5-30.0 | | 20.4 | 114.7 | 95.3 | 0.736 | 73 | | | | | | | | |
| B-3 | U-1 | 0.5-2.0 | | 14.9 | 125.5 | 109.2 | 0.514 | 77 | | | | | | | | |
| | U-2 | 3.5-5.0 | | 18.7 | 130.9 | 110.2 | 0.500 | 99 | | | | | | | | |
| | U-3 | 8.5-10.0 | 2.82 | 18.5 | 89.6 | 75.6 | 1.186 | 41 | 1.21 | 3.3 | | | | | | |
| | U-4 | 13.5-15.0 | 2.82 | 20.1 | 107.5 | 89.5 | 0.847 | 63 | 1.93 | 2.0 | | | | | | |
| | U-5 | 18.5-20.0 | 2.82 | 21.8 | 112.7 | 92.5 | 0.788 | 73 | 1.05 | 2.5 | | | | | | |
| | U-6 | 23.5-25.0 | | 20.1 | 111.1 | 92.5 | 0.788 | 68 | | | | | | | | |
| | U-7 | 28.5-30.0 | 2.82 | 20.4 | 117.4 | 97.5 | 0.695 | 78 | 2.88 | 2.2 | | | | | | |
| | U-1 | 0.5-2.0 | | 16.0 | 127.7 | 110.1 | 0.502 | 85 | | | | | | | | |
| | U-2 | 3.5-5.0 | 2.82 | 17.7 | 116.6 | 99.0 | 0.670 | 70 | 3.23 | 2.5 | | | | | | |
| | U-3 | 8.5-10.0 | | 16.3 | 100.4 | 86.3 | 0.916 | 47 | | | | | | | | |
| | U-4 | 13.5-15.0 | 2.82 | 21.5 | 107.7 | 88.6 | 0.866 | 66 | 1.38 | 1.8 | | | | | | |
| | U-5 | 18.5-20.0 | 2.82 | 21.9 | 116.0 | 95.2 | 0.736 | 79 | 1.98 | 2.5 | | | | | | |
| | U-6 | 23.5-25.0 | 2.82 | 21.4 | 110.7 | 91.2 | 0.814 | 70 | 2.10 | 2.8 | | | | | | |
| | U-7 | 28.5-30.0 | | 19.2 | 112.1 | 94.0 | 0.759 | 67 | | | | | | | | |
| B-5 | U-1 | 0.5-2.0 | | 16.6 | 135.3 | 116.1 | 0.425 | 100 | | | | | | | | |
| | U-2 | 3.5-5.0 | | 16.7 | 126.9 | 108.7 | 0.521 | 85 | | | | | | | | |
| | U-3 | 8.5-10.0 | 2.82 | 17.7 | 98.1 | 83.4 | 0.983 | 48 | 0.74 | 2.2 | | | | | | |
| | U-4 | 13.5-15.0 | | 18.9 | 102.5 | 86.2 | 0.918 | 55 | | | | | | | | |
| | U-5 | 18.5-20.0 | 2.82 | 20.4 | 111.8 | 92.9 | 0.781 | 69 | 2.36 | 2.2 | | | | | | |
| | U-6 | 23.5-25.0 | | 21.4 | 117.2 | 96.5 | 0.713 | 80 | | | | | | | | |
| | U-7 | 28.5-30.0 | 2.82 | 19.5 | 113.2 | 94.7 | 0.747 | 69 | 1.76 | 3.2 | | | | | | |
| B-6 | U-1 | 0.5-2.0 | | 16.9 | 115.3 | 98.7 | 0.676 | 66 | | | | | | | | |
| | U-2 | 3.5-5.0 | | 15.5 | 131.2 | 113.5 | 0.457 | 90 | | | | | | | | |
| | U-3 | 8.5-10.0 | 2.82 | 18.1 | 125.8 | 106.5 | 0.552 | 87 | 3.98 | 5.4 | 38 | 24 | 14 | | CL | |
| | U-4 | 13.5-15.0 | 2.82 | 16.2 | 98.6 | 84.9 | 0.949 | 45 | 0.80 | 3.3 | | | | | | |

GREAT PLAINS
TESTING LABORATORIES, INC.

| Project | FY 2000 Dormitory | | |
|---|---|---|---|
| Location | Nelson Drive, Offutt AFB, Bellevue, NE | | |
| Job No. | G0395J | Date | 8/10/00 |

# SUMMARY OF SOIL TESTS

| BORING NO. | SAMPLE NO. | SAMPLE DEPTH (ft.) | SAMPLE DIA. (in.) | MOISTURE CONTENT (%) | DENSITY WET (pcf) | DENSITY DRY (pcf) | VOID RATIO (e) | SAT. (%) | UNCONFINED COMPRESSION $q_u$ (tsf) | UNCONFINED COMPRESSION STRAIN (%) | SOIL CLASSIFICATION ATTERBERG LIMITS LL | PL | PI | PASS #200 (%) | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | U-5 | 18.5-20.0 | 2.82 | 16.2 | 104.6 | 90.0 | 0.837 | 51 | 1.64 | 2.8 | | | | | | |
| | U-6 | 23.5-25.0 | 2.82 | 17.1 | 111.4 | 95.1 | 0.738 | 61 | 2.12 | 1.9 | | | | | | |
| | U-7 | 28.5-30.0 | | 18.0 | 115.0 | 97.5 | 0.697 | 69 | | | | | | | | |
| B-7 | U-1 | 0.5-2.0 | 2.82 | 18.0 | 125.7 | 106.5 | 0.552 | 86 | 3.11 | 4.5 | 40 | 24 | 16 | | CL | |
| | U-2 | 3.5-5.0 | | 19.1 | 126.3 | 106.0 | 0.560 | 90 | | | | | | | | |
| | U-3 | 8.5-10.0 | | 20.3 | 124.0 | 103.0 | 0.605 | 89 | | | | | | | | |

GREAT PLAINS TESTING LABORATORIES, INC.

Project: FY 2000 Dormitory

Location: Nelson Drive, Offutt AFB, Bellevue, NE

Job No.: G0395J

Date: 8/10/00

GREAT PLAINS
TESTING LABORATORIES, INC.

October 20, 2000

Project No.: M0522S

RSCI
Attn.: Mr. Jason Osterburg
1854 East Lanark Street
Meridian, Idaho 83642

**Re: FY 2000 Dormitory Moisture/Density/Consolidation Testing**
**Nelson Drive, Offutt AFB, Bellevue, Nebraska**

Dear Jason:

Enclosed are results of the nuclear gauge moisture/density tests and the oven-dry moisture correlation tests which were performed on October 4 and 6, 2000; a chart plotting soil collapse susceptibility using soil parameters from consolidation test samples; two consolidation test reports; and a Summary of Soil Tests report for samples recovered with the drill rig on October 6, 2000.

Consolidation testing indicates that under the design foundation loading of 1,300 psf (0.65 tsf), sample U-1 from boring B-1 had a void ratio change of 0.027. Using the Terzaghi equation for one-dimensional settlement, we estimate that **IF** foundation soils were allowed to saturate to a 10-foot depth below footings, interior footings could experience total settlements of between 1.4 and 1.8 inches. If exterior footings were allowed to saturate to a five-foot depth, exterior footings could experience total settlements of 0.9 inches.

Under the same 1,300 psf load (0.65 tsf), sample U-1 from boring B-2 had a void ratio change of 0.007. Using the Terzaghi equation for one-dimensional settlement, we estimate that **IF** foundation soils were allowed to saturate to a 10-foot depth below footings, interior footings could experience total settlements of 0.4 inches. If exterior footings were allowed to saturate to a five-foot depth, exterior footings could experience total settlements of 0.2 inches.

The Terzaghi settlement equation is: $s = \Delta e\, H/(1 + e_o)$

Where:
$s$ = settlement
$\Delta e$ = difference between original void ratio and void ratio at desired load
$H$ = thickness of the consolidating layer
$e_o$ = original in-situ void ratio of the soil

2141 South 156th Circle • Omaha, NE 68130-2586 • Office: (402) 330-2124 • Fax: (402) 330-2726

We do not believe that the above consolidation test data indicates a serious collapse potential. Rather, it shows how the soils behave under saturated conditions, when consolidation takes place. We do not believe that it is likely that soils below the footings will become saturated to the depths listed above, and it is not conventional practice in our area to design for fully saturated conditions without solid justification. If the soils are not saturated, settlements will be much less. We believe that appropriate settlement estimates for this site, and for this building, are under one-inch for total settlements, and under one-half inch in a 20-foot span for differential settlements. Both total and differential settlements should be well within the acceptable tolerance for this building.

As indicated on the enclosed test reports, the dry densities and moisture contents of all the tested site soils are very similar to those of the consolidation test samples. No soils with lower dry densities, or very low moisture contents (which could indicate a serious collapse potential), were found. The enclosed "Criteria for Evaluation of Collapse Potential" sheet (after the U.S. Bureau of Reclamation's "Design of Small Dams" criteria) shows that the soil parameters from the two consolidation test samples plot in the "Not Collapse Susceptible" zone.

Based on these results, and the results of our geotechnical investigation (GPTL Project Number G0395J), we believe that the soils below footing level at the dormitory site are not collapse susceptible. In our professional opinon, dormitory foundations can safely rest on natural site soils, and overexcavation and recompaction of the soil below foundation level is not necessary.

Please call with any questions you may have.

Sincerely,

John A. Christiansen

John A. Christiansen, P.E.,
Senior Geotechnical Engineer
Nebraska Reg. #E-7821

REGISTERED PROFESSIONAL ENGINEER
JOHN A. CHRISTIANSEN
E-7821
10/20/00
STATE OF NEBRASKA

GREAT PLAINS
TESTING LABORATORIES, INC.

Client: RSCI
Project Name: FY2000 Dormitory
Project Location: Nelson Drive, Offutt AFB, Bellevue, Nebraska
Test Type: Moisture and Density on Natural Soils

Date: October 5, 2000
Report No.: M0522S
Cpr. No.: SD0522.xls

(FIELD DATA DETERMINED BY NUCLEAR GAUGE METHODS, ASTM D 2922 & D 3017)

| TEST NO. | TEST LOCATION AND DATE | SOIL DESCRIPTION | DEPTH BELOW GRADE (ft) | IN-PLACE MOISTURE CONTENT (%) | IN-PLACE DRY DENSITY (pcf) |
|---|---|---|---|---|---|
| | The following tests were taken on October 4, 2000<br>Tests were performed by: Ken Morong | | | | |
| 1 | D1-1 | Dark Yellowish Brown Lean Clay | BOF | 21.8 | 97.5 |
| 2 | D1-2 | Dark Yellowish Brown Lean Clay | BOF | 22.5 | 93.6 |
| 3 | D1-3 | Dark Yellowish Brown Lean Clay | BOF | 21.6 | 94.5 |
| 4 | D1-4 | Dark Yellowish Brown Lean Clay | BOF | 21.7 | 88.5 |
| 5 | D3-1 | Dark Yellowish Brown Lean Clay | BOF | 22.4 | 85.7 |
| 6 | D6-1 | Dark Yellowish Brown Lean Clay | BOF | 21.0 | 97.2 |
| 7 | D3-3 | Dark Yellowish Brown Lean Clay | BOF | 21.6 | 96.8 |
| 8 | D6-2 | Dark Yellowish Brown Lean Clay | BOF | 21.3 | 94.5 |
| 9 | D6-3 | Dark Yellowish Brown Lean Clay | BOF | 20.4 | 94.0 |
| 10 | D3-2 | Dark Yellowish Brown Lean Clay | BOF | 22.3 | 94.6 |

Tests taken at bottom of footing level on natural soils.
BOF = Bottom of Footing

Submitted By: John A. Christiansen, P.E.

2141 South 156th Circle
Omaha, NE 68130

Phone (402) 330-2124
Fax (402) 330-2726

GREAT PLAINS
TESTING LABORATORIES, INC.

Client: RSCI
Project Name: FY2000 Dormitory
Project Location: Nelson Drive, Offutt AFB, Bellevue, Nebraska
Test Type: Oven Moisture Correlation

Date: October 5, 2000
Report No.: M0522S
Cpr. No.: SD0522.xls

| TEST NO. | TEST LOCATION AND DATE | SOIL DESCRIPTION | DEPTH BELOW GRADE (ft) | IN-PLACE MOISTURE CONTENT (%) | IN-PLACE DRY DENSITY (pcf) |
|---|---|---|---|---|---|
| | The following tests were taken on October 4, 2000<br>Tests were performed by: Ken Morong | | | | |
| 1 | D1-1 | Dark Yellowish Brown Lean Clay | BOF | 20.8 | |
| 2 | D1-4 | Dark Yellowish Brown Lean Clay | BOF | 21.9 | |
| 3 | D3-2 | Dark Yellowish Brown Lean Clay | BOF | 21.5 | |
| 4 | D6-3 | Dark Yellowish Brown Lean Clay | BOF | 20.9 | |

Tests taken at bottom of footing level on natural soils.
BOF = Bottom of Footing

Submitted By: John A. Christiansen, P.E.

2141 South 156th Circle
Omaha, NE 68130

Phone (402) 330-2124
Fax (402) 330-2726

GREAT PLAINS
TESTING LABORATORIES, INC.

Client: RSCI
Project Name: FY2000 Dormitory
Project Location: Nelson Drive, Offutt AFB, Bellevue, Nebraska
Test Type: Moisture and Density on Natural Soils

Date: October 5, 2000
Report No.: M0522S
Cpr. No.: SD0522.xls

(FIELD DATA DETERMINED BY NUCLEAR GAUGE METHODS, ASTM D 2922 & D 3017)

| TEST NO. | TEST LOCATION AND DATE | SOIL DESCRIPTION | DEPTH BELOW GRADE (ft) | IN-PLACE MOISTURE CONTENT (%) | IN-PLACE DRY DENSITY (pcf) |
|---|---|---|---|---|---|
| | The following tests were taken on October 6, 2000<br>Tests were performed by: Ken Morong | | | | |
| 11 | DF-1 | Dark Yellowish Brown Lean Clay | BOF | 22.7 | 88.1 |
| 12 | DF-2 | Dark Yellowish Brown Lean Clay | BOF | 24.7 | 86.7 |
| 13 | DF-3 | Dark Yellowish Brown Lean Clay | BOF | 23.5 | 88.8 |
| 14 | DF-1 SAND CONE CORRELATION | Dark Yellowish Brown Lean Clay | BOF | 21.8 | 89.2 |

Tests taken at bottom of footing level on natural soils.
BOF = Bottom of Footing

Submitted By: John A. Christiansen, P.E.

2141 South 156th Circle
Omaha, NE 68130

Phone (402) 330-2124
Fax (402) 330-2726

GREAT PLAINS
TESTING LABORATORIES, INC.

Client: RSCI
Project Name: FY2000 Dormitory
Project Location: Nelson Drive, Offutt AFB, Bellevue, Nebraska
Test Type: Oven Moisture Correlation

Date: October 5, 2000
Report No.: M0522S
Cpr. No.: SD0522.xls

| TEST NO. | TEST LOCATION AND DATE | SOIL DESCRIPTION | DEPTH BELOW GRADE (ft) | IN-PLACE MOISTURE CONTENT (%) | IN-PLACE DRY DENSITY (pcf) |
|---|---|---|---|---|---|
| | The following tests were taken on October 6, 2000<br>Tests were performed by: Ken Morong | | | | |
| 5 | DF-1 | Dark Yellowish Brown Lean Clay | BOF | 21.7 | |
| 6 | DF-2 | Dark Yellowish Brown Lean Clay | BOF | 23.2 | |
| 7 | DF-3 | Dark Yellowish Brown Lean Clay | BOF | 22.8 | |

Tests taken at bottom of footing level on natural soils.
BOF = Bottom of Footing

Submitted By: John A. Christiansen, P.E.

2141 South 156th Circle
Omaha, NE 68130

Phone (402) 330-2124
Fax (402) 330-2726




B-1, U-1
○
mc = 22.3
op = 18
Δw = -4.3
D% = 91.5 / 105
= 0.87

B2, U-1
□
mc = 22.8
Δw = -4.8
D% = 86.8 / 105
= 0.827

Lowest LL = 38

**CRITERIA FOR EVALUATION OF COLLAPSE POTENTIAL**

(AFTER USBR, DESIGN OF SMALL DAMS)

# CONSOLIDATION TEST REPORT

Test Pressure
0.65 tsf = 1,300 psf

Test Procedure
Load sample to 0.65 tsf, then inundate with distilled water. Allow to consolidate fully under this load.

Final
Sat. 91.6%
Moist. 27.0%
Void Ratio 0.782

| Natural | | Dry Dens. (pcf) | LL | PI | Sp. Gr. | Overburden (tsf) | $P_c$ (tsf) | $C_c$ | $C_r$ | Swell Press. (tsf) | Swell % | $e_o$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat. | Moist. | | | | | | | | | | | |
| 73.1 % | 22.3 % | 91.5 | | | 2.65 | | | | | | | 0.809 |

| MATERIAL DESCRIPTION | USCS | AASHTO |
|---|---|---|
| Dark yellowish-brown Peoria loess | | |

**Project No.** G0395J **Client:**
**Project:** FY 2000 Dormitory Offutt AFB, Bellevue, NE

**Source:** B-1 **Sample No.:** U-1 **Elev./Depth:** 4'-5'

**Remarks:**

CONSOLIDATION TEST REPORT

**GREAT PLAINS TESTING LABORATORIES**

**Plate**

# CONSOLIDATION TEST REPORT

Test Pressure
0.65 tsf = 1,300 psf

Test Procedure
Load sample to 0.65 tsf, then inundate with distilled water. Allow to consolidate fully under this load.

Final
Sat. 86.3%
Moist. 29.3%
Void Ratio 0.900

| Natural | | Dry Dens. (pcf) | LL | PI | Sp. Gr. | Overburden (tsf) | $P_c$ (tsf) | $C_c$ | $C_r$ | Swell Press. (tsf) | Swell % | $e_o$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat. | Moist. | | | | | | | | | | | |
| 66.6 % | 22.8 % | 86.8 | | | 2.65 | | | | | | | 0.907 |

| MATERIAL DESCRIPTION | USCS | AASHTO |
|---|---|---|
| Dark yellowish brown Peoria loess | | |

**Project No.** G0395J **Client:**
**Project:** FY 2000 Dormitory Offutt AFB, Bellevue, NE

**Source:** B-2 **Sample No.:** U-1 **Elev./Depth:** 4'-5'

CONSOLIDATION TEST REPORT

**GREAT PLAINS TESTING LABORATORIES**

**Remarks:**

**Plate**

# SUMMARY OF SOIL TESTS

| BORING NO. | SAMPLE NO. | SAMPLE DEPTH (ft.) | SAMPLE DIA. (in.) | MOISTURE CONTENT (%) | DENSITY WET (pcf) | DENSITY DRY (pcf) | VOID RATIO (e) | SAT. (%) | UNCONFINED COMPRESSION $q_u$ (tsf) | UNCONFINED COMPRESSION STRAIN (%) | ATTERBERG LIMITS LL | ATTERBERG LIMITS PL | ATTERBERG LIMITS PI | PASS #200 (%) | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U-1 | 4-6 | | 22.3 | 114.7 | 93.8 | 0.763 | 77 | | | | | | | | |
| | U-2 | 6-8 | | 23.2 | 111.9 | 90.9 | 0.820 | 75 | | | | | | | | |
| B-2 | U-1 | 4-5 | | 23.4 | 110.3 | 89.4 | 0.850 | 73 | | | | | | | | |
| | U-2 | 5-6 | | 24.0 | 110.4 | 89.0 | 0.858 | 74 | | | | | | | | |
| | U-3 | 6-7 | | 24.5 | 113.1 | 90.8 | 0.820 | 79 | | | | | | | | |
| | U-4 | 7-8 | | 25.6 | 113.6 | 90.4 | 0.828 | 82 | | | | | | | | |

GREAT PLAINS
TESTING LABORATORIES, INC.

| | |
|---|---|
| Project | FY2000 Dormitory Consolidations |
| Location | Nelson Drive, Offutt AFB, Bellevue, NE |
| Job No. M0522S | Date 10/10/2000 |

Off Dorm Evaluation

**EXHIBIT 25**

DEPARTMENT OF THE ARMY
OMAHA DISTRICT CORPS OF ENGINEERS
FORT CROOK AREA
P.O. BOX 13287
OFFUTT AFB, NEBRASKA 68113-0287

RECEIVED
DEC 16 2002
RSCI

REPLY TO
ATTENTION OF

December 09, 2002

Fort Crook Area

RSCI, Inc.
1854 East Lanark Street
Meridian, ID 83642

Gentlemen:

Reference is made to Contract DACA67-00-D-0202, D.O. #1, FY2000 Dormitory, Offutt AFB, NE, and to the Performance Evaluation (Construction) completed for this contract.

Attached is the referenced form, DD Form 2626, for this contract. You will note that the overall rating is Satisfactory. If you choose to respond to this evaluation, your comments will be made a part of the official record.

Sincerely,

Alan S. Kreisler

Attachment

Alan S. Kreisler
Contracting Officer's
Representative

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

**PERFORMANCE EVALUATION (CONSTRUCTION)**

| | | |
|---|---|---|
| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. CONTRACT NUMBER DACA67-00-D-0202 | b. DEL ORDER 1 |
| | 2. DUNS NUMBER 196921993 | b. SIC CODE |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse

**PART I - GENERAL CONTRACT DATA**

| | |
|---|---|
| 3. TYPE OF EVALUATION: FINAL | 4. TERMINATED FOR |
| 5. CONTRACTOR *(Name, Address, and Zip Code)*<br>Record Steel and Construction, Inc.<br>1854 East Lanark Street<br>Meridian, ID 83642<br>PRIME CONTRACTOR | 6.a. PROCUREMENT METHOD: NEGOTIATED<br>b. TYPE OF CONTRACT: FIRM FIXED PRICE |

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**

Design and construction of a 114 person dormitory with 44,482 SF. Work included all site work and utilities. Dormitory floor plan was based on a module concept where each module included a kitchenette, bathroom and two private sleeping rooms.

**8. TYPE OF SUBCONTRACTING**

Concrete = 4%, Drywall = 6%, Doors & Windows = 7%, Mechanical = 16%,
Masonry = 16%, Roofing = 5%, Framing & Steel = 15%, Electrical = 10%,
Design = 6%, Site Work = 11%, Cabinets & Counter Top = 2%,
Fire Protect/Detect = 2%, Total Subcontracted = 95%

| | | | | |
|---|---|---|---|---|
| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT<br>$8,799,428.00 | b. TOTAL AMOUNT OF MODIFICATIONS<br>$147,429.00 | c. LIQUIDATED DAMAGES ASSESSED<br>$20,800.00 | d. NET AMOUNT PAID TO DATE<br>$8,946,857.00 |
| 10. SIGNIFICANT DATES | a. DATE OF AWARD<br>09JUN00 | b. ORIGINAL CONTRACT/DO DATE<br>27JAN02 | c. REVISED CONTRACT/DO DATE<br>06FEB02 | d. DATE WORK ACCEPTED<br>04MAR02 |

**PART II - PERFORMANCE EVALUATION OF CONTRACTOR**

11. OVERALL RATING: SATISFACTORY

**12. EVALUATED BY**

| | | |
|---|---|---|
| a. ORGANIZATION (NAME AND ADDRESS)<br>US Army Corps of Engrs, Omaha Dist. Ft Crook, Offutt AFB, NE 68113 | | b. TELEPHONE NUMBER<br>(402) 293-2540 |
| c. NAME AND TITLE<br>Alan Kreisler, Resident Engineer | d. SIGNATURE<br>Alan S. Kreisler | e. DATE<br>26NOV02 |

**13. EVALUATION REVIEWED BY**

| | | |
|---|---|---|
| a. ORGANIZATION (NAME AND ADDRESS)<br>US Army Corps of Engrs, Omaha Dist, Ft Crook, Offutt AFB, NE 68113 | | b. TELEPHONE NUMBER<br>(402) 293-2510 |
| c. NAME AND TITLE<br>Steve Schmidt, Area Engineer | d. SIGNATURE<br>[signature] | e. DATE<br>26NOV02 |

14. AGENCY USE (DISTRIBUTION, ETC.)

| | | |
|---|---|---|
| CEMP-CP<br><br>Regulation No. 415-1-17 | Department of the Army<br>U.S. Army Corps of Engineers<br>Washington, DC 20314-1000 | ER 415-1-17<br><br>26 Mar 93 |
| | Construction<br><br>CONTRACTOR PERFORMANCE EVALUATIONS | |
| | **Distribution Restriction Statement**<br>Approved for public release; distribution is unlimited. | |

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

**PART III - EVALUATION OF PERFORMANCE ELEMENTS**

N/A = NOT APPLICABLE O = OUTSTANDING A = ABOVE AVERAGE S = SATISFACTORY M = MARGINAL U = UNSATISFACTORY

| **15. QUALITY CONTROL** | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | | X | | |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | X | | |
| d. QUALITY OF QC DOCUMENTATION | | | | X | | |
| e. STORAGE OF MATERIALS | | | | X | | |
| f. ADEQUACY OF MATERIALS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | | | | X | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | | X | | |
| **17. TIMELY PERFORMANCE** | | | | | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | | X | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | | | X | |
| c. RESOLUTION OF DELAYS | | | | | X | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | X | | |
| e. COMPLETION OF PUNCHLIST ITEMS | | | | X | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | | | X | |
| g. WARRANTY RESPONSE | X | | | | | |

| **16. EFFECTIVENESS OF MANAGEMENT** | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. COOPERATION AND RESPONSIVENESS | | | | X | | |
| b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | X | | |
| c. COORDINATION & CNTRL OF SUBCNTRCTR | | | | | X | |
| d. ADEQUACY OF SITE CLEAN-UP | | | | | X | |
| e. EFFECTIVENESS OF JOBSITE SUPERVISION | | | | | X | |
| f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. PROFESSIONAL CONDUCT | | | | X | | |
| h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | X | | |
| i. IMPLEMENTATION OF SUBCONTRACTING PLAN | | | | X | | |
| **18. COMPLIANCE WITH LABOR STANDARDS** | | | | | | |
| a. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |
| b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS: DAVIS-BACON/SERVICE ACT & EEO REQUIREMENTS | | | | X | | |
| **19. COMPLIANCE WITH SAFETY STANDARDS** | | | | | | |
| a. ADEQUACY OF SAFETY PLAN | | | | X | | |
| b. IMPLEMENTATION OF SAFETY PLAN | | | | | X | |
| c. CORRECTION OF NOTED DEFICIENCIES | | | | | X | |

**20. REMARKS** Explanation of unsatisfactory evaluation is required. Other comments are optional.

17.b. Contractor failed to order key materials causing delays in the schedule.

17.c Contractor was unable to make necessary corrections to bring the project back on schedule.

19.b&c. Contractor had numerous repetitive deficiencies. Housekeeping and conformance to EM 385-1-1 was a reoccurring problem.

Design was by WJA Associates, Seattle, WA.

**EXHIBIT 26**

RSCI
CONSTRUCTION MANAGERS DESIGN BUILD

MT 36115
NV 0032585
ID 12164-AAA-1-3
WA RECORS033QK

www.rscigroup.com

January 7, 2003

Serial Letter No. 296-00002-00064

Department of the Army
Fort Crook Area Office, Corps of Engineers
P.O. Box 13287, Bldg. 525
Offutt AFB, Nebraska 68113

Attention: Steve R. Schmidt-COR

Subject: Offutt AFB Design/Build FY00 Dormitory, Performance Evaluation Response

Reference: Contract No. DACA67-00-D-0202/COE letter received December 16, 2002

Gentlemen:

This constitutes our formal response to the subject evaluation. RSCI does not agree with certain marginal marks resulting from our performance on the referenced project. RSCI has indicated in the past to the Offutt COE that this evaluation is singularly the most important issue to us on the project. It deals with our ability to continue in the design build arena and thus our livelihood. We respectfully request that these ratings be adjusted to more accurately reflect the efforts and dollars expended there by RSCI.

The marginal rating and comments for items number 17.b and 17.c relate to the aluminum windows, storefronts and curtain wall. These materials were placed on order on August 3, 2001 with a projected delivery date of October 10, 2001. The material was continually delayed with actual shipments occurring as follows. Windows arrived on December 10, 2001, curtain wall and storefront frames arrived on January 31, 2002 and glass for the curtain wall and storefronts arrived on February 25, 2002. Every effort was made to expedite the delivery of these components. RSCI went through all the steps necessary to have the Corps of Engineers run these shipments through their expediting process with no results. RSCI found a new glass manufacturer on its own that was able to match the approved product and have the material on site a month prior to the original manufacturers final delivery date. This was at a premium cost but we provided it. Work on the interior of the building continued to progress to the maximum extent possible by RSCI installing temporary windows and expending extensive time and materials to produce an environment in the building equal to having the windows installed. This cost our company thousands of dollars but we pressed on.

We are aware that based upon the Contracting Officer's decision issued in November 7, 2002 RSCI was not allowed additional contract time (or money) for the over excavation directed by the COE for the foundations. In September of 2000, fully mobilized with earthwork in progress on site, we sat for three weeks with beautiful weather waiting for direction from the COE to proceed with our work. Our designers instructed us that over digging was not required and to the contrary would do more harm than good with the soils potentially shearing. Either over dig or don't over dig it but just give us direction was our request. When the direction finally came from the COE to over excavate, we opened the earth to a two solid week torrent of rainfall ending in the wettest October on record for the Omaha area in many years. We pressed on. It is noteworthy that due to that saturation we over excavated the basement again, brought in select fill, and were unable to place that SOG until the following year in September of 2001. This was accomplished largely by hand under a building that was almost fully constructed. It was a huge impact to our schedule.

The marginal rating for item 17.f deals with submission of updated and revised progress schedules. Short-term schedules were provided weekly at the coordination meeting with the Corps of Engineers, Base personnel and RSCI. An overall project schedule was prepared, maintained and updated throughout the duration of the project and submitted periodically to the Corps of Engineers. There is nothing in the project record from the COE that states previous disparities with the construction scheduling efforts by RSCI. Primavera P3 was utilized and had we known there was an issue with our techniques or service in that regard we could have made an attempt to change what we were doing. But not knowing or not having been told we weren't performing up to certain standards we pressed on.

The marginal ratings for item number 16.d, 19.b and 19.c all relate to the safety and cleanliness of the jobsite. Quality control personnel conducted daily random safety checks and noted deficiencies or positive findings in the daily reports turned in to the Corps of Engineers. The recurring deficiency noted by the COE through the project was that of job site cleanliness. This has the potential for definite safety hazards and was addressed in a majority of the weekly job site safety meetings. As the building was closed in and work areas became more and more restricted, this was put as a top priority in the safety meetings. In the later stages of the job RSCI and its subcontractors were conducting daily cleanup and for some subcontractors, namely the drywall installers, several times daily. Our company safety record is impeccable and we totally disagree with this rating. We have not had a lost time injury in 7 years. There were no lost time injuries on this project. The recordable injuries that occurred were minor in magnitude and totaled only 4 each. That is 4 small injuries requiring a minimal doctors review with no lost time. RSCI conducted weekly job safety meetings wherein all personnel which presence was mandatory. Daily clean up is a part of our subcontract package as well as our safety policy. The generation of sheet rock scraps with 30 sheet rock workman is a difficult thing to manage at best. They are processing one half of a semi load of sheet rock daily, not to mention the conduit, wiring, plumbing and or additional scrap generated by concurrent trades. To have the four areas of this evaluation (16 a. and b. and 18 b. and c.) receive a marginal rating (which we have never had in $150,000,000.00 worth of COE work) assigned is extremely disappointing and unfair. We constructed a 3 story structural steel building in the heart of the worst winter weather that Omaha has seen in many years without harming our personnel or the surrounding area completing a quality project for you and would request that you not mark us down on this evaluation so harshly for our interior housekeeping.

In closing we would like to request that the marginal ratings be reevaluated and changed based on the information provided and that this document be added as a permanent attachment to the evaluation as stated in the letter that accompanied the evaluation. Please contact us if you have any questions, comments or require any documentation regarding this matter.

Sincerely,

Clayton Record
President RSCI
File 296 B.2-00064

CR
SR
JH

DEPARTMENT OF THE ARMY
OMAHA DISTRICT CORPS OF ENGINEERS
FORT CROOK AREA
P.O. BOX 13287
OFFUTT AFB, NEBRASKA 68113-0287

REPLY TO ATTENTION OF

February 10, 2003

RECEIVED
FEB 14 2003
RSCI

Fort Crook Area (415-10c)

RSCI, Inc.
1854 E. Lanark Street
Meridian, ID 83642

Gentlemen:

Reference is made to Contract DACA67-00-D-0202, Task Order #1, FY00 Dormitory, Offutt AFB, NE, and your letter dated January 7, 2003 concerning the request for reevaluation of the Contractor's Performance Evaluation.

After review of your letter and the evaluation form, we have determined that no changes will be made to the original performance evaluation. While your firm believes that the Marginal ratings assigned by this office were "unfair", the ratings were discussed and reviewed by all the staff members involved in this project and reflect our honest opinion of the conditions on the job. Please remember that although some elements of the evaluation rated RSCI's performance as Marginal, the overall rating was still a Satisfactory.

I do take exception to a comment in the first paragraph of your letter. You state "this evaluation is singularly the most important issue to us on the project". To us, the most important issue on the project should be safety, followed by quality.

A copy of your letter will be forwarded to our Contracting Division for placement in the official file. If you have any questions, please call Alan Kreisler at (402) 293-2540.

Sincerely,

Alan S. Kreisler

Alan S. Kreisler
Contracting Officer's
Representative

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2004, a copy of the foregoing Plaintiff's Appendix in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Spencer Stewart

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: June 7, 2004

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706