**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE APPENDIX ON CD ROM AND PAPER**

Pursuant to General Order No. 2003-42 ¶ I(4)&(5), of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Record Steel and Construction, Inc., respectfully requests that the Court grant it leave to file its Plaintiff's Appendix in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss and for Partial Summary Judgment and In Support of Plaintiff's Cross-Motion for Partial Summary Judgment ("Plaintiff's Appendix")on CD ROM and Paper.

Plaintiff's Appendix is approximately 5.8 megabytes in size. Rather than splitting it and the Memorandum it accompanies into six separate files of less than 1 megabyte each, as would be required by General Order No. 2003-42 ¶ I(4), Plaintiff requests that the court allow Plaintiff to file, and that the Court order to be filed, the attached CD ROM and paper versions of Plaintiff's Appendix.

Because of the nature of this motion, plaintiff will file it both electronically and in paper form, with the CD ROM and paper versions of Plaintiff's Appendix enclosed with the paper

form of the motion. Plaintiff hereby provides a courtesy copy of the paper form of the motion, with the CD ROM and paper versions of Plaintiff's Appendix, to the Court (Judge Lettow) and defendant's counsel, as required by General Order No. 2003-42 ¶ I(5), because the appendix, when printed, exceeds 50 pages.

Counsel for plaintiff conferred with counsel for defendant, who authorized counsel for plaintiff to represent to the Court that this motion is unopposed.

Respectfully submitted,

s/ John Spencer Stewart
John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: June 8, 2004

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706

W:\WORK\RBC\Record Steel\Offut\Pleadings\MotionReAppendix.wpd

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2004, a copy of the foregoing Plaintiff's Motion for Leave to File Appendix on CD ROM and Paper, was filed electronically, with a paper form of the Motion and Plaintiff's Appendix on CD ROM and on paper filed with the Court and served on defendant's counsel of record by Federal Express. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Spencer Stewart
John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: June 8, 2004

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706