IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: June 9, 2004)

| | |
|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the Court is plaintiff's Motion for Leave to File Appendix on CD ROM and Paper. Pursuant to General Order No. 2003-42 ¶ I.4, plaintiff seeks leave to file CD ROM and paper versions of Plaintiff's Appendix in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss and for Partial Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment in lieu of filing six separate files of less than one megabyte each. In addition, plaintiff has provided a courtesy copy of the appendix, which exceeds fifty pages, in paper form as required by General Order No. 2003-42 ¶ I.5. Good cause having been show, plaintiff's motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge