IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 15 calendar days, to and including July 23, 2004, in which to respond to plaintiff's cross-motion for summary judgment and proposed findings of uncontroverted facts. Defendant's responses are presently due July 8, 2004. This is defendant's first request for an extension of these deadlines. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the cross-motion and proposed findings of uncontroverted facts. Moreover, Government counsel is handling several other matters before this Court, the United States Court of International Trade, and the United States Court of Appeals for the Federal Circuit which have deadlines in early July through mid-July (e.g., Former Employees of Federated Merchandising v. Labor, CIT No. 03-2274, oral argument on July 7, 2004; Fisher Land Company DBA v. United States, Fed. Cl. No.

03-2185, dispositive motions due on July 9, 2004; Hanson v. Principi, Fed. Cir. No. 04-7084, motion to dismiss due on July 12, 2004, D.B.I. Waste Systems, Inc. v. United States, status report due July 15, 2004).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

July 6, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of July, 2004, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice