IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: July 7, 2004)

| | |
|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the Court is Defendant's Unopposed Motion for Enlargement of Time. An extension of time of fifteen days is sought to respond to plaintiff's cross-motion for summary judgment and proposed findings of uncontroverted facts. For good cause shown, it is hereby **ORDERED** that:

1. The motion is GRANTED.

2. Defendant shall submit its responses on or before July 23, 2004.

s/ Charles F. Lettow
Charles F. Lettow
Judge