IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: August 10, 2004)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

It is hereby **ORDERED** that:

A hearing on the parties' cross-motions for partial summary judgment and defendant's motion to dismiss shall be held on August 30, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

s/ Charles F. Lettow
Charles F. Lettow
Judge