IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., Plaintiff, | ) | No. 03-2274C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT RESPONSE TO COURT'S AUGUST 30, 2004 ORDER**

Pursuant to this Court's order at the August 30, 2004 oral argument, the parties jointly respond as follows.

The location of the initial borings done by the Government for the Foundation Analysis Report were to the south of the borings subsequently done by Great Plains Testing Laboratories. The Government's initial borings were not within the actual footprint of the dormitory location that Record Steel and Construction, Inc. ("RSCI") selected. The locations of both these sets of borings appear on the attached Master Site Plan for FY 2000 Dormitory (January 14, 2000) (see appendix).

RSCI asserts that the borings taken by the Government and by Great Plains Testing Laboratories are at two different sites, and that no borings were made by the Government at or even near the site upon which the dormitory was actually constructed. The Government contends that the two proposed dormitory locations are actually right next to each other at the same site, and that RSCI was able to choose where it was going to place/construct the building within the site.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

September 20, 2004

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

September 20, 2004

CERTIFICATE OF FILING

I hereby certify that on this 20th day of September, 2004, a copy of the foregoing "JOINT RESPONSE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice