IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: September 23, 2004)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the Court is the parties' Joint Motion for Leave to File Appendix to Joint Response, filed pursuant to General Order No. 2003-42 ¶ I(4) & (5). The appendix consists of a large site plan drawing, which the parties represent is difficult to scan without a loss of clarity. Good cause having been shown, the parties' joint motion to file a paper copy of the appendix is **GRANTED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge