IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: November 22, 2004)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Status Report filed by the parties on November 16, 2004. It is hereby **ORDERED** that:

1. Discovery in this case shall be completed by April 4, 2005.

2. The parties shall file a further Joint Status Report on or before April 21, 2005.

s/ Charles F. Lettow
Charles F. Lettow
Judge