**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY**

In accordance with Rule 6.1 and the Court's order, dated November 22, 2004, the United States and Record Steel and Construction, Inc. respectfully request that the Court extend the discovery deadline by 60 calendar days, up to and including June 3, 2005. The current discovery deadline is April 4, 2005. The parties have held off formal discovery in this case in a good faith effort to determine if the case may be settled without further cost to the parties, and will require additional time to either reach a settlement or conduct discovery necessary to prepare this case for trial.

The United States and Record Steel and Construction, Inc. further respectfully request that the Court extend the deadline to file their post-discovery joint status report with the Court by 60 days, up to and including June 20, 2005. The current deadline for filing this joint status report is April 21, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

March 3, 2005

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

March 2, 2005

**CERTIFICATE OF FILING**

I hereby certify that on this 4th day of March, 2005, a copy of the foregoing Joint Motion for to Extend Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice