IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: March 7, 2005)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Extend Discovery, filed March 4, 2005. An extension of time of sixty days, to and including June 3, 2005, is sought to either reach a settlement or conduct discovery. The parties further request that the court extend the deadline for filing of the joint status report by sixty days, to and including June 20, 2005. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge