**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT**

In accordance with Rule 6.1 and the Court's order, dated March 7, 2005, the United States and Record Steel and Construction, Inc. respectfully request that the Court extend the deadline to file a joint status report by 21 calendar days, up to and including July 11, 2005. The current deadline to file a joint status report is June 20, 2005. The parties have been engaged in a good faith effort to determine if the case may be settled, and will be in a better position to determine how to proceed by July 11, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

June 17, 2005

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 17, 2005

**CERTIFICATE OF FILING**

I hereby certify that on this 20th day of June, 2005, a copy of the foregoing Joint Motion for to Extend Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice