IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: June 29, 2005)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Extend Time to File Joint Status Report, filed June 20, 2005. An extension of time of twenty-one days, to and including July 11, 2005, is sought to file the joint status report. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge