IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 29, 2005 order, the parties respectfully respond as follows.

Counsel for both parties believe that this case is ready to be calendared for trial. Neither party intends to file any dispositive motions at this time. Accordingly, the parties jointly request a status conference with the Court in order to schedule a date for the trial and for the mandatory pre-trial filings. Plaintiff respectfully requests to participate in any status conference by telephone, and the Government has indicated that it does not oppose this request.

The parties can not agree upon the trial location. Defendant respectfully requests that any trial be held Omaha, Nebraska; plaintiff respectfully requests that any trial be held in Boise, Idaho, or in the alternative, Denver, Colorado. The parties would be prepared to discuss this further at the status conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

July 11, 2005

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

July 11, 2005

CERTIFICATE OF FILING

I hereby certify that on this 11th day of July, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice