IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: September 12, 2005)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference in this case shall be held by telephone on September 19, 2005, commencing at 2:00 p.m EDT. The court will initiate the telephone call. At the conference, the parties are requested to address the dates and location of the trial in this case.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge