IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: September 19, 2005)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The Court acknowledges the Joint Status Report in this case filed July 11, 2005. Pursuant to that report and a status conference held by telephonic means on September 19, 2005, the court enters the following plan and schedule for further proceedings in this case:

| Event | Deadline |
| --- | --- |
| Filing of administrative record of evaluation by the defendant | January 25, 2006 |
| Plaintiff's brief on procedural aspects of review of the evaluation | February 8, 2006 |
| Defendant's response on procedural aspects of review of the evaluation | February 22, 2006 |
| Pre-trial meeting of counsel (RCFC App. A, ¶ 13) | March 1, 2006 |
| Plaintiffs' memorandum of contentions of fact and law, witness list, and exhibit list (RCFC App. A, ¶¶ 14-16) | April 19, 2006 |
| Defendant's responsive memorandum, witness list, and exhibit list (RCFC App. A, ¶¶ 14-16) | May 17, 2006 |
| Final pre-trial conference (RCFC 16(d)) | June 7, 2006 at 10:00 a.m. in Washington, D.C. |

| | |
|---|---|
| Commencement of trial | June 19, 2006 at 9:30 a.m. in Omaha, NE (five days) |

s/ Charles F. Lettow
Charles F. Lettow
Judge