**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE DOCUMENTS AND MOTION FOR LEAVE TO SUPPLEMENT**

On September 19, 2005, this Court ordered the Government to produce an administrative record for the performance evaluation of Record Steel, in accordance with Rules of the United States Court of Federal Claims ("RCFC") 56.1. While the Government does not believe that record review is appropriate in the present case and cannot characterize the documents to be filed as an administrative record, the Court had previously set the time for a briefing on this procedure for after the Government's filing of the purported record. Accordingly, we note our objection to filing an administrative record in a matter which the Court has determined to be an appeal of a contracting officer's decision pursuant to the Contract Disputes Act ("CDA"). We will file arguments on this matter at the time previously provided by Order of this Court.

Specifically, we note that there is no administrative record for a performance evaluation, and that this Court cannot resolve a CDA case through resort to RCFC 56.1. Nevertheless, the Government has attempted to comply with the Court's September 19, 2005 Order by assembling the types of documents that record Record Steel's performance, and that underlie the

Government's evaluation. The Government also has provided those contemporaneous documents discussing the actual performance evaluation. In the event that the Court subsequently determines that the filing of a record is proper, the Government respectfully requests that these documents be treated as such record.

The Government further respectfully requests leave of Court to file these documents manually, at this time. While the above captioned case is an electronic case, the size of this filing makes the filing these documents electronically overly burdensome, especially since the parties may determine in the subsequent briefing that Record Steel's performance evaluation claim cannot be resolved pursuant to RCFC 56.1. The filing consists of approximately 2,432 pages. The size of the filing is especially problematic because the documents must be scanned and partitioned into multiple 2 megabyte files, in order to meet the Court's file size limitations..

Finally, to the extent that the Court determines that these documents constitute an administrative record, the Government respectfully requests that it be allowed to supplement such record with the declaration of Jennifer McQueen, as the creation of a compilation to represent an administrative record in this matter necessarily possesses gaps regarding particulars of the evaluation process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

January 25, 2006

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2006, I caused to be served by express overnight mail copies of "DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE DOCUMENTS AND MOTION FOR LEAVE TO SUPPLEMENT" and the attached documents addressed as follows:

John Spencer Stewart
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047

/s/ Steven M. Mager