IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: January 27, 2006)

| | |
|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Motion for Leave to Manually File Documents and Motion for Leave to Supplement, filed January 26, 2006. Defendant seeks leave to manually file documents that constitute an administrative record for the performance evaluation of plaintiff despite the fact that this case has been designated an electronic case pursuant to Court of Federal Claims General Order No. 42a, effective Nov. 4, 2004. Pursuant to section I.4, of General Order No. 42a, "[f]or files that exceed [2 megabytes in size], the Filing User shall seek appropriate relief from the assigned judge, who may, for example, authorize the filing . . . in paper form." For good cause shown, the motion to manually file documents is **GRANTED**.

Furthermore, defendant requests leave to supplement the administrative record with the declaration of Jennifer McQueen. For good cause shown, the motion to supplement is also **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge