IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully requests an enlargement of time of 23 calendar days, to and including March 24, 2006, in which to hold the pretrial meeting of counsel. Pursuant to this Court's September 19, 2005 order, the pretrial meeting of counsel currently is to be held by March 1, 2006. This is the parties' first request for an extension of this deadline.

The additional time is required for both counsel to coordinate the pretrial meeting. The parties have tentatively scheduled a pretrial meeting of counsel for March 22, 2006. This date is within the time contemplated for the pretrial meeting by Appendix A, ¶ 13 of the Rules of the United States Court of Federal Claims, and does not require the rescheduling of any other deadlines. The parties also have had recent discussions and correspondence regarding settlement; the requested enlargement will allow progress toward settlement to be made in advance of the meeting of counsel so that counsel can confer regarding exhaustion of all possibilities of settlement as required by Appendix A, paragraph 13(c)(6).

For the foregoing reasons, the parties respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ John Spencer Stewart
by Robert B. Coleman
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

February 28, 2006

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

February 28, 2006

CERTIFICATE OF FILING

I hereby certify that on this 1st day of March, 2006, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice