IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: March 1, 2006)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Joint Motion for Enlargement of Time, filed March 1, 2006. The parties seek an extension of 23 days in which to hold the pretrial meeting of counsel. For good cause shown, the motion is **GRANTED**. The pretrial meeting of counsel shall be held on or before March 24, 2006.

Furthermore, the court hereby schedules a telephonic hearing for March 20, 2006 at 2:00 p.m. EDT to discuss the procedures for addressing CCASS evaluations. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge