**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to RCFC App. A, ¶ 15, Record Steel and Construction, Inc., submits the following Witness List contemporaneously with its Memorandum of Contentions of Law and Fact.

**Fact Witnesses** (all expected to be presented):

1. Clayton Record

Clayton Record will address all topics, including delays and costs incurred, relating to Record's damages caused by the government's order to over-excavate. Clayton Record will address all topics relating to the government's performance evaluation. Record expects that Mr. Record's direct testimony will require approximately six hours of the first day of trial. If necessary, Clayton Record will address fact-issue topics regarding whether over-excavation was required as a matter of sound engineering on rebuttal.

2. Susan Record

Susan Record will address all topics, including delays and costs incurred, relating to Record's damages caused by the government's order to over-excavate. Because Record expects most, if not all, damages topics to be addressed by Clayton Record, Susan Record's testimony may, at Record's election, be limited to the issue Record's Eichleay damages for un-absorbed home office overhead. Record expects that Susan Record's testimony will require two to three hours.

3. Brett Bishop

Brett Bishop will address topics regarding extra work performed by subcontractors and Record caused by the government's order to over-excavate, and extra materials and equipment required to perform the work because of the government's order to over-excavate. Brett Bishop also will also address topics regarding the government's performance evaluation. Record expects that Brett Bishop's testimony will require three to four hours. If necessary, Brett Bishop will address fact-issue topics regarding whether over-excavation was required as a matter of sound engineering on rebuttal.

4. Leo Waldron

Leo Waldron will address topics regarding extra work performed by subcontractors and Record caused by the government's order to over-excavate, and extra materials and equipment required to perform the work because of the government's order to over-excavate. Leo Waldron also will also address topics regarding the government's performance evaluation. Record expects that Leo Waldron's testimony will require three to four hours. If necessary, Leo Waldron will

address fact-issue topics regarding whether over-excavation was required as a matter of sound engineering on rebuttal.

**Experts** (may call, if necessary):

1. Robert B. Stevens

Robert Stevens will address the topic of whether over-excavation was required as a matter of sound engineering, on rebuttal, and only if the Court concludes the issue is material and allows testimony from the government's expert and/or fact witnesses regarding the issue. As indicated in its Memorandum of Contentions of Law and Fact, Record's position is that the issue is not material and no testimony regarding it should be allowed. Record expects Robert Stevens' testimony on rebuttal will require two to three hours.

2. John A. Christiansen

John Christiansen will address the topic of whether over-excavation was required as a matter of sound engineering, on rebuttal, and only if the Court concludes the issue is material and allows testimony from the government's expert and/or fact witnesses regarding the issue. As indicated in its Memorandum of Contentions of Law and Fact, Record's position is that the issue is not material and no testimony regarding it should be allowed. Record expects John Christiansen's testimony on rebuttal will require two to three hours.

Respectfully submitted,
s/ John Spencer Stewart
John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: April 19, 2006

W:\Work\Clients Q-S\Record Steel\Offutt.Over Exc\RBC\Pleadings\Plaintiff's Witness List.wpd

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, a copy of the foregoing Plaintiff's Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/ John Spencer Stewart
John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: April 19, 2006

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706