**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to RCFC App. A, ¶ 16, plaintiff, Record Steel and Construction, Inc., attaches as Exhibit A hereto its List of Exhibits, including summaries pursuant to Fed. R. Evid. 1006. Record expects to offer all exhibits at trial, except those relating only to whether over-excavation was required as a matter of sound engineering, exhibits 3, 4-6, and 8, which Record will offer only if the need arises relating to the sound engineering or performance evaluation issues.

Respectfully submitted,

s/ John Spencer Stewart

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: April 19, 2006

W:\Work\Clients Q-S\Record Steel\Offutt.Over Exc\RBC\Pleadings\Plaintiff's Exhibit List.wpd

# EXHIBIT A

| Exhibit No. | Date | Document |
|---|---|---|
| Exhibit 1 | 11/1/1999 | RFP Section 01005, 1.7 - 1.7.1 |
| Exhibit 2 | 11/1/1999 | RFP Foundation Analysis Report |
| Exhibit 3 | 4/12/2000 | Final Revised Proposal |
| Exhibit 4 | 8/23/2000 | Geotechnical Investigation from Great Plain |
| Exhibit 5 | 9/14/2000 | Dr Checks - Question 2940 regarding overexcavation |
| Exhibit 6 | 9/19/2000 | Dr Checks - Question 3183 regarding overex |
| Exhibit 7 | 9/22/2000 | LNTP for clearing, grubbing and grading |
| Exhibit 8 | 10/6/2000 | Fax regarding test locations |
| Exhibit 9 | 10/7/2000 | LNTP for utility work |
| Exhibit 10 | 10/16/2000 | Preparatory Phase Checklist |
| Exhibit 11 | 10/17/2000 | Preparatory Phase Checklist |
| Exhibit 12 | 10/19/2000 | Notice of requirements of subsurface recommendations (Notice of overex requirement) |
| Exhibit 13 | 10/20/2000 | 296-006 Letter acknowleding Overex requirement |
| Exhibit 14 | 10/23/2000 | Letter giving RSCI permission to use over excavated materials as backfill |
| Exhibit 15 | 10/24/2000 | Job site Photos |
| Exhibit 16 | 10/26/2000 | LNTP for foundations & walls |
| Exhibit 17 | 1/4/2002 | 296-046 Notification for request of mod for Over-ex |
| Exhibit 18 | 4/25/2002 | 296-060 Overex claim |
| Exhibit 18.1 | | Field Overhead spreadsheet and back-up documentation |
| Exhibit 18.2 | | Subcontractor Costs spreadsheet and back-up documentation |
| Exhibit 18.3 | | American Labor Force & Labor Ready Invoices spreadsheet and back-up documentation |
| Exhibit 18.4 | | Nebraska Rents Invoices spreadsheet and back-up documentation |
| Exhibit 18.5 | | Ready Mixed Winter Service Charges and back-up documentation |
| Exhibit 18.6 | | Sapp Bros. Invoices spreadsheet and back-up documentation |
| Exhibit 18.7 | | Stetson Building Products Invoices spreadsheet and back-up documentation |
| Exhibit 18.8 | | United Rental Invoices and back-up documentation |
| Exhibit 19 | 8/12/2002 | Recognition of letter of 4/25/02 |
| Exhibit 20 | 9/16/2002 | Finding of Facts |
| Exhibit 21 | 11/7/2002 | Contracting Officer's Final Decision |
| Exhibit 22 | 9/18/2003 | 296-068 Letter indicated a wish to settle this issue outside the court of claims |
| Exhibit 23 | 3/8/2002 | Mod 12 |
| Exhibit 24 | 9/20/2002 | First Pay Application that showed Liquidated Damages |
| Exhibit 25 | 12/9/2002 | Performance Evaluation |
| Exhibit 26 | 1/7/2003 | RSCI response to negative performance evaluation |
| Exhibit 27 | 2/10/2003 | USACE response to RSCI request for reevaluation |
| Exhibit 28 | | Defendant's appendix in support of Defendant's motion for summary judgment |
| Exhibit 29 | | Plaintiff's appendix in opposition to Defendant's motion and in support of cross motion |
| Exhibit 30 | | (Summation Exhibit) Plaintiff's daily job reports and journals |
| Exhibit 31 | | Defendant's "Administrative Record" re Performance Evaluation |
| Exhibit 32 | | (Summation Exhibit) Eichleay Damages |
| Exhibit 33 | | (Summation Exhibit) Dammages Summary |

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2006, a copy of the foregoing Plaintiff's Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/ John Spencer Stewart
John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706; (503) 419-0281

Dated: April 19, 2006

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 223-5706