**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | No. 03-2274C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of seven calendar days, to and including May 24, 2006, in which to submit its pretrial filings pursuant to Appendix A ¶¶ 14(b), 15, and 16. Defendant's filings are presently due on May 17, 2006. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The parties have engaged in substantial settlement discussions that may result in the dismissal of this action, and the additional time is necessary to determine if the parties have reached settlement in principle, and if the parties will move the Court for dismissal or proceed to trial in this matter.

Defendant is not requesting an extension of any other deadlines contained in the September 19, 2005 Order, nor a change in the trial date.

For these reasons, we respectfully request the Court to grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

May 16, 2006

CERTIFICATE OF FILING

I hereby certify that on this 16th day of May, 2006, a copy of the foregoing Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice