IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: May 16, 2006)

| | |
|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's Unopposed Motion for Enlargement of Time, filed May 16, 2006. Defendant seeks an additional seven days, to and including May 24, 2006, in which to file its responsive memorandum, witness list, and exhibit list pursuant to Appendix A ¶¶ 14-16 of the Rules of the Court of Federal Claims. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge