**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

The United States and Record Steel and Construction, Inc. respectfully and jointly request that the Court stay the present proceedings in this case for 30 days, to and including June 23, 2006. Presently, this case is scheduled to go to trial on June 19 through 23, 2006 in Omaha, Nebraska. Defendant's pretrial filings are presently due on May 24, 2006, and the pretrial conference is scheduled for June 7, 2006.

On May 24, 2006, the parties, through their counsel, reached a settlement in principle. Specifically, the parties negotiated the terms of a proposed settlement, which has been accepted by the plaintiff, through his counsel, and by the authorized representative of the Attorney General. The parties believe that this matter shall be resolved without further Court involvement, but require additional time for counsel to complete the paperwork necessary to memorialize thisr agreement, and file a stipulation of dismissal with this Court. The plaintiff and defendant believe they will to be able to complete this process and file a joint stipulation of dismissal within 30 days.

For the foregoing reasons, we respectfully request that the Court grant this motion to stay proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

May 24, 2006

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

May 24, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of May, 2006, a copy of the foregoing Joint Motion for Stay Proceedings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice