IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: May 25, 2006)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Stay Proceedings, filed May 24, 2006. The parties report that they have reached a settlement in principle in this case and request that the court stay the case pending the parties' agreement upon a final settlement agreement. In light of these representations, the parties' pre-trial obligations under the Rules of the Court of Federal Claims, Appendix A, ¶¶ 14-17, are suspended, and the court's Scheduling Order of September 19, 2005 is rescinded insofar as the dates for a pre-trial conference and commencement of trial are concerned.

The parties' Joint Motion to Stay Proceedings is DENIED. The parties shall file a further Joint Status Report with the court on or before June 23, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge