IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2274C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 25, 2006 order, the parties respectfully respond as follows.

As previously reported, the parties, through their counsel, have reached a settlement in principle. Specifically, the parties negotiated the terms of a proposed settlement, which has been accepted by the plaintiff, through his counsel, and by the authorized representative of the Attorney General. However, the parties still require additional time to complete the paperwork necessary to memorialize this agreement and file a joint stipulation of dismissal, as they have been negotiating several terms to be contained therein.

The parties believe that this matter shall be resolved without further Court involvement. The plaintiff and defendant believe they will to be able to complete this process and file a joint stipulation of dismissal within 30 days. Accordingly, the parties respectfully request that their pre-trial obligations under the Rules of the Court of Federal Claims, Appendix A, paragraphs 14-17, remain suspended another 30 days, and that they further be permitted to file a joint status report or stipulation of dismissal within 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

June 23, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 23, 2006

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of June, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation
Branch
Civil Division
Department of Justice