IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2274C

(Filed: June 26, 2006)

RECORD STEEL AND CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Status Report, filed June 23, 2006. The parties represent that they have negotiated the terms of a proposed settlement of the case, but require additional time to complete the necessary paperwork.

Therefore, the court requests that the parties file another Joint Status Report on or before Jule 31, 2006, if no stipulation of dismissal is filed beforehand.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge