**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RECORD STEEL AND CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2274C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims and agreement reached by the parties, the parties hereby jointly stipulate to dismiss the complaint with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ John Spencer Stewart
JOHN SPENCER STEWART
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Tele: (503) 221 0699
jstewart@lawssg.com

Attorney for Plaintiff

August 8, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

August 9, 2006

CERTIFICATE OF FILING

I hereby certify that on this 9th day of August, 2006, a copy of the foregoing "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice